UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Angel Perez
                      Plaintiff,

v.                                                  Case No.: 1:13–cv–04531
                                                  Honorable Robert M. Dow Jr.

Jorge L Lopez, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 23, 2015:

      MINUTE entry before the Honorable Mary M. Rowland: The Court, having reviewed the 1/21/2015 status hearing and the parties' agreed proposed order to enforce a subpoena issued by Defendant to nonparty Fe Velasco, M.D., finds that (1) Dr. Velasco has objected to producing certain documents; and (2) proper notice has not been given to Dr. Velasco seeking compliance with the subpoena. Fed. R. Civ. P. 45(d)(2)(B)(i) (If an objection is made by the commanded person, "on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection."). Should Defendant wish to enforce the subpoena to Dr. Velasco, it should file a motion to compel, set it for hearing, and give proper notice to Dr. Velasco. Mailed notice(meg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.