# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ANGEL PEREZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13 C 4531 |
| | ) | |
| CITY OF CHICAGO et al., | ) | Judge Dow |
| Defendants. | ) | Magistrate: Rowland |

## MOTION FOR LEAVE TO APPEAR AS COUNSEL OF RECORD

NOW COMES Plaintiff, ANGEL PEREZ, through, SCOTT T. KAMIN, with THE LAW OFFICES OF SCOTT T. KAMIN, of counsel, and moves this Honorable Court to grant attorneys, Jason Epstein, Scott T. Kamin, and Phillip Brigham, of counsel, leave to appear as Plaintiff's attorneys in this matter. In support thereof he states as follows:

1. On June 20, 2013, Plaintiff initiated this instant matter by complaint.

2. On February 13, 2014, Plaintiff's previous attorneys were granted leave to withdraw as his counsel in this matter.

3. Plaintiff has now retained attorneys, Jason Epstein, Scott T. Kamin, and Phillip Brigham to represent him in this matter.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order granting attorneys, Jason Epstein, Scott T. Kamin, and Phillip Brigham, leave to appear as Plaintiff's attorney in this matter.

Respectfully submitted,

/s/ Scott T. Kamin
For Angel Perez

Scott T. Kamin
Law Offices of Scott T. Kamin
55 E. Jackson Blvd
Suite 1050
Chicago, IL  60604
(312) 322-0077
Ill. Attorney No.: 6226855