IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGEL PEREZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13 C 4531 |
| ) | |
| CITY OF CHICAGO et al., ) | Judge Dow |
| Defendants. ) | Magistrate: Rowland |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that plaintiff shall appear before Judge Dow on the 7th day of April, 2015, in room 1919, at 9:15 AM, or as soon thereafter as counsel may be heard, and then and there present a *MOTION FOR LEAVE TO FILE PLAINTIFF'S 2ND AMENDED COMPLAINT*, a copy of which is attached hereto and herewith served upon you.

Dated: March 31, 2015

/s/ Scott T. Kamin
Scott T. Kamin

## CERTIFICATE OF SERVICE

I, Scott T. Kamin, an attorney, certify that on March 31, 2015, a copy of this notice, as well as the motion of which it gives notice, was filed through the Court's electronic filing system.

Dated: March 31, 2015         /s/ Scott T. Kamin
Scott T. Kamin

**Attorney for Plaintiff**
Scott T. Kamin
Law Offices of Scott T. Kamin
55 E. Jackson Blvd., Suite 1050
Chicago, IL  60604