# EXHIBIT 8



Chicago Police Department

**General Order  G06-01-01**

**FIELD ARREST PROCEDURES**

| ISSUE DATE: | 21 August 2012 | EFFECTIVE DATE: | 22 August 2012 |
|---|---|---|---|
| **RESCINDS:** | 16 March 2012 Version | | |
| **INDEX CATEGORY:** | Preliminary Investigations | | |

Rescinded on 19 December 2012 by G06-01-01; 19 December 2012 Version

## I.   PURPOSE

This directive:

A.   establishes the responsibilities of Department members who take individuals into custody.

B.   sets forth procedures for investigation or detention outside of the district of arrest.

C.   identifies the specific duties that must be followed for:

   1.   adult female arrestees,

   2.   *transgender, intersex, and gender nonconforming (TIGN) arrestees,*

   3.   foreign nationals and aliens,

   4.   juveniles,

   5.   traffic violators,

   6.   sick or injured arrestees,

   7.   arrestees requiring hospitalization, and

   8.   arrestees in need of mental treatment.

## II.   RESPONSIBILITIES

A.   Department members taking an individual into custody or accepting custody from other members will follow procedures outlined in the Department directive entitled "**Restraining Arrestees**." Members will be responsible for the safety and security of the arrestee. A thorough search of persons taken into custody will be conducted in accordance with established Department procedures.

B.   Members will transport an arrestee in a vehicle equipped with a protective divider or request a squadrol as soon as possible for transportation to the district of arrest or, with prior approval of their supervisor, the appropriate holding facility unless circumstances would make this unreasonable or impractical.

C.   Transporting officers will immediately transport the arrestee to the district of arrest or, with prior approval of their supervisor, the appropriate holding facility and turn the arrestee over to the arresting officer(s). Exceptions to the procedures described in this directive will be made when:

   1.   a multiple arrest incident is declared as outlined in the Department directive entitled "**Mass Arrest Procedures**."

   2.   arrestees are suspected of a homicide as delineated in the Department directive entitled "**Digital Recording of Homicide Interrogations**."

D.   As soon as the situation allows, the arresting officer(s) will:

   1.   proceed to the district of arrest or appropriate holding facility,

   2.   immediately notify the station supervisor that an arrestee has been brought into the facility and report the name of the arrestee, the circumstances of the arrest, and the probable charges,

FCRL001558

3. accept custody of the arrestee, if applicable, and

4. ensure all the required arrest documentation is properly completed and presented to the station supervisor of the district of arrest.

E. Whenever an arrestee requires a transfer from or within a Department facility, the:

1. arrestee movement record within the Automated Arrest System will indicate the location where the arrestee is being transported to.

2. transporting officers will:

   a. transport the arrestee to the designated holding facility after the station supervisor of the district of arrest approves of the initial probable cause to arrest and ensures that all required arrest documents are properly completed.

   b. ensure the Prisoner Transportation Transmittal of the Arrest Report, signed complaints, and any other related documents accompany the arrestee to the designated holding facility.

   c. present the Prisoner Transportation Transmittal of the Arrest Report, signed complaints, and any other related documents to the station supervisor in charge of the designated holding facility for review.

F. When an arrestee is taken to a police facility other than the district of arrest, the:

1. arresting officer will:

   a. complete and electronically submit the arrest report to the station supervisor of the district of arrest.

   b. after preliminary approval of probable cause to arrest is obtained:

      (1) request the district of arrest station supervisor to authorize the movement of the arrestee to the requested holding facility.

      (2) transport the arrestee to the designated holding facility or any authorized locations (i.e., hospital, another holding facility).

2. station supervisor of the district of arrest will:

   a. record any subsequent arrestee movement in the Automated Arrest System.

   b. review the arrest report and take any appropriate actions.

## III. DESIGNATED HOLDING FACILITIES

The designated holding facility for adult arrestees will be based upon the district of arrest, the gender of the arrestee, and whether the arrestee requires wheelchair accessibility as follows:

| District of Arrest | Primary Holding Facility | | Wheelchair-Accessible Holding Facility | |
|---|---|---|---|---|
| | Male | Female | Male | Female |
| 001 | Central Detention | Central Detention | Central Detention | Central Detention |
| 002 | 002 | 002 | 002 | 002 |
| 003 | 003 | 002 | 003 | 002 |
| 004 | 004 | 005 | 004 | 002 |
| 005 | 005 | 005 | 006 | 002 |
| 006 | 006 | 005 | 006 | 002 |
| 007 | 007 | 002 | 007 | 002 |
| 008 | 008 | 002 | 008 | 002 |

