# **EXHIBIT 9**



| | Chicago Police Department | General Order   G06-01-01 |
|---|---|---|
| | **FIELD ARREST PROCEDURES** | |

| **ISSUE DATE:** | 08 December 2017 | **EFFECTIVE DATE:** | 08 December 2017 |
|---|---|---|---|
| **RESCINDS:** | 12 November 2015 Version | | |
| **INDEX CATEGORY:** | Processing Persons | | |

I. **PURPOSE**

This directive:

A. establishes the responsibilities of Department members who take individuals into custody.

B. sets forth procedures for investigation or detention outside of the district of arrest.

C. identifies the specific duties that must be followed for:

1. adult female arrestees,
2. transgender, intersex, and gender nonconforming (TIGN) arrestees,
3. foreign nationals and aliens,
4. juveniles,
5. traffic violators,
6. sick or injured arrestees,
7. arrestees requiring hospitalization, and
8. arrestees in need of mental treatment.

D. *introduces the duties and responsibilities of the watch operations lieutenant, including* :

1. *initial approval of probable cause and final probable cause approval for arrest reports.*
2. *the requirement that an Automated Arrest Report be submitted to the watch operations lieutenant for all arrestees that are released from custody without being formally charged.*

E. continues the:

1. requirement to record the custody of each arrestee using the Automated Arrest Application prior to the submission of a complete Arrest Report.
2. the roles and responsibilities of designated station supervisors in units outside of District Law Enforcement who have the authority to approve initial approval of probable cause.

F. *sets forth procedures for escape of detainees during transport.*

G. *satisfies CALEA Law Enforcement standard in Chapter 44 and 70.*

II. **PROCEDURES**

A. Department members taking an individual into custody or accepting custody from other members will follow procedures outlined in the Department directive entitled "**Restraining Arrestees**." Members will be responsible for the safety and security of the arrestee. A thorough search of persons taken into custody will be conducted in accordance with established Department procedures.

B. Members will transport an arrestee immediately to the appropriate Department facility and in a Department vehicle equipped with a protective divider or a squadrol, unless circumstances would make this unreasonable or impractical.

C. When an arrest is made:

1. the arrestee will normally be transported to the district of arrest for initial processing.

    a. The following non-district facilities are also authorized for Department members to transport arrestees for initial arrest processing:

        (1) Airport Law Enforcement Facilities (North and South).
        (2) Bureau of Patrol and Bureau of Detectives Area Centers.
        (3) Homan Square Facility.
        (4) Juvenile Intervention and Support Center (JISC).

    b. *Airport Law Enforcement Facilities will utilize the facility's watch operations lieutenant for arrest processing and approval.*

    c. *For the Area Centers, the watch operations lieutenant from the district located within the area center facility will perform arrest processing and approval.*

    d. *For the Homan Square Facility (HSF), a supervisor will be designated on each watch the facility is operational to perform the arrest processing and approval.*

    e. *For arrests made within the JISC service area, the arresting officer will follow the procedures outlined in Department directive* **Juvenile Intervention and Support Center**."

2. the holding facility will normally be the appropriate facility listed in Item III of this directive.

    a. When an arrest is made by citywide members of the Bureau of Detectives or the Bureau of Organized Crime, the holding facility may be the area center that encompasses where the arrest was affected, Central Detention, or the Juvenile Intervention and Support Center (JISC).

    b. When an arrest is made by an area-center-based unit from the Bureau of Patrol, Bureau of Detectives, or Bureau of Organized Crime, the holding facility may be the unit's operating area center.

3. *that requires an Investigatory Stop Report (ISR) be completed, an ISR will be completed in accordance with procedures outlined in the Department directive entitled* "**Investigatory Stop System**."

4. that requires the completion of a Tactical Response Report, the arrestee **will be transported to the district of arrest** for initial processing and the holding facility will be the appropriate facility listed in Item III of this directive.

