IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGEL PEREZ individually, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13 cv 4531 |
| ) | |
| CITY OF CHICAGO et al., ) | |
| ) | |
| Defendants. ) | |

## ATTORNEYS SCOTT T. KAMIN AND ANOTHONY HILL'S MOTION FOR LEAVE TO WITHDRAWAS COUNSEL OF RECORD FOR PLAINTIFF

NOW COMES SCOTT T. KAMIN with THE LAW OFFICES OF SCOTT T. KAMIN, of counsel for ANGEL PEREZ, and respectfully requests that this Honorable Court enter an Order granting MR. KAMIN leave to withdraw. In support thereof, he states as follows:

1. Attorney Scott T. Kamin filed his appearance as one of the attorneys on behalf of Plaintiff in the above titled action.

2. The Law Offices of Scott T. Kamin has diligently represented the Plaintiff in this action.

3. However, Scott T. Kamin and co-counsel have reached irreconcilable differences. Attorney Scott T. Kamin can no longer represent Plaintiff zealously.

4. Attorney Anthony Hill stood in for Attorney Kamin when he was unavailable.

5. Neither Plaintiff nor defendants would be prejudiced, nor would the Court's resources be wasted if the undersigned attorney is granted leave to withdraw. Plaintiff will still have two attorneys, one of which is lead counsel.

6. The Plaintiff is aware of Counsels' intention to withdraw as he has been advised via text and email. Plaintiff has discussed this motion with both lead counsel and Mr. Kamin and does not oppose it.

7.	Lead counsel agrees to the withdrawal of Mr. Kamin and Mr. Hill.  Lead counsel will remain on the case.

WHEREFORE, Counsel respectfully requests that the Court grant Scott T. Kamin and Anthony Hill leave to withdraw as two of the counsels of record for Plaintiff ANGEL PEREZ.

          Respectfully submitted,

          /s/ Scott T. Kamin
          One of the attorneys for Plaintiff

Scott T. Kamin
Law Offices of Scott T. Kamin
53 W. Jackson Blvd
Suite 1057
Chicago, IL  60604
(312) 322-0077
Ill. Attorney No.: 6226855