## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ANGEL PEREZ | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 13 cv 4531 |
| v. | ) | |
| | ) | Judge Dow |
| CITY OF CHICAGO et. al., | ) | Magistrate Judge Rowland |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

On July 18, 2019, I caused to be filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division an *ATTORNEY'S LIEN* in the above titled cause and hereby serve you with one copy of the same.

### PROOF OF SERVICE

I, Scott T. Kamin, an attorney of record, certify that, pursuant to the General Order on Electronic Case Filing, I served this notice pursuant to ECF on July 19, 2019, as to Filing Users and in compliance with N.D. Ill. L.R. 5.5 as to any party who is not a Filing User or represented by a Filing User of which there are none.

Respectfully submitted,

/s/ Scott T. Kamin

Scott T. Kamin
Law Offices of Scott T. Kamin
53 W. Jackson Blvd.
Suite 1057
Chicago, IL 60604
Att No. 6226855
(312) 322-007

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANGEL PEREZ | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 13 cv 4531 |
| v. | ) | |
| | ) | Judge Dow |
| CITY OF CHICAGO et. al., | ) | Magistrate Judge Rowland |
| | ) | |
| Defendants. | ) | |

**ATTORNEY'S LIEN**

**NOW COMES** Scott T. Kamin and The Law Offices of Scott T. Kamin and in support of this instant **ATTORNEY'S LIEN,** states as follows:

1. This document concerns the matter of *PEREZ V. CITY OF CHICAGO et al.*, Case No. 13 cv 4531 filed in the United States District Court for the Northern District of Illinois, Eastern Division and hereafter referred to as "this matter."

2. Scott T. Kamin of The Law Offices of Scott T. Kamin is one of the attorneys for the Plaintiff in this matter.

3. This instrument serves as a lien upon all claims, demands and causes of action, including all claims for unliquidated damages, where this matter has been placed in Scott T. Kamin's hands by the named Plaintiff for suit or collection, or upon which suit or action has been instituted.

4. While representing the Plaintiffs in this matter, attorney Scott T. Kamin incurred legal expenses and costs.

5. The three attorneys on this case agreed to divide the attorneys' share of the award (after verdict or settlement). Mr. Kamin will seek a share of the award *in quantum meriut.*

6. This is a notice of Attorney's Lien in conjunction with a valid and enforceable Attorney/Client Agreement, 42 USC 1988, and 770 ILCS 5/1.

                                              Respectfully submitted,

                                              /s/ Scott T. Kamin

Scott T. Kamin
Law Offices of Scott T. Kamin
53 W. Jackson Blvd.
Suite 1057
Chicago, IL 60604