| 009 | 009 | Central Detention | 009 | Central Detention |
|-----|-----|------|------|------|
| 010 | 010 | 011 | 010 | 011 |
| 011 | 011 | 011 | 011 | 011 |
| 012 | Central Detention | Central Detention | Central Detention | Central Detention |
| 013 | 018 | 011 | 018 | 011 |
| 014 | 019 (Belmont & Western) | 019 (Belmont & Western) | 019 (Belmont & Western) | 019 (Belmont & Western) |
| 015 | 015 | 025 | 015 | 025 |
| 016 | 016 | 025 | 016 | 025 |
| 017 | 016 | 019 (Belmont & Western) | 016 | 019 (Belmont & Western) |
| 018 | 018 | Central Detention | 018 | Central Detention |
| 019 | 019 (Belmont & Western) | 019 (Belmont & Western) | 019 (Belmont & Western) | 019 (Belmont & Western) |
| 020 | 020 | 019 (Belmont & Western) | 020 | 019 (Belmont & Western) |
| 022 | 022 | 005 | 022 | 002 |
| 024 | 020 | 019 (Belmont & Western) | 020 | 019 (Belmont & Western) |
| 025 | 025 | 025 | 025 | 025 |

**NOTE:** *The designated holding facility for arrestees identified as transgender, intersex, or gender nonconforming (TIGN) will be Central Detention.*

## IV. INVESTIGATION OR DETENTION OUTSIDE THE DISTRICT OF ARREST

A. When an arrest is made, the holding facility will normally be the district of arrest.

　　1. When an arrest is made subsequent to an interview or as a result of an investigation conducted by select members of the Bureau of Detectives and the Bureau of Organized Crime:

　　　　a. in a district station/area center, the holding facility may be in the area center that encompasses the facility where the arrest was affected.

　　　　b. in a police facility other than a district station/area center, the holding facility may be the district that encompasses facility to where the arrest was affected.

　　2. When an arrest is made by an area-center-based unit from the Bureau of Patrol, the holding facility may be the unit's operating area center or Department facility.

B. A subject detained at a Department facility may, upon further investigation, be released without seeking approval of charges with the approval of their station supervisor or unit commanding officer; however, a record of this event will be documented in the appropriate case report.

C. Members of the Bureau of Detectives and the Bureau of Organized Crime, whose units operate out of facilities other than districts or area centers, making an arrest:

　　1. will transport and process the arrestee to the district of arrest in the event the arrest requires the completion of a Tactical Response Report.

　　2. may detain and process arrestees whose Automated Arrest Record status reflects "preliminary" at the area of arrest, Central Detention Section, their unit of assignment, or the

FCRL001560

Juvenile Intervention and Support Center (JISC), if their units have been so authorized by their bureau's written protocol.

3.    will:

    a.    create the Automated Arrest Record at the unit's operating facility if the arrestee is detained or processed at a facility other than the district of arrest.

    b.    transport the arrestee to a holding facility consistent with Item IV-A of this directive.

D.    The immediate supervisor of arresting officers delineated in Item IV-C will:

1.    visually inspect arrestees and the conditions of the processing location to verify the arrestees' well-being, and

2.    ensure timely submission of the Automated Arrest Record (within six [6] hours of the time of arrest) and monitor the entire arrest process.

## V.    ADULT FEMALE ARRESTEES

A.    All adult female arrestees transported to a district of arrest with a **holding facility designated to detain only male arrestees** will be processed as follows:

1.    Upon completion of the preliminary investigation, adult females requiring fingerprinting will be:

    a.    fingerprinted and photographed in accordance with the Department directive entitled "**Arrestee Identification Process**."

    b.    given priority over adult males for fingerprinting and photographing.

        NOTE:    Juvenile arrestees will be given priority over adult arrestees for the completion of the booking process.

    c.    searched and accompanied into the holding facility processing area by a sworn, female member. This member will remain with and maintain control of the arrestee and observe the fingerprinting and photographing process.

2.    If after the completion of the preliminary investigation and booking process the arrestee cannot be let to bail, the station supervisor will ensure the transport of the arrestee to the designated female holding facility within a reasonable period of time.

3.    Station supervisors will check the status of the arrestee and:

    a.    if IUU is not complete, approve the transfer.

    b.    if IUU is complete and the arrestee is clear and eligible for bail, the station supervisor will complete the bonding process and not approve transport to the designated female holding facility.

    c.    if the arrestee is not eligible for bail or waiting for a judge's bond, the station supervisor will instruct the transporting officers to:

        (1)    transport the female arrestee to the designated holding facility, and

        (2)    upon arrival at the holding facility, notify the receiving district station supervisor that a female arrestee has been brought into the facility.