D. The transportation, arrest processing, and holding facility locations for arrests associated with the following incidents, will be processed according to the procedures outlined in the appropriate Department directives.

1. Mass arrest incidents will be processed as outlined in the Department directive entitled "**Mass Arrest Procedures**."

2. Arrestees suspected of an offense that requires mandatory digital recording of the interrogation will be processed as outlined in the Department directive entitled "**Digital Recording of Interrogations**."

E. *Escape from custody by detainee during transportation and/or processing.*

1. *If, during transportation or processing of a detainee, an escape from custody occurs, the following actions shall immediately be taken by the transporting and/or processing officer:*

    a. *notify the District Station Supervisor/Watch Operation Lieutenant, Office of Emergency Communications (OEMC), Crime Prevention and Information Center (CPIC), Civilian Office of Police Accountability (COPA), Citywide 3 for Formal Flash*

    *message, and the appropriate Bureau of Detective's Area Property Crimes Section of the escape.*

   b. *provide OEMC with the following information:*

    (1) *The name and description of the escapee.*

    (2) *The offense that placed the arrestee in custody.*

    (3) *The last known direction of travel by the arrestee.*

    (4) *The last known address of the arrestee, if known.*

   c. *notify the adjacent jurisdictions of the escapee with any pertinent information.*

   d. *document the incident on the appropriate case report/Supplemental Report.*

  2. *Supervisors will ensure:*

   a. *further action is coordinated by a systematic search for the offender.*

   b. *the appropriate disciplinary action is initiated consistent with the Department directive entitled* **"Complaint and Disciplinary Procedures."**

   c. *information relating to a prisoner's escape, suicide potential, or other personal traits of a security nature are included and documented in the "Special Court Considerations" section of the Prisoner Transportation Transmittal, which accompanies the prisoner during transport.*

F. As soon as the situation allows, the arresting officer(s) will:

 1. proceed to the district of arrest or appropriate Department facility,

 2. immediately notify the *watch operations lieutenant, or HSF designated* supervisor that an arrestee has been brought into the facility and report the name of the arrestee, the circumstances of the arrest, and the probable charges,

 3. accept custody of the arrestee from the transporting officers, if applicable,

 4. secure the arrestee at the facility and without unnecessary delay, complete the first screen of the Automated Arrest Report **and save the report in "Preliminary" status**.

   a. Saving an Automated Arrest Report in "Preliminary" status will occur prior to any additional processing (i.e., name check, inventory, submission of a complete Arrest Report).

   b. Department members can use the "Search / Print Arrest Report" function in the Automated Arrest Application to search Automated Arrest Reports in "Preliminary" status. The search result will display a roster of current persons in custody at a Department facility.

   c. Members will indicate where the arrestee is located and the facility of initial arrest processing as the "Unit of Initial Approval of Probable Cause."

G. When an arrestee is transported to the district of arrest or a facility listed in II-C-1-a:

 1. the arresting officer will:

   a. without unnecessary delay, complete the Automated Arrest Record at the facility and electronically **submit the arrest report** to the *watch operation lieutenant, or HSF* designated supervisor of the facility.

   b. if necessary, after initial approval of probable cause to arrest is obtained:

    (1) request the *watch operations lieutenant or HSF* designated supervisor of the facility to authorize the movement of the arrestee to the requested holding facility.

        (2)    transport the arrestee to the designated holding facility or any authorized locations (i.e., hospital, another holding facility).

   c.    ensure all the required arrest documentation is properly completed and presented to the *watch operations lieutenant, or HFS designated supervisor.*

2. *the watch operations lieutenant will:*

   a.    *review all the required arrest documentation.*

   b.    *approve initial probable cause or release arrestees without charging for arrestees taken to their facility for processing using the Automated Arrest Application consistent with the existing Department procedures by :*

        (1)    *locating the Automated Arrest record in the Watch Operations Lieutenant Work Queue of their respective facility to indicate initial approval of probable cause or release without charging.*