4.    The station supervisor of the female holding facility will verify if the arrestee is clear and eligible for bail **prior to accepting custody of the arrestee**. If the arrestee is:

    a.    clear and eligible for bail, the station supervisor will complete the bonding process.

    b.    not clear (i.e., IUU Pending, Redlined Prints) or not eligible for bail, the station supervisor review of the Arrest Report, signed complaints, and any other related documents.

FCRL001561

5.     Prior to accepting the arrestee in the holding facility, the lockup keeper of the holding facility will review the responses from the booking district in the "Visual Check of Arrestee Questionnaire" and "Arrestee Questionnaire" sections of the Arrest Report and:

     a.     **confirm the accuracy of the responses through their own physical observations and questioning.**

     b.     document in the "Lockup Keeper Remarks" section of the Arrest Report:

          (1)     the confirmation of the responses, **or**

          (2)     responses that are not identical to the recorded responses from the booking district.

     c.     immediately notify their station supervisor of any discrepancies in responses.

6.     The Records Division, Instant Update Unit, will prioritize adult females over adult male arrestees in the identification clearance process.

     NOTE:     Juvenile arrestees will be given priority over adult arrestees for the completion of the identification clearance process.

B.     All adult female arrestees transported to a district of arrest or appropriate area center with a holding facility designated to detain female arrestees will be processed as follows:

     1.     The arresting officer(s) will conduct the preliminary investigation and obtain the initial approval of probable cause from the station supervisor of the district of arrest.

     2.     Upon completion of the preliminary investigation and initial approval of probable cause, adult females will be fingerprinted, photographed, booked, and processed in the holding facility following existing directives and established procedures.

C.     All adult female arrestees transported to a district of arrest **without a functioning holding facility** (i.e., districts with closed lockups) will be processed as follows:

     1.     The arresting officer(s) will conduct the preliminary investigation and obtain the initial approval of probable cause from the station supervisor of the district of arrest.

     2.     Upon completion of the preliminary investigation and initial approval of probable cause, adult females will be:

          a.     transported to the designated female holding facility.

          b.     fingerprinted, photographed, booked, and processed in the holding facility following existing directives and established procedures.

## VI.   TRANSGENDER, INTERSEX, AND GENDER NONCONFORMING (TIGN) ARRESTEES

A.     *All adult transgender, intersex, and gender nonconforming (TIGN) arrestees transported to a district of arrest with a functioning holding facility will be processed as follows:*

     1.     *Upon completion of the preliminary investigation, TIGN arrestees requiring fingerprinting will be:*

          a.     *fingerprinted and photographed in accordance with the Department directive entitled "Arrestee Identification Process."*

          b.     *given priority for fingerprinting and photographing over arrestees remaining in the holding facility.*

          NOTE:     *Juvenile arrestees will be given priority over adult arrestees for the completion of the booking process.*

FCRL001562

    c.     *searched and escorted into the holding facility processing area by a Department member of the gender of the arrestee based on the gender classification and searching guidelines delineated in the Department directive entitled "Interactions with Transgender, Intersex, and Gender Nonconforming (TIGN) Individuals." This member will remain with and maintain control of the arrestee and observe the fingerprinting and photographing process.*

2.     *If after the completion of the preliminary investigation and booking process the TIGN arrestee cannot be let to bail, the station supervisor will ensure the transport of the TIGN arrestee to Central Detention within a reasonable period of time.*

3.     *Station supervisors will check the status of the TIGN arrestee and:*

    a.     *if IUU is not complete or the TIGN arrestee is not eligible for bail or waiting for a judge's bond, the station supervisor will approve the transfer and instruct the transporting officers to:*

        (1)     *transport the TIGN arrestee to Central Detention, and*

        (2)     *upon arrival at Central Detention, notify the receiving station supervisor that a TIGN arrestee has been brought into the facility.*

    b.     *if IUU is complete and the arrestee is clear and eligible for bail, the station supervisor will complete the bonding process and not approve transport to Central Detention.*

4.     *The station supervisor of the 1st District will verify if the TIGN arrestee is clear and eligible for bail prior to accepting custody of the TIGN arrestee. If the TIGN arrestee is:*

    a.     *clear and eligible for bail, the station supervisor will complete the bonding process.*

    b.     *not clear (i.e., IUU Pending, Redlined Prints) or not eligible for bail, the station supervisor will review the Arrest Report, signed complaints, and any other related documents.*