        (2)    *ensuring the arrestee is transported to the designated holding facility for booking and further processing, if appropriate.*

   **NOTE:**    *If a district supervisor the rank of lieutenant or above is unavailable, the district station supervisor will follow the appropriate procedures established by the Bureau of Patrol to ensure the arrest report is completed and approved.*

   c.    *record any subsequent arrestee movement in the Automated Arrest System.*

   d.    *as appropriate, approve final probable cause, and take any necessary actions.*

3. the station supervisor of the facility will:

   a.    be responsible for the safety and security of arrestees brought to their facility. During their tour of duty, station supervisors will verify the arrestee's well-being by independently conducting thorough inspections to visually observe arrestees and the conditions of the processing and detention locations.

   b.    ensure timely submission of the Automated Arrest Record (without unnecessary delay from the time of arrest) and monitor the entire arrest process.

H.    When an arrestee is transported to a facility other than the district of arrest or one of the facilities listed in II-C-1-a (e.g., hospital, special event command post), the:

1. arresting officer will fulfill the requirements outlined in Item II-G-1, **submitting all reports and requests to the district of arrest watch operations lieutenant .**

2. immediate supervisor of arresting officers will:

   a.    visually inspect arrestees and the conditions of the processing location to verify the arrestees' well-being, and

   b.    ensure timely submission of the Automated Arrest Record (without unnecessary delay from the time of arrest) and monitor the entire arrest process.

I.    Whenever an arrestee requires a transfer from or within a Department facility, the:

1. arrestee movement record within the Automated Arrest System will indicate the location where the arrestee is being transported.

2. transporting officers will:

   a.    *prior to transporting arrestee to another location or facility, the transporting officer will verify the identification of the arrestee to ensure that the proper person is being transported. Department members will refer to prisoner transmittal copies to ascertain an arrestee's name, cb number, date of birth, and cell location.*

      b.    transport the arrestee to the designated holding facility after the *watch operations lieutenant or HSF* designated supervisor approves of the initial probable cause to arrest and ensures that all required arrest documents are properly completed.

      c.    ensure the Prisoner Transportation Transmittal of the Arrest Report, signed complaints, and any other related documents accompany the arrestee to the designated holding facility.

      d.    *upon arrival at the designated holding facility with the prisoner, remove and secure his/her firearm in accordance with Department policy and be responsible for removing the prisoner's restraints, when it is safe to do so*.

      e.    present the Prisoner Transportation Transmittal of the Arrest Report, signed complaints, and any other related documents to the *watch operations lieutenant* of the designated holding facility for review.

J.    A subject detained at a Department facility may, upon further investigation, be released without seeking approval of charges with the approval of the *watch operations lieutenant*. However, a record of this event will be documented by **completing and submitting an Automated Arrest Report**. The releasing supervisor will release the arrestee without charging in the Automated Arrest Application and consistent with the procedures outlined in the Department directive entitled "**Releasing Arrestees Without Charging and Waiving Fingerprint Results**."

## III. DESIGNATED HOLDING FACILITIES

The designated holding facility for adult arrestees will be based upon the district of arrest, the gender of the arrestee, and whether the arrestee requires wheelchair accessibility as follows:

| District of Arrest | Primary Holding Facility | | Wheelchair-Accessible Holding Facility | |
|---|---|---|---|---|
| | **Male** | **Female** | **Male** | **Female** |
| **001** | Central Detention | Central Detention | Central Detention | Central Detention |
| **002** | 002 | 002 | 002 | 002 |
| **003** | 003 | 002 | 003 | 002 |
| **004** | 004 | 005 | 004 | 002 |
| **005** | 005 | 005 | 006 | 002 |
| **006** | 006 | 005 | 006 | 002 |
| **007** | 007 | 002 | 007 | 002 |
| **008** | 008 | 002 | 008 | 002 |
| **009** | 009 | Central Detention | 009 | Central Detention |
| **010** | 010 | 011 | 010 | 011 |
| **011** | 011 | 011 | 011 | 011 |
| **012** | Central Detention | Central Detention | Central Detention | Central Detention |
| **014** | 019 (Belmont & Western) | 019 (Belmont & Western) | 019 (Belmont & Western) | 019 (Belmont & Western) |
| **015** | 015 | 025 | 015 | 025 |
| **016** | 016 | 025 | 016 | 025 |
| **017** | 016 | 019 (Belmont & Western) | 016 | 019 (Belmont & Western) |
| **018** | 018 | Central Detention | 018 | Central Detention |
| **019** | 019 (Belmont & Western) | 019 (Belmont & Western) | 019 (Belmont & Western) | 019 (Belmont & Western) |

| | | | | |
|---|---|---|---|---|
| **020** | 020 | 019 (Belmont & Western) | 020 | 019 (Belmont & Western) |
| **022** | 022 | 005 | 022 | 002 |
| **024** | 020 | 019 (Belmont & Western) | 020 | 019 (Belmont & Western) |
| **025** | 025 | 025 | 025 | 025 |

> **NOTE:** **The designated holding facility for arrestees identified as transgender, intersex, or gender nonconforming (TIGN) will be Central Detention.**

IV. **ADULT FEMALE ARRESTEES**

    A.    All adult female arrestees transported to a district of arrest with a **holding facility designated to detain only male arrestees** will be processed as follows:

        1.    Upon completion of the preliminary investigation, adult females requiring fingerprinting will be:

            a.    fingerprinted and photographed in accordance with the Department directive entitled "**Arrestee Identification Process**."

            b.    given priority over adult males for fingerprinting and photographing.

> **NOTE:** Juvenile arrestees will be given priority over adult arrestees for the completion of the booking process.

            c.    searched and accompanied into the holding facility processing area by a sworn, female member. This member will remain with and maintain control of the arrestee and observe the fingerprinting and photographing process.

        2.    If after the completion of the preliminary investigation and booking process the arrestee cannot be let to bail, the *watch operations lieutenant* will ensure the transport of the arrestee to the designated female holding facility within a reasonable period of time.

        3.    Station supervisors will check the status of the arrestee and:

            a.    if IUU is not complete or if the arrestee is not eligible for bail or waiting for a judge's bond, the station supervisor will approve the transfer and instruct the transporting officers to:

                (1)    transport the female arrestee to the designated holding facility, and

                (2)    upon arrival at the holding facility, notify the receiving district *watch operations lieutenant* and station supervisor that a female arrestee has been brought into the facility.

            b.    if IUU is complete and the arrestee is clear and eligible for bail, the station supervisor will complete the bonding process and not approve transport to the designated female holding facility.

        4.    The station supervisor of the female holding facility will verify if the arrestee is clear and eligible for bail **prior to accepting custody of the arrestee**. If the arrestee is:

            a.    clear and eligible for bail, the station supervisor will complete the bonding process.

            b.    not clear (i.e., IUU Pending, Redlined Prints) or not eligible for bail, the station supervisor review of the Arrest Report, signed complaints, and any other related documents.

5. Prior to accepting the arrestee in the holding facility, the lockup keeper of the holding facility will review the responses from the booking district in the "Visual Check of Arrestee Questionnaire" and "Arrestee Questionnaire" sections of the Arrest Report and:

    a. **confirm the accuracy of the responses through their own physical observations and questioning.**

    b. document in the "Lockup Keeper Remarks" section of the Arrest Report:

        (1) the confirmation of the responses, **or**

        (2) responses that are not identical to the recorded responses from the booking district.

    c. immediately notify their station supervisor of any discrepancies in responses.

6. The Records Division, Instant Update Unit, will prioritize adult females over adult male arrestees in the identification clearance process.