5.     *Prior to accepting the arrestee in Central Detention, the lockup keeper of Central Detention will review the responses from the booking district in the "Visual Check of Arrestee Questionnaire" and "Arrestee Questionnaire" sections of the Arrest Report and:*

    a.     **confirm the accuracy of the responses through their own physical observations and questioning.**

    b.     *document in the "Lockup Keeper Remarks" section of the Arrest Report:*

        (1)     *the confirmation of the responses, or*

        (2)     *responses that are not identical to the recorded responses from the booking district.*

    c.     *immediately notify their station supervisor of any discrepancies in responses.*

B.     *All adult TIGN arrestees transported to a district of arrest **without a functioning holding facility** (i.e., districts with closed lockups) will be processed as follows:*

1.     *The arresting officer(s) will conduct the preliminary investigation and obtain the initial approval of probable cause from the station supervisor of the district of arrest.*

2.     *Upon completion of the preliminary investigation and initial approval of probable cause, adult TIGN arrestees will be:*

    a.     *transported to Central Detention.*

    b.     *fingerprinted, photographed, booked, and processed at Central Detention following existing directives and established procedures.*

FCRL001563

## VII. FOREIGN NATIONALS AND ALIENS

For arrestees identified as a Diplomatic Officer, Consular Officer, Honorary Consul, foreign national, illegal alien, a family member of a Diplomatic Officer, Consular Officer, Honorary Consul, foreign national, or an illegal alien, members will follow the procedures outlined in the Department directive entitled "**Foreign Mission Personnel and Foreign Nationals**."

## VIII. JUVENILE ARRESTEES

A. Department members who have apprehended a juvenile for an offense other than a curfew or traffic violation will follow the procedures in the Department directives entitled "**Processing of Juveniles and Minors Under Department Control**" and if applicable, "**Juvenile Intervention and Support Center**."

B. If a juvenile has been apprehended as a curfew violator, the arresting officer will follow the procedures in the Department directive entitled "**Processing Curfew Violators**."

C. If applicable, a juvenile arrestee may be processed as an adult in accordance with the Department directive entitled "**Processing of Juveniles and Minors Under Department Control**."

D. All juvenile arrests that are made within districts which do not have holding facilities will have the:

    1. approval of initial probable cause signed by the district of arrest station supervisor.

    2. juvenile transported to the district's assigned area for fingerprinting and photographing, if applicable, and processing by detectives consistent with existing directives.

## IX. TRAFFIC VIOLATORS

A. Detention for a traffic violation other than a traffic arrest made on a warrant will not require the completion of an Arrest Report when the violator is promptly let to bail or is temporarily detained at the district waiting to post bond.

B. Arresting officers will follow the procedures in the Department directive entitled "**Traffic Violators, Name-Checks, and Bonding**."

## X. SICK AND INJURED ARRESTEES

A. In the event that an arrestee requires immediate medical care, the arrestee will be transported to the nearest approved emergency room, as delineated by Department directive entitled "**Approved Medical Facilities**," prior to any further arrest processing.

B. A Hospital Run Sheet (CPD-62.420) will be completed regardless of the mode of transport (CPD or EMS).

C. If an arrestee is:

    1. hospitalized, the Department directive entitled "**Hospitalized Arrestees**" will be followed.

    2. discharged from the hospital, an Arrestee Medical Clearance Report (CPD-11.524) will be completed by the attending physician.

D. The station supervisor will:

    1. review the completed Arrestee Medical Clearance Report and determine whether the physician's instructions, if any, can be complied with by the holding facility.

    2. ensure compliance with the physician's instructions.

    3. notify the station supervisor in the event the physician's instructions are beyond the capabilities of the holding facility. The station supervisor will consult with the physician via telephone and the station supervisor will make a determination as to the best course of action.

XI. **ARRESTEES IN NEED OF MENTAL TREATMENT**

If an arrestee is a "Person Subject to Involuntary Admission," as defined in the State of Illinois Mental Health Code, Chapter 405 of the Illinois Compiled Statutes, the Department directive entitled "**Handling Persons in Need of Mental Treatment**" will be followed.

XII. **CONFLICT PROVISION**

If this directive conflicts with the Department directive entitled "**Processing Persons Under Department Control**," this directive will take precedence.

(Items indicated by *italic/double underline* were revised)

Garry F. McCarthy
Superintendent of Police

11-136 mwk