    **NOTE:** Juvenile arrestees will be given priority over adult arrestees for the completion of the identification clearance process.

B. All adult female arrestees transported to a district of arrest or appropriate area center with a holding facility designated to detain female arrestees will be processed as follows:

1. The arresting officer(s) will conduct the preliminary investigation and obtain the initial approval of probable cause from the *watch operation lieutenant* of the district of arrest.

2. Upon completion of the preliminary investigation and initial approval of probable cause, adult females will be fingerprinted, photographed, booked, and processed in the holding facility following existing directives and established procedures.

C. All adult female arrestees transported to a district of arrest **without a functioning holding facility** (i.e., districts with closed lockups) will be processed as follows:

1. The arresting officer(s) will conduct the preliminary investigation and obtain the initial approval of probable cause from the *watch operations lieutenant* of the district of arrest.

2. Upon completion of the preliminary investigation and initial approval of probable cause, adult females will be:

    a. transported to the designated female holding facility.

    b. fingerprinted, photographed, booked, and processed in the holding facility following existing directives and established procedures.

V. **TRANSGENDER, INTERSEX, AND GENDER NONCONFORMING (TIGN) ARRESTEES**

A. All adult transgender, intersex, and gender nonconforming (TIGN) arrestees will be transported, *whenever practical, alone in a passenger vehicle, van cell, or squadroll compartment, in accordance with Department directive* "**Interactions with Transgender, Intersex, and Gender Nonconforming (TIGN) Individuals,**" to a district of arrest **with a functioning holding facility** and processed as follows:

1. Upon completion of the preliminary investigation, TIGN arrestees requiring fingerprinting will be:

    a. fingerprinted and photographed in accordance with the Department directive entitled "**Arrestee Identification Process**."

  b. given priority for fingerprinting and photographing over arrestees remaining in the holding facility.

    **NOTE:** Juvenile arrestees will be given priority over adult arrestees for the completion of the booking process.

  c. searched and escorted into the holding facility processing area by a Department member of the gender of the arrestee based on the gender classification and searching guidelines delineated in the Department directive entitled "**Interactions with Transgender, Intersex, and Gender Nonconforming (TIGN) Individuals**." This member will remain with and maintain control of the arrestee and observe the fingerprinting and photographing process.

 2. If after the completion of the preliminary investigation and booking process the TIGN arrestee cannot be let to bail, the *watch operations lieutenant* will ensure the transport of the TIGN arrestee to Central Detention within a reasonable period of time.

 3. Station supervisors will check the status of the TIGN arrestee and:

  a. if IUU is not complete or the TIGN arrestee is not eligible for bail or waiting for a judge's bond, the station supervisor will approve the transfer and instruct the transporting officers to:

   (1) transport the TIGN arrestee to Central Detention, and

   (2) upon arrival at Central Detention, notify the receiving *watch operations lieutenant* and station supervisor that a TIGN arrestee has been brought into the facility.

  b. if IUU is complete and the arrestee is clear and eligible for bail, the station supervisor will complete the bonding process and not approve transport to Central Detention.

 4. The station supervisor of the 1st District will verify if the TIGN arrestee is clear and eligible for bail **prior to accepting custody of the TIGN arrestee**. If the TIGN arrestee is:

  a. clear and eligible for bail, the station supervisor will complete the bonding process.

  b. not clear (i.e., IUU Pending, Redlined Prints) or not eligible for bail, the station supervisor will review the Arrest Report, signed complaints, and any other related documents.

 5. Prior to accepting the arrestee in Central Detention, the lockup keeper of Central Detention will review the responses from the booking district in the "Visual Check of Arrestee Questionnaire" and "Arrestee Questionnaire" sections of the Arrest Report and:

  a. **confirm the accuracy of the responses through their own physical observations and questioning.**

  b. document in the "Lockup Keeper Remarks" section of the Arrest Report:

   (1) the confirmation of the responses, or

   (2) responses that are not identical to the recorded responses from the booking district.

  c. immediately notify their station supervisor of any discrepancies in responses.

B. All adult TIGN arrestees transported to a district of arrest **without a functioning holding facility** (i.e., districts with closed lockups) will be processed as follows:

 1. The arresting officer(s) will conduct the preliminary investigation and obtain the initial approval of probable cause from the *watch operation lieutenant* of the district of arrest.

2. Upon completion of the preliminary investigation and initial approval of probable cause, adult TIGN arrestees will be:

    a. transported to Central Detention.

    b. fingerprinted, photographed, booked, and processed at Central Detention following existing directives and established procedures.

VI. **FOREIGN NATIONALS AND ALIENS**

For arrestees identified as a Diplomatic Officer, Consular Officer, Honorary Consul, foreign national, illegal alien, a family member of a Diplomatic Officer, Consular Officer, Honorary Consul, foreign national, or an illegal alien, members will follow the procedures outlined in the Department directive entitled "**Foreign Mission Personnel and Foreign Nationals**."

VII. **JUVENILE ARRESTEES**

  A. *Juvenile arrests made in districts outside of the JISC service area and do NOT require electronically recorded custodial interrogations will have the arrest processing and approval completed by the watch operations lieutenant, in accordance with the Department directive "***Processing of Juveniles and Minors Under Department Control.**"

  B. *Juvenile arrests made within the JISC service area and require electronically recorded custodial interrogations will refer to Department directive entitled "***Juvenile Intervention and Support Center.**"

  C. Department members who have apprehended a juvenile for a traffic violation will follow the procedures in the Department directives entitled "**Processing of Juveniles and Minors Under Department Control.**"

  D. If a juvenile has been apprehended as a curfew violator, the arresting officer will follow the procedures in the Department directive entitled "**Processing Curfew Violators**."

  E. *All juvenile arrest reports will be distinguished by noting "JUVENILE" at the top of the arrest report.*

VIII. **TRAFFIC VIOLATORS**

  A. Detention for a traffic violation other than a traffic arrest made on a warrant will not require the completion of an Arrest Report when the violator is promptly let to bail or is temporarily detained at the district waiting to post bond.

  B. Arresting officers will follow the procedures in the Department directive entitled "**Traffic Violators, Name-Checks, and Bonding**."

IX. **SICK AND INJURED ARRESTEES**

  A. In the event that an arrestee requires immediate medical care, the arrestee will be transported to the nearest approved emergency room, as delineated by Department directive entitled "**Approved Medical Facilities**," prior to any further arrest processing.

  B. A Hospital Run Sheet (CPD-62.420) will be completed regardless of the mode of transport (CPD or EMS).

  C. If an arrestee is:

    1. hospitalized, the Department directive entitled "**Hospitalized Arrestees**" will be followed.

    2. discharged from the hospital, an Arrestee Medical Clearance Report (CPD-11.524) will be completed by the attending physician.

  D. The station supervisor will:

    1. review the completed Arrestee Medical Clearance Report and determine whether the physician's instructions, if any, can be complied with by the holding facility.

    2. ensure compliance with the physician's instructions.

3. in the event the physician's instructions are beyond the capabilities of the holding facility, consult with the physician via telephone and make a determination as to the best course of action.

**X. ARRESTEES IN NEED OF MENTAL TREATMENT**

If an arrestee is a "Person Subject to Involuntary Admission," as defined in the State of Illinois Mental Health Code, Chapter 405 of the Illinois Compiled Statutes, the Department directive entitled "**Handling Persons in Need of Mental Treatment**" will be followed.

**XI. CONFLICT PROVISION**

If this directive conflicts with the Department directive entitled "**Processing Persons Under Department Control**," this directive will take precedence.

(Items indicated by *italic/double underline* were revised)

Authenticated by: KC

Eddie T. Johnson
Superintendent of Police

17-051 AMR/KT/PM