# EXHIBIT 8

INDEPENDENT POLICE REVIEW AUTHORITY   LOG #1057930          1

1

2

3

4

5

6

7

8

9                    STATEMENT OF ANGEL PEREZ

10          CONDUCTED BY INVESTIGATOR NINA CORLEY

11      on the 22nd of October 2012 at 1500 hours

12                    at the offices of the

13          Independent Police Review Authority

14

15

16

17

18

19

20

21

22

23                                      LOG # 1057930

24                                      Attachment # 25

CONFIDENTIAL DOCUMENT NOT REPRODUCED
PURSUANT TO PROTECTIVE ORDER
ENTERED IN 13 C 4531

          VICTORIA COURT REPORTING SERVICE, INC.
                    (312) 443-1025

INDEPENDENT POLICE REVIEW AUTHORITY   LOG #1057930        2

1        INVESTIGATOR CORLEY:  I have to start off with --

2   this is the digitally recorded interview of Angel Perez.

3   Angel, can you spell your full name for us?

4        MR. PEREZ:  A-n-g-e-l, E., as in Edward, P-e-r-e-z,

5   Junior.

6        INVESTIGATOR CORLEY:  This is regarding Log #105793-

7   -- 7930.  The statement is taken relative to an incident

8   that occurred on 20 October 2012, somewhere between 5:00

9   to 6:00 p.m., at the location of 1600 West Taylor Street

10  in Chicago.

11       My name is Investigator Nina Corley.  That's C-o-r-

12  l-e-y, Badge number 157.  This interview is being

13  conducted at IPRA's main offices, 1615 West Chicago

14  Avenue.  Today's date is 22nd October 2012.  Time now, is

15  about 1500 hours.

16       Do you swear, or affirm the statement you're about

17  to provide in this matter, is true and correct?

18       MR. PEREZ:  Yes.

19       INVESTIGATOR CORLEY:  You were also provided a

20  consent form, prior to this interview, did you understand

21  it?

22       MR. PEREZ:  Yes, I did.

23       INVESTIGATOR CORLEY:  And did you agree that you are

24  now voluntarily choosing to give a statement to IPRA?

Perez, 13 C 4531
FCRL000113

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930          3

1          MR. PEREZ:  Yes, I am.

2          INVESTIGATOR CORLEY:  Okay.  We'll now go ahead and

3     proceed with this interview, based on your signed

4     consent.

5          MR. PEREZ:  Thank you.

6                         EXAMINATION

7     BY INVESTIGATOR CORLEY:

8          Q     Angel, what is your date of birth?

9          A     10/18/81.

10         Q     And what is your current home address?

11         A     1032 North Spaulding Avenue.

12         Q     Okay.

13         A     Chicago, Illinois 60651.  And I live on the

14    second floor apartment.

15         Q     Okay.  Who do you live there with?

16         A     Uh, my dad and my mother, both are very sick,

17    and they have the first floor.  Actually, I'm taking over

18    the, the home, so I am, technically, a home owner now.

19         Q     Okay.  So, mom and dad are on the first floor?

20         A     Yes.

21         Q     And then do you live by yourself on the second?

22         A     Yes, yes.

23         Q     Okay.  And you said they're both ill?

24         A     Yeah.  Very, yeah.  My mom just got diagnosed

                VICTORIA COURT REPORTING SERVICE, INC.
                         (312) 443-1025

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930          4

1    (sic) of -- she wouldn't tell me what it is, 'cause it's

2    my birthday week, so she didn't wanna worry me, but --

3          Q    Awww.

4          A    -- she's very sick.  And then my father has,

5    uh, pancreatic cancer, which is one of the worst cancers

6    you can have.

7          Q    Yeah.  I'm sorry to hear that.  Are you

8    currently employed?

9          A    Uh, unfortunately, this incident has cost me my

10   job.

11         Q    Ok- -- well, wha- -- wha- -- what were you

12   doing?

13         A    Uh, I was working for Costillo Delivery

14   Service, that's with two "L's."

15         Q    Okay.

16         A    Uh, they do 110 restaurants in the city.  It's

17   a delivery service that basically supplies the delivery

18   guys for any restaurant.  Mostly high-end, uh, fine

19   dining restaurants.

20         Q    And what did you do?  Did you drive?

21         A    I was a delivery ma- -- I was a delivery

22   manager, and a sales rep.

23         Q    Okay.  How long did you work for them?

24         A    Oh, about three months now.

**VICTORIA COURT REPORTING SERVICE, INC.**
**(312) 443-1025**

**Perez, 13 C 4531**
**FCRL000115**

INDEPENDENT POLICE REVIEW AUTHORITY   LOG #1057930          5

1          Q     Okay.  And you stated that this incident caused

2     you to lose your job?

3          A     Pretty much, yes, ma'am.

4          Q     Uh, why is that?

5          A     Uh, they took me out of my job for three hours

6     on Saturday, and then returned me and told my boss that I

7     was involved in a hit and run accident, which I actually

8     have the text message from the police officer, also,

9     regarding that.

10          Uh, that was a complete lie.  I was never involved

11     in anything.  Uh, and --

12          Q     And by they, you mean, the police officers --

13          A     Yes.

14          Q     -- took you out of your job.

15          A     It was, uh, the, the police officer's name is

16     George (phonetic) and John (phonetic), were the original

17     two officers that pulled me over on Saturday.

18          Q     Okay.

19          A     Uh, they didn't give me a reason.  Uh, I asked

20     why did they pull me over, and they didn't give me any

21     reason whatsoever.

22          Q     Well, let's do one incident at a time --

23          A     Okay.  No problem.

24          Q     -- so we make sure we get all the --

CONFIDENTIAL: DOCUMENT PRODUCED
PURSUANT TO PROTECTIVE ORDER
ENTERED IN 13 C 4531

INDEPENDENT POLICE REVIEW AUTHORITY   LOG #1057930          6

1          A    No problem.

2          Q    -- details.  Now, what is your cell phone

3     number?

4          A    773- --

5          Q    Uh-huh.

6          A    -- 554- --

7          Q    Okay.

8          A    -- 2513.

9          Q    Okay.  And is there another number, if I had an

10    emergency, and couldn't catch you?

11          A    Yes, ma'am.  Let me, uh, bring up my, uh, my

12    parents' land line would be --

13          Q    Okay.

14          A    -- perfect for this.  Actually, I'll give you

15    my mom's direct cell line, 'cause I --

16          Q    And what's her name?

17          A    Amalia Perez; A-m-a-l-i-a.

18          Q    Okay.  And this is her cell number?

19          A    Yes, uh-huh.

20          Q    Okay.  And what is that?

21          A    Uh, 773- --

22          Q    Uh-huh.

23          A    -- 441- --

24          Q    Okay.

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

Perez, 13  C 4531
FCRL000117

1     A     -- 7703.

2     Q     Okay.  Now, uh, you're here today about a

3  series of events involving police officers, true?

4     A     Yes, ma'am.

5     Q     Now, is it the same police officers each time?

6     A     No.  Uh, well, only one of them is the same one

7  from the original incident, and his name is George.  He's

8  the one that contacts me on my cell phone, and gives me

9  orders, basically.

10     Q     Okay.  And how many incidents total?

11     A     Two.

12     Q     Okay.

13     A     Saturday and Sunday.

14     Q     Okay.  Let's start with incident number one,

15  so, we make sure we get all the details.  So, that was

16  Saturday, this Saturday?

17     A     Yes.

18     Q     The 20th?

19     A     Yes, ma'am.

20     Q     Tell me what happened.

21     A     Uh, I was driving back from a delivery, uh, on

22  Taylor Street.  Uh, my boss, uh -- since it's a major

23  delivery service, we don't always go back to the same

24  restaurant.

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

Perez, 13 C 4531
FCRL000118

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930          8

1          They send us to other restaurants, occasionally, to

2     pick up other, other orders.  I'm really close to the

3     people at Desiorok, which is a Korean restaurant, at 1514

4     West Taylor.

5          Q    Okay.

6          A    Uh, so my boss had texted me to go back to that

7     restaurant.  I looked at my text, I put the phone down,

8     and I, I was going back to pick up another order,

9     basically.

10         Q    Okay.  And so, you went -- you were heading

11    back to Desiorok?

12         A    Yeah, Desiorok, D-e-s-i-o-r-o-k.

13         Q    Okay.  And what happened -- what happened on

14    your way there?

15         A    Uh, I was -- I, I just bought this new SUV on

16    Friday, actually.  Uh, it's a RAV4, Toyota.

17         Q    Okay.

18         A    Uh, I was driving very happy, obviously, in a

19    new car.  Uh, my boss had just texted me.  I looked at

20    the text, and I put the phone down, and that's when the

21    police officers showed up, in an unmarked police car.

22    Uh, they drew their guns right away.  Uh --

23         Q    Did they -- now, did they pull you over --

24         A    Yes, they pu- --

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

Perez, 13 C 4531
FCRL000119

INDEPENDENT POLICE REVIEW AUTHORITY   LOG #1057930          9

1        Q    -- (inaudible 0:05:09.7).

2        A    -- they, they pulled me over.

3        Q    So, you're still driving --

4        A    Yeah.

5        Q    -- and kinda look at your phone, put it down --

6        A    And then about 10 seconds later, I see lights

7   in the rear view mirror.

8        Q    And you're getting pulled over.

9        A    And I'm getting pulled over.  I pulled over

10   right away to the side of the street, like you're

11   supposed to, follow the law.

12        I had my, uh, my insura- -- or, my license, and, uh,

13   I had the paperwork for the new car, 'cause I still

14   haven't received my new ins- -- insurance card from State

15   Farm, so I only have a copy of the one they faxed over to

16   the dealership.

17        Q    Okay.

18        A    So, I was gonna reach over to the glove box

19   but, then I saw that the moment I started moving around,

20   they drew their guns so, I started panicking a little

21   bit.  Because, you know, guns are scary.

22        Q    So, you saw an unmarked car pull you over.

23        A    Yes.

24        Q    Describe it for me.

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

Perez, 13  C 4531
FCRL000120

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930          10

1          A     It was, maybe a black or dark gray Crown

2     Victoria, it looked like.

3          Q     Okay.  And how many officers were in it?

4          A     Two.

5          Q     You didn't see a license plate, or anything on

6     it?

7          A     No.  No.

8          Q     Okay.

9          A     Just, uh, the flashing lights.

10          Q     The two officers that came out of there, were

11     they male or female?

12          A     Both male.

13          Q     Male?

14          A     Uh-huh.

15          Q     Uh, were -- what were they wearing?

16          A     Plain clothes.  Uh, kind of, uh, the one, the

17     one that was actually a nice police officer, John, uh, he

18     had on like a gray hoodie.

19          Q     Okay, gray hoodie?

20          A     Uh-huh.

21          Q     Did they have those bullet proof vests?

22          A     Uh, George did; John did not.

23          Q     George and John.  Now, how did you come to know

24     that, that one was George and was John?

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

1      A    John introduced himself.  Uh, pretty much, they

2    grabbed me out of the car right away, because I seemed

3    nervous, and they were concerned about that for some

4    reason.  Uh, obviously, I was nervous because they were

5    drawing guns, and, you know, you hear these stories.

6         So, they pull me out of the car, they handcuff me

7    right away.  They kept asking me why am I nervous.  Why

8    am I nervous.

9      Q    Okay.

10     A    Uh, I told them, well, you, you have guns

11   drawn.  So, anybody would be nervous in front of a gun.

12   Uh, John said, "Okay.  You're actually a pretty nice kid.

13   I'm gonna sit you in the back of my car, and we're gonna

14   search your car."

15        And I said, "Well, I, I don't consent to that, at

16   all.  I know my rights."  I'm, you know, I'm a college

17   graduate, so I definitely know my rights.  Uh, they put

18   me in the backseat.  George is the one going through the

19   car, at this point.

20        Uh, he was the shorter of the two.  John's in, in

21   the back of his, or by me, he has the door open to the

22   backseat of the car.  And I -- they had me sit down.

23   He's talkin' to me, he's tellin' me, you know, "Whatever

24   you do, don't lie to us.  Don't lie to us."

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930          12

1          Q     John is saying this.

2          A     Yes.  John is saying this.  And he's saying

3     that his partner's crazy.  His partner, George.

4     That's how I came to know the name, George.

5          Q     Okay.  And so, uh, John's kinda talking to you.

6          A     And he's actually a very decent human being, to

7     be honest.

8          Q     And in the mean- -- and you can see that George

9     is searching your car.

10         A     Yes.  George is the one searching my car.  I

11    never consented at all.  I told him, in fact, I told him

12    the complete opposite.  That I wanna know why I'm being

13    pulled over, because it's my right.

14         And that, you know, I have nothing, I'm actually at

15    work.  So, and this is a brand new car.  I told them that

16    I have the paperwork right there in case.  'Cause -- they

17    told me I didn't have enough paperwork for my car.

18         Q     What, what, uh, areas of your car are they

19    searching?

20         A     Everything.  Everything.  Literally,

21    everything.  The glove box --

22         Q     Trunk too?

23         A     Uh, there's -- it's an SUV, so there's no real

24    trunk area.

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930          13

1        Q    Right.

2        A    They never opened up the trunk but, they went

3    up through the front, and just made their way back

4    through the -- to the seats.

5        Q    Now, when you said they, does that mean --

6        A    Oh, no, no, I'm sorry --

7        Q    -- both officers?

8        A    -- George, George.

9        Q    George.

10       A    Yes.  I'm sorry.

11       Q    Do me a favor?  Before we go further, describe

12   George to me.

13       A    George is a, about, maybe 5'8".

14       Q    Five-eight?  What race is he?

15       A    Uh, he claims to be Puerto Rican, uh, uh, like

16   me, myself.  Uh, but, uh --

17       Q    He told you that?

18       A    Yes.  But, he's, he looks very light skinned,

19   and, uh, I thought he was Caucasian, to be honest but --

20       Q    Okay.

21       A    -- he told me he as Puerto Rican.

22       Q    Heavy, thin?

23       A    Uh, slightly on the heavy side.

24       Q    Slightly heavy.  Anything distinguishing about

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930          14

1      his face, like --

2              A     Glasses.  He wear gla- -- he's wearin' glasses;

3      black glasses.

4              Q     What color hair?

5              A     Uh, you know what, he had some type of hat on

6      so --

7              Q     Hat on.  Did you see any facial hair?

8              A     Yeah.  Like a, a five o'clock, uh --

9              Q     Five o'clock shadow?

10             A     Yes.

11             Q     What color would, would you think --

12             A     It's dark.

13             Q     Dark?

14             A     Yes.

15             Q     Uh, did you see his eye color?

16             A     Huh-uh.

17             Q     No?  Uh, anything else distinguishing about

18     him?  Any tattoos, or --

19             A     Not that I can recollect.

20             Q     -- scars, nothing?  Okay.  Now, what about

21     John.  What does John look like?

22             A     John, uh, has a gap in his teeth.

23             Q     Okay.  What race is he?

24             A     Caucasian.

**VICTORIA COURT REPORTING SERVICE, INC.**
**(312) 443-1025**

**Perez, 13 C 4531**
**FCRL000125**

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930          15

1       Q    How tall?

2       A    Uh, 5'10".

3       Q    Uh, thin, heavy, medium?

4       A    Mm, a little less than medium.

5       Q    Okay.  So, chubby?  Maybe he was chubby?

6       A    Yeah, chubby.

7       Q    Chubby?

8       A    Yeah.

9       Q    Okay.  Uh, what about facial hair?

10      A    Mm, same thing, five o'clock shadow.

11      Q    What about h- -- like hair on his head?

12      A    Bald.

13      Q    Bald.  Okay.  Anything else about him?  Scars,

14   tattoos?

15      A    No.

16      Q    No?

17      A    Not that I can recollect.

18      Q    And you never got either of their last names?

19      A    No, ma'am.  And they re- -- refused to give me

20   a badge number.  But, that was --

21      Q    Did you ask for it?

22      A    Yes, ma'am.

23      Q    Okay.  So, now, let's go back to the part where

24   he's searching your car, and you're sitting in the back

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930        16

1    of the unmarked car.  What happens next?

2         A    Uh, well, John's just talkin' to me.  He's

3    actually being friendly.  I'm telling him that I'm

4    actually a, a col- -- well, that I've been to college,

5    and I'm actually, a, an independent, uh, book writer.

6         That I'm actually doing a book on police people.

7    So, I'm just talkin' to him.  He, actually, started to be

8    friendly with me, until George comes back and, uh, they

9    find a little bit of pot in my car.

10        Q    Okay.  Where did they find that?

11        A    Uh, well, I know where I put it.  It was in the

12   glove box.

13        Q    Okay.

14        A    (Witness laughs.)  Where did --

15        Q    They found marijuana in your car?

16        A    Yes.  Where they claimed they found it, was on

17   the visor.

18        Q    Okay.  But, you do admit that you had some --

19        A    Yes.

20        Q    -- marijuana.  Okay.  How much do you, do you

21   think you had?

22        A    Two joints worth, maybe.

23        Q    Okay.  So, so, is it George that comes back --

24        A    Yes.

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930          17

1          Q     -- with the marijuana, and says --

2          A     George comes --

3          Q     -- something?

4          A     -- back, and he's, he's, uh, he's very

5     aggravated, at this point.  Because --

6          Q     Okay.

7          A     -- they, they claimed that I lied to them.

8          Q     Okay.  And so, what does he say?  "I found this

9     in your car --

10         A     Yeah.  He says -- well, no, no, at first, uh,

11    he just came up -- at this point, John had just pulled me

12    out of the car to finish talkin' -- he was about to

13    unhandcuff me.

14         Q     Uh-huh.

15         A     'Cause he just got a good vibe off me, and he

16    just felt no need to keep me handcuffed.  And George

17    said, "No, hold on.  Uh, he's lying to us."  And they

18    just, uh -- I think John asked him like, "Wh- -- what did

19    you find?"  Or, something kinda similar to that --

20         Q     Uh-huh.

21         A     I'm paraphrasing that.  Uh, and George says,

22    "Well ask him."  And they ask me, I said, "I don't know

23    what he found.  I wasn't watching him, or anything, you

24    know, I was with you."

**VICTORIA COURT REPORTING SERVICE, INC.**
**(312) 443-1025**

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930        18

1     And then I started laughing, and John started

2     laughing too, 'cause, you know, it, it was the truth.  I

3     was literally talking to John, way far, so I couldn't see

4     anything.

5          Q    Uh-huh.

6          A    Uh, George says, "Well, ask him, ask him."

7     "What did he find?"  I'm like, "I don't, I don't know.  I

8     don't know anything.  I don't know what you guys found,

9     what you're talking about."

10         And then he reached in his pocket, and he pulled out

11    the little, the little pi- -- it was the cellophane from

12    a cigarette, pretty much, I was holding, the po- --

13         Q    And you recognized it to be yours?

14         A    Yes.  Yes.

15         Q    Okay.  So, what did you say at that point?

16         A    I sa- -- well, I said, "That's not mine."

17    (Witness chuckles.)

18         Q    Okay.  Okay.

19         A    So, uh, this thing is all standard procedure,

20    you just learn, you know, as a Chicago city boy, or

21    whatever, and, uh, you know, never admit to anything, you

22    know, until the lawyer's present, which I know, 'cause I

23    have my lawyer's card.  I'm good friends with him, you

24    know.

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

Perez, 13 C 4531
FCRL000129

1      Q    Okay.

2      A    So, I told them, uh, that that's not mine.

3  George said, "He's lying to us.  If you lie again, you're

4  gonna go to county."

5      Q    Okay.

6      A    And I said, "Oh, then I'm -- I, I, I'd rather

7  not talk then, I want my lawyer."  That's the exact -- my

8  phrase was exactly that I just (inaudible 0:11:51.7) on,

9  and I just want my lawyer.

10     Q    Okay.  So, then what happened?

11     A    Uh, they went back to the car, well, George

12  went back to the car.  John went back to the backseat

13  with me.  He's like, "Look.  You just -- vul- -- I'm -- I

14  don't mean to sound vulgar, but he said, "You fucked up.

15  You lied to George, and he's fuckin' crazy."

16     Q    Okay.

17     A    That's what John is telling me about his own

18  partner.

19     Q    Wow.  Uh-huh.

20     A    That he's crazy.  That he's crazy.  Don't, you

21  know -- I -- he doesn't know what he's gonna do, but he's

22  crazy.

23     Q    Okay.

24     A    That's what John -- that's why I said that John

CONFIDENTIAL DOCUMENT PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN 13 C 4531

**VICTORIA COURT REPORTING SERVICE, INC.**
(312) 443-1025

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930          20

1     is the nicer of the two.

2          Q     Uh-huh.

3          A     Uh, so George goes back to search my car.  Uh,

4     John's talkin' to me still, and then George comes back

5     about three minutes later, maybe, give or take a couple

6     of seconds.  Uh, and they told me, "Well, you're going

7     in, you know, for, for the stuff."

8          And I'm like, "All right.  Well, it's my pot, I'll

9     go in."  But, then they're like, "No, you're going in for

10    this."  And then he pulled out something out of this

11    pocket, right here.

12         Q     When you say, this pocket, so you're showing

13    your left breast pocket?

14         A     Yes.  Just a --

15         Q     Okay.

16         A     Yes.  Uh --

17         Q     Meaning George's left breast pocket?

18         A     Yeah.  He actually did a signal to, uh, to

19    John, which is this.

20         Q     Like showing -- holding up your fingers like

21    you're --

22         A     Yeah.

23         Q     -- measuring an inch or two --

24         A     Yeah.

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

Perez, 13  C 4531
FCRL000131

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930       21

1    Q    -- or something?

2    A    Yes.  Yes.

3    Q    Okay.

4    A    Exactly.  He went like this, and then John

5    went, "Okay."  Like, they gave each other a signal.  I,

6    I'm not sure what that meant.  And then they pulled out

7    another bag, it was something.  That was not mine.

8    Q    What was in that bag?

9    A    I'm not sure.  They claimed to be, uh, oh, what

10   the hell did they call it?  Uh -- I don't know, it was,

11   it was a big chunk of -- it looked like chocolate to me.

12   Q    Uh, oh, hmm.  Okay.  Something that looked like

13   a chocolate something --

14   A    Yeah.  But, I, I'm not exactly sure.  I don't

15   remember exactly what they called it.  I gotta stand up

16   again.

17   Q    Sure.

18   A    Uh.  I'm not exactly sure what they called it,

19   but it was something.  It was some type of street name.

20   But, I don't remember what it was.  I, I don't remember

21   it.

22   Q    Okay.

23   A    What, what they called it.  But, that's what

24   they pulled out.

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930          22

1          Q     Okay.  And then, uh, what did they do?

2          A     Uh, they -- well, they threw me back in the

3    backseat.  Uh, John jumped in my car to drive it.  And

4    then they drove me to Harrison Street police station.

5          Q     Okay.  What happened when you got there?

6          A     Uh, they pulled me out of the car.  They locked

7    me up into interr- -- interrogation room.  Uh, at this

8    point, I still haven't been told I am under arrest, or

9    anything.  I keep requesting my lawyer, and they refused.

10   They said, they don't gotta do a God damn thing for me.

11         Q     Okay.

12         A     You know.  That I lost that right when I lied

13   to them.

14         Q     Uh-huh.

15         A     Uh, so, I'm still requesting my law- -- I'm

16   hoping at this point, that there's somebody else that

17   can help me, or something.  But, no, it was just

18   mostly them too.  They take me to a little room, like

19   this, pretty much.  Pretty much --

20         Q     Okay.

21         A     -- the same type of room, except it had a

22   little steel bench.  Uh, they handcuff me to the steel

23   bench, and they leave me there for a couple of minutes.

24         Q     Okay.

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

INDEPENDENT POLICE REVIEW AUTHORITY   LOG #1057930        23

1          A      They take my cell phone, which they already had

2    from the confiscation.   They're taking everything out of

3    my pockets --

4          Q      Uh-huh.

5          A      -- during the or- -- initial stop.   Uh, and

6    they start going through my phone.   Uh, they find some

7    pictures that my girlfriend had just sent me, and you

8    know, some random stuff, she's out of town for a week.

9          Q      So, what are they making comments about it?

10         A      Yeah.   They're making comments about, you know,

11   how did I get that kind of girl, you know, for a dumb

12   ass, like me.   Ri- -- uh, they're just talkin' down to

13   me, at this point.

14         And I'm telling them that I know my rights.   I know

15   my rights for a fact.   And they're supposed to stop

16   questioning me, the moment I request a lawyer.

17         Q      Uh-huh.

18         A      And they're telling me, "Well, that doesn't

19   work in -- where -- when we're working," or something to

20   that effect.   It was, basically, that they don't have to

21   follow whatever I'm talking about.

22         Q      Okay.   So, then what happened?

23         A      Uh, they disappear for a while with my phone.

24   Uh, they basically dug through it, and come back and

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

Perez, 13  C 4531
FCRL000134

1      start asking me about a person in my text messages.

2      Which is this person, D.

3            Q     Okay.

4            A     Which is -- I got him under D6 --

5            Q     Okay.  D6 --

6            A     -- on my phone.

7            Q     -- is the -- who is this person that you --

8            A     He's, he's actually a -- he's been -- he grew

9      up in the same Humboldt Park area that I grew up in, so -

10     -

11           Q     Uh-huh.

12           A     -- I've known his family for about, over a

13     decade now.  Uh, he's actually the guy who sells me pot.

14           Q     Okay.  Okay.

15           A     He's a really nice guy.  He had th- --

16           Q     Was there anything in your phone that mi- --

17     might have alerted them that he sells you pot?

18           A     Just the text messages, uh, us, uh, texting

19     back and forth.  But, we're talking in, you know,

20     code.  Obviously, because, you know, he's a pot

21     dealer.  He knows --

22           Q     Right.

23           A     -- what he's doing.  So, you know --

24           Q     So, what did they ask you about him?

**VICTORIA COURT REPORTING SERVICE, INC.**
**(312) 443-1025**

Perez, 13  C 4531
FCRL000135

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930          25

1      A      They asked me, uh, wha- -- who's this guy?  Wh-

2      -- what is he selling?  What's he into?  And I told them,

3      "I'm not gonna talk anymore," and "I want my lawyer."

4      Q      Uh-huh.

5      A      So, I keep repeating this.  "I want my lawyer.

6      I want my lawyer."  And they're like, "Well, we caught

7      you in a lie, and we got you.  We got you on, on your

8      phone.  You know, so you're going to jail, if you don't

9      start talking."

10     Q      Uh-huh.

11     A      So, I -- you know, they keep asking me these

12     questions about what does D do?  Who's D?  Uh, can I

13     recognize him, if I saw him?  Which is a really weird

14     question, 'cause he's in my phone, obviously, I would

15     know him.

16     Q      Uh-huh.

17     A      Uh, they just keep askin' me these repeated

18     questions about D.

19     Q      Okay.  And, uh, and then you just didn't wanna

20     answer, 'cause you (inaudible 0:16:06.0).

21     A      I didn't wanna answer anything.  I, I wanted my

22     lawyer.  Right away, I had my lawyer's card, which is

23     Richard Daniels (phonetic), as you saw, earlier, when I

24     pulled it out.  Same, uh, same wallet that I had that

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

Perez, 13  C 4531
FCRL000136

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930          26

1     day, and everything.

2          Q     Okay.

3          A     Uh, they asked me what this thing is, over and

4     over again.  It's an electronic cigarette.

5          Q     Oh, okay.  Okay.  So, you're showing me a

6     little green -- almost looks like a tiny walkie talkie

7     device.

8          A     Yes.  Yeah.

9          Q     Okay.

10         A     Yes.  Totally.  They said that, uh, I almost

11    got shot because of this thing.

12         Q     Oh, really?  Why is that?

13         A     Yeah.  Because I was holding it in my hand.  I

14    was in my car, at the time, and I, you know, I was just -

15    -

16         Q     I see.

17         A     -- smoking it, or whatever.  So, they thought

18    it was actually a gun, or that f- -- or, they joked that

19    they thought it was a bomb, like, one of those cartoon

20    bombs.  Where I hit the button, and everything blows up.

21         Q     Like a detonator.

22         A     Yeah.  Exactly, exactly.  A detonator.

23    That's exactly what they called it.

24         Q     Okay.  So, then what happened?

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

Perez, 13  C 4531
FCRL000137

INDEPENDENT POLICE REVIEW AUTHORITY   LOG #1057930        27

1        A    Uh, just back and forth.  Just I refused to

2    answer questions.  I was aggravating them by this point.

3    Uh, George leaves the room, steamed, just mad at me.

4    Just aggravated.

5        And then John sits down next to me.  He's like,

6    "Listen.  Your best bet right now, is just to work with

7    Jo- -- uh, work with George.  Uh, he's crazy, you know,

8    he's my partner, but he's fuckin' crazy."

9        And John's actually being real polite.  That's why,

10   I, I, I don't wanna consider John part of the issue,

11   because he was actually tryin' -- I wouldn't say try to

12   help me, but, you know, try to (inaudible 0:17:15.3) the

13   situation, down a little bit.  Uh --

14       Q    So, then did -- does anything else happen, or

15   are you finally let go?

16       A    No, no.  No, no, no, no, not at all.  I'm still

17   there for another two hours.

18       Q    Wow.

19       A    George comes back aggravated.  He actually took

20   the phone out with him again.  Uh, he's going through all

21   my messages, and everything.  Couldn't find anything

22   else.  Uh, they look at the phone number.  They do

23   something on the computer with the phone numbers.

24       Uh, they, uh, they find D's information.  Now, I

**VICTORIA COURT REPORTING SERVICE, INC.**
**(312) 443-1025**

1    don't know D's real name, or anything, because he's a

2    street guy.

3          Q      Uh-huh.

4          A      But, he's a really nice street guy.  He's like

5    a family guy but, he sells a little pot on the side.  So,

6    you know, everybody on the street just knows him by D.

7          Q      Okay.

8          A      You know, just D.  You know, where's D at?

9    It's just literally a letter, D.

10         Q      So, they find his info --

11         A      They find his info --

12         Q      -- on your phone?

13         A      They find his info on my phone, and they look

14   it up on the computer somehow.  I guess they got him

15   under investigation?

16         Q      Oh, I don't -- yeah.  Okay.

17         A      So, I, I mean, I don't know either.  So, uh, so

18   they already had his info.  They pulled up all -- they

19   asked me if that's him.  And I'm sayin', "I'm not gonna

20   say anything else.  I just want my lawyer."

21         Q      So, you never disclosed anything?

22         A      No.  I, I d- -- I don't wanna get anybody else

23   in trouble.  Espec- --

24         Q      You just keep sticking to, "I want my lawyer.

Perez, 13  C 4531
FCRL000139

INDEPENDENT POLICE REVIEW AUTHORITY   LOG #1057930       29

1     I want --

2          A     "I want my lawyer.  I want my lawyer."

3          Q     Okay.

4          A     And they still hadn't read me any rights, or

5     anything.  Or, you know, I'm just handcuffed, and I'm in

6     a station, at this point, that's all I know.  Uh, George

7     starts getting aggravated with me.

8          And he's like, "Listen.  Why are you protecting this

9     fuckin' nigger?  Why are you protecting this fuckin'

10    nigger?"  You know, "Why, why?  Why you love this nigger?

11    You sucking his fucking cock?"

12         Q     Uh-huh.

13         A     You know, he's just, he's just really being

14    vulgar with me, at this point.  And I'm sorry that I

15    had to say that.

16         Q     No.  Well, you have to give us the exact words,

17    so --

18         A     I, I, I just do it really to (inaudible

19    0:18:41.1).

20         Q     Yeah.

21         A     You're, you're such a sweet, nice lady, and I'm

22    talkin', you know, like that --

23         Q     That's okay.  You've gotta give us the exact

24    language too, so --

**VICTORIA COURT REPORTING SERVICE, INC.**
**(312) 443-1025**

**Perez, 13  C 4531**
**FCRL000140**

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930          30

1        A    Okay, okay, okay.  So, uh, so George is goin'

2   crazy.  John's just kinda in the background with his arms

3   crossed.  Uh, you can tell he's being bothered by the way

4   his partner's acting.

5        Q    Okay.

6        A    I can just sense it in his face, like, he just

7   don't wanna even be there.

8        Q    Uh-huh.

9        A    Uh, George leaves again, after telling me, you

10  know, that I love this D, and that I wanna suck his cock,

11  and everything.  Uh, John comes back, and he's like,

12  "Listen, just work with George."

13       Q    Okay.

14       A    "George has already been watchin' that guy

15  forever.  So, d- -- why are you even protecting him?"

16  You know, and I, I told him, "Wha- -- what do I have to

17  do with that?  You guys pulled me over.

18       I had work during my shift.  Just go and ask the

19  people at Desiorok if, that's m- -- you know, about was

20  I'm workin'.  You guys will know it.  I'm at work.  I'm

21  not a street person.

22       I'm not involved with D's business, or anything.  If

23  anything, I'm just a client.  And that most I ever bought

24  is 40 bucks worth of pot, 'cause that's all I can

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

Perez, 13  C 4531
FCRL000141

1    afford."

2          Q    Right.  Right.

3          A    So, they start telling me all about that D's

4    other businesses, which is, uh, I guess he sells crack,

5    heroine, and, uh, pretty much anything.  I mean, he's a

6    drug dealer, so, you know --

7          Q    Uh-huh.

8          A    I guess he has a diversified portfolio, and --

9          Q    Okay.

10         A    -- everything.  (Witness chuckles.)

11         Q    Uh-huh.

12         A    So, uh, so, you know, he -- he's t- -- tellin'

13   me about that, and then, uh, George comes back.  Uh,

14   grabs me by --

15         Q    Your shoulder?

16         A    My shoulder.  'Cause my other arm was, was, uh,

17   handcuffed --

18         Q    Handcuffed?  Okay.

19         A    Yeah.  So, they grabbed me by this shoulder,

20   the left side.

21         Q    The left one?  Uh-huh.

22         A    Yeah.  The --

23         Q    The right hand is handcuffed --

24         A    Ye- --

**VICTORIA COURT REPORTING SERVICE, INC.**
**(312) 443-1025**

1      Q      -- so, they grab your left shoulder?

2      A      Yeah.  And I'm sitting on this little bench,

3      which is the most uncomfortable little bench ever, but,

4      uh, he pushes me back into the wall.

5      Q      Okay.

6      A      And I just looked, and I was like, "Listen,

7      man.  I'm not tryin' to, uh -- -I'm not tryin' -- I, I'm

8      not tryin' to disrespect you Officer."  Actually -- I'm

9      actually --

10     I, I, I actually mentioned the fact that I'm a free

11     mason, that I know a lot of police officers.  And I'm not

12     tryin' to disrespect them in any way, I just want my

13     lawyer.  I just wanna use my rights to, you know, do the

14     right thing.

15     Well, I guess depends on your view of whether it's

16     the right thing or wrong thing.  But, I figured, have a

17     lawyer there.

18     Q      Right.

19     A      'Cause at this point, they're just going

20     berserk about everything.  Uh, George tells me that he,

21     he can make me a deal.

22     Q      Okay.

23     A      And I look at him, and I'm like, "Well, what's

24     the deal," you know?  And he's like, "Well, I could

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

1    either confiscate your fuckin' brand new car."  And then

2    he asked me, "How much did you spend on that car?"  And,

3    and I told him why, I saved up for six months to buy it.

4        Q    Uh-huh.

5        A    Uh, I'm still, I'm still in grad school right

6    now, so, at Columbia, so, uh --

7        Q    Oh, how nice.

8        A    Thank you.  So, uh, so, you know, everything's

9    a little pricey for me right now.  You know, it's hard to

10   save money, and --

11       Q    Sure.

12       A    -- I'm also running a side, a co- -- a

13   consulting firm, which is costing me money, because it's

14   sort of a business --

15       Q    Sure.

16       A    -- so, I'm telling him this, that.  You know,

17   I, I really don't have the money, please don't confiscate

18   my car.  He's like, "Well, that's what the fuck I'm gonna

19   do, and I'm gonna send you to county, and you know, you

20   better start fuckin' opening up your mouth."

21       Q    Okay.  So, what's the deal?  You've gotta talk

22   about D?

23       A    I gotta talk about D.

24       Q    Okay.

**VICTORIA COURT REPORTING SERVICE, INC.**
**(312) 443-1025**

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930          34

1          A    So, this is what the want.  This is what
2    they focused on.

3          Q    Uh-huh.

4          A    Pretty much, about a half an hour into
5    everything.  They start focusing on D.  Now, I don't know
6    whether they had me spotted with D, or something, but
7    they were already talking about that, way before
8    anything.

9          So, I don't know maybe they ha- -- they had him
10   under surveillance, and they caught me on that, and maybe
11   got the wrong impression, or something.

12         Q    Were you by him that day?

13         A    Yes, I was.

14         Q    Okay.

15         A    Earlier that day.

16         Q    Okay.

17         A    About, about actually about three hours before
18   that.  I actually picked up a little bit of pot on my way
19   to work.

20         Q    The same amount that they found.

21         A    Yes.  The same amount.

22         Q    Okay.

23         A    Minus, what, the little bit that I smoked
24   before.

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

Perez, 13 C 4531
FCRL000145

1      Q    So, what happened then?

2      A    Uh, I told them that I don't, I don't wanna, I

3  don't wanna, I, I --

4      Q    Do that?

5      A    I don't wanna be a snitch.

6      Q    Uh-huh.

7      A    Basically, is what I told them.  Well,

8  actually, uh, those were my exact days.  "I don't feel

9  comfortable being a snitch.  Please get me my lawyer."

10     Q    Uh-huh.

11     A    Uh, he told me that he doesn't have to do jack

12  shit for me, 'cause I'm a lying piece of shit.

13     Q    Wow.  And then what happened?

14     A    Uh, let me see, so, all right, so there's

15  talking about the, uh -- George disappears again.  As

16  he's going out the door, he tells John to go back in

17  there and talk to me.

18     Q    Uh-huh.

19     A    They might have bee playing good cop, bad

20  cop, to be honest.  'Cause it was, it was very, you

21  know, I mean, I'm a pretty smart guy so, you ju- --

22     Q    Seemed like it?

23     A    Yeah.  So, I -- John comes back, and he's like,

24  "Listen, don't protect no fuckin' idiot;" you know, like,

Perez, 13  C 4531
FCRL000146

1   "Look, you want your car, your brand new car

2   confiscated?"

3        And I'm telling him, "John," I'm like, "Listen, man.

4   My, my dad and my mom are both sick.  Like, I can't

5   afford to lose that car.  I'm gonna lose my job, and

6   actually pay for most of their bills now."

7        Q    Uh-huh.

8        A    Uh, he's telling me, "Well, work with us.  Work

9   with us."  You know, he's being real soft, and, you know,

10  like, "Work with us."

11       Q    Uh-huh.

12       A    You know, "Just work with us, and we'll take

13  care of you."

14       Q    Okay.

15       A    You know, that's what John said.  And I said,

16  "No.  I don't feel comfortable.  I want my lawyer.

17  Please, just give me my lawyer."  Uh, John said, "Well,

18  let me talk to George, and see what we can do."

19       Q    Uh-huh.

20       A    Uh, he goes outside -- they disappear for a

21  couple of minutes.  I'm alone in this room for that

22  amount of time.  There's no other cops, at this point,

23  still.  Uh, he comes back; George comes back.

24       And he tells me, "So, what's your decision?"  I

1    said, "Well, didn't John tell you that I just want my

2    lawyer.  I don't wanna, I don't wanna be involved in any

3    of this stuff."

4         Q    Uh-huh.

5         A    And plus, D is a, is a gang member.

6         Q    Oh, okay.

7         A    So, I told, I told George.  I was like,

8    "Listen.  I don't feel comfortable being a snitch to a

9    gangbanger.  Uh, he's part of the Cobras."

10        Q    Oh, okay.

11        A    The moment I mentioned the Cobras, they're

12   like, "See, you wanna protect a fuckin' piece of shit,

13   that fuckin' kills cops."

14        Q    Mm, uh-huh.

15        A    I don't know who kills cops, or anything,

16   'cause I'm not privy to that world, or an- --

17        Q    Right.

18        A    I, I hang out with preppy people from Columbia,

19   and DePaul --

20        Q    Right.

21        A    -- and stuff like that.  So, I'm not privy to

22   the street people.

23        Q    Uh-huh.

24        A    Uh, apparently there's an issue between the

Perez, 13 C 4531
FCRL000148

1    cops and the Cobras, that I'm unaware of?  So, uh, he

2    tells me that, you know, that D's a piece of shit.

3    That he's blah, blah, blah, this.  That he's a killer.

4    That he's a cop killer.

5        That he's gonna hurt people, and I'm tellin' him,

6    "Well, you're not making it easier for me to decide --

7    to pick -- say anything about him.  If you're saying

8    he kills cops, like, what makes you think he's not

9    gonna kill me?"

10       Q    Uh-huh, uh-huh.

11       A    You know, and I told them, "I don- -- I don't

12   feel comfortable at all ever being a snitch.  I wouldn't

13   do it, regardless.  I want my lawyer."  Uh, they told me,

14   again, they denied my right to have a lawyer, again.

15       Q    S- -- so, how does it end up?  Does this

16   continue?  Does it --

17       A    It's continuous for about two more hours.

18       Q    Wow.

19       A    Back and forth.  Uh, at this point, they're not

20   physi- -- they're not being too physical with me yet but,

21   they're kinda getting to that point.

22       Q    Okay.

23       A    Eventually they do become physical but, not

24   yet.

Perez, 13  C 4531
FCRL000149

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930          39

1      Q    That same day?

2      A    Mm, at the end, a little bit, not 'til the next

3   day th- -- they become physical on the second day.

4      Q    Okay.  So, tell me what else is significant

5   that happened that day.  I know they were bugging you a

6   lot about this but, does anything else happen, physical,

7   or?

8      A    No.  Uh, they just pushed me around a little

9   bit.  Uh, they, they tightened up the handcuffs a lot.

10  They added shackles to my legs, at this point.  Uh --

11     Q    Okay.

12     A    -- again --

13     Q    Did you tell them that you thought your

14  handcuffs were too tight?

15     A    Yes.  Yeah.

16     Q    Did, did it cause any damage then?

17     A    Actually I have it on video, from yesterday,

18  when I got out on the second day.  Uh, but, both --

19  actually, you can still kinda see.

20     Q    Some redness there?

21     A    Yes.

22     Q    Okay.

23     A    And on the video you can see a little better,

24  'cause they were fresh when it happened.  But, I --

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

INDEPENDENT POLICE REVIEW AUTHORITY   LOG #1057930        40

1        Q    So, but, that's something you'll give us later.

2        A    Yes.

3        Q    The video, okay.

4        A    Actually, the video's in my e-mail -- the

5    second video, from, uh, my --

6        Q    Oh, okay.

7        A    This is a video from my job.  On the first day,

8    they actually, uh -- well, we'll get to that part in a

9    second.

10       Q    Okay.  So, then, basically, they tighten your

11   handcuffs, they put the chains on your leg --

12       A    Uh-huh.

13       Q    And then do they, eventually, leave -- let you

14   go?

15       A    Kinda.  Uh, they inform me that they're gonna

16   keep an eye on me.  Uh, they --

17       Q    So, they didn't actually arrest you, then?

18       A    No.  They never arrested me.  They ne- -- I

19   never was under arrest.

20       Q    They just had you -- that you ha- -- there for

21   three hours trying to question you?

22       A    Yes.  Yes, yes.  And I told them, I told them

23   that, uh, my boss is probably gonna end up suing the

24   police.

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

1       Because, uh, we lost a couple of delivery drivers.

2       Uh, so, we're under staff right now, and I was on my way

3       to Desiorok, which is one of our major accounts.

4            Q    Mm.

5            A    Uh, so, I told them, you know, "You guys are

6       gonna get me fired, a), and b) I'm probably gonna -- or,

7       you guys are probably gonna get shot, or something, you

8       know."  Or, at -- not sorry, not shot, uh, sued.

9            Q    Mm, mm.

10           A    Uh, by my, my, my boss.  "So, if you guys could

11      please talk to my boss, and tell him I was here."

12      Because, they didn't give me a ticket.  They didn't give

13      me no paperwork to prove that I was there.

14           Q    Okay.

15           A    And it's a Saturday night --

16           Q    Right.

17           A    -- so, my boss could assume that I just decided

18      to go off with my girlfriend, or whatever, you know.

19           Q    Sure, sure.

20           A    So, uh, so, they did that.  That's -- this is

21      what this video is, is them on that night coming to, uh,

22      Desiorok, to talk to Jason (phonetic) and John, who are

23      also witnesses.  And they told them this, which is, this

24      is a text message from the African (inaudible 0:26:04.7).

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

1      Q      Now, how do you know they were at the Desiorok?

2      A      Uh, I they told me.

3      Q      Who did?

4      A      Uh --

5      Q      Just, uh, the owners there?

6      A      The owners and the police told me.  Uh,

7  because, he si- -- he sent -- he's actually texting me

8  right now.

9      Q      George, the officer?

10     A      Yes.

11     Q      Huh.

12     A      Should I respond?

13     Q      Well, I mean, I wouldn't do anything right now.

14     A      Well, I me- -- 'cause I'm --

15     Q      But, I -- so, why -- how did he get your

16  number?  Did you give it to him that day?

17     A      Yes, ma'am.

18     Q      Okay.  Why -- and what was the purpose of

19  giving him your number?

20     A      Because, they wanna -- well, because I wanted

21  proof that they actually talked to somebody, and then I -

22  - he gave me my phone numbers so my boss can call him in

23  case.

24     Q      Okay.  So, that was the big thing --

**VICTORIA COURT REPORTING SERVICE, INC.**
**(312) 443-1025**

**Perez, 13  C 4531**
**FCRL000153**

```
1          A    Yes.

2          Q    -- is, can you go talk to my boss --

3          A    And, uh --

4          Q    He said, g- -- you know, here, give me your

5     number --

6          A    Yes.

7          Q    -- I'll take care of this.

8          A    Yes.

9          Q    I'll let you know when it's taken care of.

10         A    Yes.

11         Q    And then how did you find out they were at the

12    Desiorok?

13         A    Uh, when I arrived there, uh, I was about five

14    minutes behind them, the police officers, because I had

15    to go find my SUV, which they parked in a random spot.

16         Q    Same day; same night.

17         A    Yes.  Same day, same night.

18         Q    Okay.

19         A    So, uh, I'm not exactly sure on the time --

20    actually, there's a time stamped --

21         Q    Yeah.

22         A    -- here it is.  "Talked to your boss, Carlos

23    (phonetic), at 1520 Taylor Street, and they said you are

24    good, and, uh, I'll get the message details."  And that
```

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

1     was at 7:44 p.m.

2              Q     Is that his number?

3              A     Yes, ma'am.

4              Q     So, it's --

5              A     That's his personal cell phone.

6              Q     -- 773-343-4022?

7              A     Yes, ma'am.

8              Q     All right.  Tell me the Desiorok, who, uh, who

9     could -- who would be --

10             A     Jo- -- John, the owner, and Jason, the counter

11    person.

12             Q     John, owner.  Do you know their last name?

13             A     Not off the top of my head, but they're also

14    willing to testify, and come in, or have somebody stop by

15    and interview them.  Unfortunately, he's the business

16    owner, so he has to stay there, and I -- and he's the

17    lead shot.

18             Q     What about Carlos?

19             A     Carlos is my boss at the delivery service.  So,

20    he's just dispatch, pretty much.  He dispatches me.

21             Q     Okay.

22             A     He's, basically, like, our original the 911

23    call, sorry.

24             Q     What is the phone number for Costillo Delivery?

**VICTORIA COURT REPORTING SERVICE, INC.**
**(312) 443-1025**

INDEPENDENT POLICE REVIEW AUTHORITY   LOG #1057930        45

1        A     Costillo Delivery Service.

2        Q     And that's where Carlos works, right?

3        A     Yes, ma'am.  And, uh, it's a, basically, it's a

4    direct line -- dispatch line.  They dispatch us from

5    their cell phones.

6        Q     Uh-huh.

7        A     They get the order from, uh, from the

8    restaurant, who calls them.  And then they dispatch --

9        Q     Okay.

10        A     -- the closest delivery driver.

11        Q     So, who's the best person there?

12        A     Carlos.

13        Q     Carlos -- why does it say, Charles (phonetic)?

14        A     Oh, Carlos is Spanish for Charles.

15        Q     Oh, okay.  One, two, six, eight, all right.

16    And then you have the numbers for the people at, uh, the

17    Desiorok?

18        A     Uh, yes I do.

19        Q     I don- -- 'cause where's Costillo?  Is that on

20    Taylor too?

21        A     No.  Costillo Delivery Service is actually,

22    like off Belmont; uh, their office.  But, we don't really

23    use the offices because we're --

24        Q     Okay.

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

Perez, 13  C 4531
FCRL000156

```
 1              A    -- delivering constantly.  So, I've never,

 2       actually, been to the office.

 3              Q    Okay.  Yeah.  So, then what about Desiorok?

 4       Well, who's -- what -- the numbers there?

 5              A    312- --

 6              Q    Uh-huh.

 7              A    -- 504-6656.

 8              Q    6656, all right.  And that would be John, the

 9       owner --

10              A    John, the owner, that's his direct line.

11              Q    Direct line.  O- -- or, also talk to Jason, the

12       counter person.

13              A    Yes, ma'am.

14              Q    But, where would he be a counter person at,

15       Belmont?

16              A    No, no.  At the restaurant.  Remember, we're a

17       delivery service for other restaurant, not --

18              Q    Okay.  Jason, at Desiorok?

19              A    Yes.

20              Q    Okay.  All right.  But, John --

21              A    And that's why I have this video, which is u- -

22       - I've been -- I have that -- the cops actually went into

23       my job, and --

24              Q    Okay.  So --
```

Perez, 13  C 4531
FCRL000157

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930        47

1       A    And they told him this lie, which is, uh, the

2    lie, which is, uh -- I'm showing you now, the text

3    messages from the officer, which, uh --

4       Q    "Talked to Desiorok.  Let me know.  Stick with

5    your story.  I missed text, we said your car matched the

6    description of hit and run"?

7       A    Yes, ma'am.  That's what they told my boss, and

8    my other boss.  Remember, I have multiple bosses.

9       Q    "Were you walking from the moon?"  Okay.  Huh.

10   So, i- --

11      A    No.  That -- the walking from the moon text

12   that actually has to do with D, which we'll get to in a

13   moment.  Uh --

14      Q    Okay.

15      A    -- to what follows.

16      Q    So, he, basically, went to work, and said they

17   detained you, 'cause your car matched the description of

18   hit and run then.

19      A    Yes, ma'am.

20      Q    Were you there when he said that?

21      A    No, ma'am.

22      Q    So, they went to your work.  You're following

23   behind.

24      A    Yes.

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

Perez, 13 C 4531
FCRL000158

1          Q     And when you get there, are they still there,

2     or are they gone?

3          A     No, ma'am.  They're gone.

4          Q     Okay.  All right.  And is that the day that you

5     were fired?

6          A     No.  No.

7          Q     Okay.

8          A     Actually, uh, my boss said, uh, it's okay,

9     because the police officer called in, and said that, that

10    I was detained, uh, due to their mistake.

11         Q     Okay.  Due to the police officer's mistake.

12         A     Yes, yes.

13         Q     Now, once you leave, you get to Desiorok,

14    officers were there and gone, they tell you this, right?

15         A     Yes.

16         Q     And you got the video tape?

17         A     Yes.

18         Q     Anything else happen that night?

19         A     No.  I just, uh, I just said, "John, I

20    apologize for all this mess."  I was -- I felt really

21    embarrassed.  I mean, any time you get stopped, you know,

22    especially, as a minority.

23         Grant it, I'm a college student minority.  Like, you

24    still feel very self-conscious with stuff like that.

Perez, 13  C 4531
FCRL000159

1      Q    I see.

2      A    And so, like, it might impact your relationship

3    with people, and they might look a different way at you.

4      Q    Okay.  So, nothing happened then again until

5    the next day.

6      A    Yes.  The next day, at about 9:00 p.m., or 9:00

7    a.m., I'm sorry.

8      Q    Okay.

9      A    9:00 a.m. in the morning, I call, uh, I call a

10   good friend of mine, who I, I've actually interviewed in

11   the past.  He's a retired police officer, named Marshall

12   Christopher (phonetic).

13     Q    Okay.

14     A    Uh, I believe they took notes on Marshall.  He

15   actually talked to the original person that talked to me

16   on the phone, and they took down his information also.

17     Q    I think we have residence at 1045 West Taylor.

18     A    Yes, ma'am.

19     Q    Okay.  So, we have all his information.

20     A    That's why I called him up, and I t- -- 'cause,

21   uh, 'cause the cops says, uh, you know, they told me that

22   by causing the issue about this, uh, after they talked to

23   my boss -- 'cause they said they were doing me a favor by

24   talking to my boss.

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

INDEPENDENT POLICE REVIEW AUTHORITY   LOG #1057930          50

1      Q     Uh-huh.

2      A     So, I told them, you know, I don't want any

3   more extras, or anything.  And they told me, "Well, as

4   long as you keep your fuckin' mouth shut," like, you

5   know, "We won't mess with you.

6          But, the moment you open up your mouth, we're

7   gonna fuckin' make your life miserable on Taylor

8   Street."

9      Q     Okay.

10     A     This is what George is tellin' me.

11     Q     So, you, you called Marshall to tell him about

12  this.

13     A     I called Marshall to tell him about this.  He

14  still has police contacts.  He was -- he's, he's been on

15  the force for 45 years.

16     Q     Okay.

17     A     A very great gentleman.  I mean, I, I almost

18  consider him an uncle.  He's that close to me.  A very

19  good guy.  So, uh, I told him the story, and he's just

20  like, "What?  That doesn't happen."

21          You know, he's just shocked about it.  He's like,

22  "Well, I'll call my, my, uh, my friend, Sergeant Cline."

23     Q     Sergeant who?

24     A     Sergeant Cline.  I don't know how to spell that

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

Perez, 13  C 4531
FCRL000161

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930          51

1      --

2           Q     Okay.

3           A     If you want, in a moment, we could give

4      Marshall a call, and we could get who he talked to.

5      'Cause I'm not privy to that conversation, I wasn't

6      there.

7           Q     Okay.

8           A     So, he calls around to, uh, his friends, you

9      know --

10          Q     Uh-huh.

11          A     -- his police friends, and tells them -- he

12     calls me Caesar (phonetic), the, the, the Italian group

13     over there, they call me Caesar.

14          Q     Okay.

15          A     They think I'm very political.  Uh, my, my

16     uncle's also an alderman, Ray Figueroa (phonetic) --

17          Q     Oh, okay.

18          A     So, I'm very politically connected.  I also

19     worked at the 10th Congressional District, for Dan Seals

20     (phonetic) so, I'm, I -- for the Honorable Loren Beth

21     Gash (phonetic) is one of the best bosses I've ever had.

22     But, that's my background, anyway --

23          Q     So, they call you Caesar with regards to this.

24          A     So, they call me Caesar, 'cause I'm, I'm, I'm

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

Perez, 13 C 4531
FCRL000162

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930          52

1    political, and that's the most political person they know

2    about, apparently.

3         Q    Okay.

4         A    You know, and their culture, you know, the

5    Italian culture, Caesar's a big thing.  So, uh, you know,

6    they always call me Caesar.  It's like, "Caesar, I can't

7    believe that happened.  But, I'll make some calls right

8    now.  And, uh, I'll make sure that they don't bother you

9    again," you know.

10        Q    Uh-huh.

11        A    So, he calls around.  He, you know, he, he

12   talks to a couple of people.  He calls me back, he

13   says, "Hey, listen.  Hey, I talked to a couple of

14   people.

15        They promised me that, you know, nothing bad is

16   going to happen to you again, and, uh, that they

17   apologize that they promise.  They gave me their word

18   that you're not going to get bothered again."  Sorry -

19   -

20        Q    No, that's okay.

21        A    So, uh, so, I, I come by -- I also install

22   security cameras for a living.  Uh, I was a private

23   investigator at MSI Detective Services, uh, under Perry

24   Myers.

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

Perez, 13 C 4531
FCRL000163

1           So, I know how to do that.  I, I know how to follow

2       housewives too but, you know, I know how to install

3       cameras and DVRs.

4           So, uh, so, I was there, 'cause, like, Marshall has

5       an issue with some "gypsies," in quotation marks, which

6       is what he calls them, who steal (inaudible 0:33:24.9)

7       from his yard.

8           Q    Okay.

9           A    So, I --

10          Q    So, you were installing for him that day?

11          A    Yes.  I'm installing these cameras for him --

12          Q    On Sunday?

13          A    Yes, on Sunday.

14          Q    Uh-huh.

15          A    Uh, I come by, uh, he's telling me that, "Hey,

16      I talked to them.  I talked to Sergeant Cline.  He says

17      everything's cool.

18          And it was a mistake, that you're really a nice

19      college kid.  Uh, that they loved you, this and that.

20      And, you know, they don't want any issue, or any beef."

21          Q    Okay.

22          A    He called it beef.  Because, you know, he's, he

23      --

24          Q    Uh-huh.

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

Perez, 13  C 4531
FCRL000164

1    A    -- just talks like that.  I say, "Thank you

2    Marshall.  You're the best ever."  And he's like, "Okay.

3    They want you to give them a call.  'Cause they need you

4    to sign the paperwork to release your car."

5        Q    Okay.

6        A    'Cause they, they, they put the impound notice,

7    uh, allegedly, that's what they told Marshall.  And they

8    just don't want to have it towed so, they --

9        Q    So, you were able to drive your car that night?

10       A    Yes, ma'am.  They never actually impounded it,

11   or anything.

12       Q    But, they wanted you to sign the form?

13       A    Well, this is -- it gets a little interesting

14   after this.  Okay.  So, I g- -- it was about, actually, I

15   got the call over here.  Actually, before that, he --

16   stick with the story, and that was Saturday --

17       Q    Uh-huh.

18       A    -- or Sunday.  Sunday, and then, uh, he says,

19   "Call me when you get a chance.  What time are you

20   available tomorrow?"  Which is today, Monday, that he was

21   --

22       Q    Uh-huh.

23       A    -- referring to.  And I said, "Am not

24   available on Monday.  School and work."  "Might I ask

**VICTORIA COURT REPORTING SERVICE, INC.**
**(312) 443-1025**

INDEPENDENT POLICE REVIEW AUTHORITY   LOG #1057930          55

1    why?"  And then, that's actually -- that has no- --

2    that has to do with the D thing, 'cause they were

3    making me forward messages.

4          But, uh, he didn't answer that so, I called him

5    up, in front of Marshall, and I put it on speaker

6    phone, because they've been lying to me now, for two

7    days.

8          Q     Uh-huh.

9          A     Or, since last night.  And they just told me to

10   come outside, and, uh, I just gotta sign some paperwork,

11   at Al's Beef, so, my car doesn't get towed.  Because,

12   they accidentally, put the impound notice in yesterday.

13         Q     Okay.

14         A     So, they're doing me a favor, and blah, blah.

15   And they sound really cheery about -- this is George

16   talking to me on the phone.

17         Q     Okay.  And how did you get a hold of him, at

18   this point?  You called him?

19         A     I called him.

20         Q     Because, Marshall --

21         A     He was texting --

22         Q     -- told you.

23         A     Yeah.  And then he w- -- they was texting me

24   too.

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

Perez, 13  C 4531
FCRL000166

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930          56

1          Q    Okay.

2          A    But, uh, so, you know, I, I put it on speaker

3    phone, in front of Marshall, Eloise (phonetic), Joey

4    (phonetic) and a couple of other members --

5          Q    Who's Eloise and Joey?

6          A    Uh, Joey's his son.  He has a 30-year-old son,

7    pretty much, uh --

8          Q    Marshall's son?

9          A    Yes.

10          Q    Okay.  And then Eloise is, uh, his, uh, I guess

11    you can say, uh, his, his romantic partner?

12          A    His girlfriend?

13          Q    Yeah.

14          A    Okay.  They got a child together too but,

15    they're not officially married.

16          Q    But, they live together?

17          A    Yes.

18          Q    Okay.  So, you put, uh, George on the speaker

19    phone.

20          A    Yes, ma'am, because I was, uh, I was

21    untrusting, at this point.  Because, it was George,

22    and he seems unstable to be honest.

23          Q    Okay.  And so, he -- what does he say?  Just

24    come eat with me?

Perez, 13  C 4531
FCRL000167

1        A    He said -- he says, "Just come eat with me.

2    You know, we talked to your uncle.  Everything's okay.

3    We apologize.  Just come outside, and, uh, and sign this

4    paperwork, so you're car doesn't get towed.  We don't

5    want your brand new car getting towed."  Which I just

6    bought Friday for my birthday.

7        Q    Okay.

8        A    That was my, my little birthday gift to myself,

9    uh, the RAV4.  So, I felt comfortable because, a) they

10   gave Marshall their word that nothing was gonna happen.

11       Uh, and then he sounded friendly on the phone.  So,

12   I figured, okay, you know.  I don't want my car to

13   (inaudible 0:35:59.4) this time --

14       Q    Right.

15       A    -- I might as well go outside.  I go to Al's

16   Beef parking lot, which is pretty much, three doors down

17   from Marshall's house.

18       Q    Okay.

19       A    So, I come out the front, and I go to the

20   parking lot.  They pulled -- Al's Beef is closed on

21   Sunday for remodeling, or something.  So, uh, they come

22   in an unmarked car again.  This time it's George and a

23   different partner.

24       Q    Okay.  What does the different one look like?

Perez, 13  C 4531
FCRL000168

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930          58

1          A    Pretty much, almost the same as John, except

2     tall.

3          Q    Tall.

4          A    Tall, reddish hair.

5          Q    White?

6          A    Yes.  And reddish hair.

7          Q    Reddish hair.

8          A    Five o'clock shadow.  Dirty, grimy look to him.

9          Q    Okay.  Thin, heavy?  How tall what, like, over

10    six foot?

11         A    Yeah.  Probably, like 6'1".

12         Q    Okay.  Uh --

13         A    A reddish, reddish hair.  Kinda short, uh,

14    kinda balding a little bit.

15         Q    Okay.  And then how about body type?

16         A    Body type, uh, 'cause they -- well, he had on

17    his bullet proof vest.  He was big but, like, not fat,

18    big, or chubby, big.  He was just big, for like --

19         Q    Muscular?

20         A    Yes.  Muscular.

21         Q    Okay.

22         A    But, that could also been the effect from, uh -

23    -

24         Q    The vest?

INDEPENDENT POLICE REVIEW AUTHORITY   LOG #1057930          59

1          A     With the vest and all the stuff that they had

2     on.

3          Q     Did you get a name on him?

4          A     No.  But, uh, Marshall believes it was Sergeant

5     Cline, that he talked to, but I'm not sure.

6          Q     Okay.  All right.  So, they show up in an

7     unmarked car.  You're outside, what happens?

8          A     Uh, George stays in the car.  His partner, the

9     new partner, jumps out, uh, grabs me, and slams me on the

10    hood.

11         Q     On the hood of the unmarked car.

12         A     Yes.  Or, actually, on the trunk, I'm sorry.

13         Q     Okay.  And then?

14         A     They take everything out of my pocket.  And I

15    told them, you know, they already had me handcuffed, at

16    this point.

17         Q     Uh-huh.

18         A     They put on handcuffs pretty quick.  And I

19    asked, "What's the problem?  If I was just gonna sign a

20    paperwork, for, uh, for my car not being towed --

21         Q     Uh-huh.

22         A     -- or, my car not being impounded."  And they

23    said, "Oh, you wanna cause fuckin' beef.  You wanna try

24    to get us in fuckin' trouble?"

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

1        Q    Uh-huh.

2        A    Uh, then he just goes berserk.

3        Q    Who does?  The new partner?

4        A    Yeah.  The new partner.

5        Q    Oh, he's yelling all this.

6        A    Huh?

7        Q    He's yelling all these things.

8        A    Yes.  He's yelling all these things out.

9 George is actually being kind of, uh, more civil than

10 he was the day before.

11       Q    Okay.

12       A    So, uh, so, his partner's tellin' me, "You

13 wanna try to get us in fuckin' trouble.  You know, you're

14 fuckin' about blah -- you know, I'm sorry, not blah,

15 blah, blah, but, uh, "Fuck this, fuck that, you know.

16 We'll fuck you're little spic ass up," you know.

17      "You think you fuckin' got balls.  You think you got

18 any fuckin' pull.  You ain't got shit.  We'll fuckin'

19 destroy your fuckin' life right now, if we feel like it."

20 So, I'm telling them, "Sir, I don't want, I don't want

21 any issues.  Lawyer; lawyer.

22      I, I don't wanna talk -- lawyer.  Lawyer."  And

23 that's what I kept repeating.  "Lawyer, please, lawyer.

24 The card's in my, in my wallet, I want my lawyer right

1    now."

2           Uh, they decided that they don't have to follow

3    that.  Th- -- they, in fact, even told me.  "We don't

4    gotta do anything you fuckin' tell us."

5           Q    Okay.

6           A    And also, they handcuffed me, they throw me in

7    the backseat of their car.

8           Q    Uh-huh.

9           A    Uh, they actually make me lay, at this point.

10          Q    Lay down in the backseat?

11          A    Yeah.  With my back, uh, like this, and --

12          Q    Your hands behind your back, but you're on your

13   back, right?

14          A    Yes.  But, I'm on my back in the backseat.

15          Q    Okay.

16          A    And then they start driving away, and they're

17   both talking, uh, extremely vulgar to me, at this point.

18   They're calling me a spic, a dumb spic.  Which is why, I

19   can't believe that George is even Puerto Rican.

20          Because, why would he start, you know.  So, anyhow,

21   that kind of hurt my feelings a lot.  But, uh -- so,

22   they're just talking a lot of smack.

23          I'm not exactly sure where they took me though.

24   They took me through the back of what I would consider,

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

1      I wanna call it a secret police station.

2          Q     Really?  Why is that?  Why do you want to call

3      it a secret --

4          A     Because, I didn't see any, any officers in, uh,

5      in uniform.  And the only people there, w- -- it wa- --

6      were on a desk, there were -- everybody was in plain

7      clothes.  Uh, it was something you would see out of the

8      wire, you know.

9          When, when they gave 'em the, uh, the abandoned

10     police station, that doesn't have much to it.  But -- and

11     then the bathrooms were broken, everything was just

12     corrupted, and just disordered.

13         Q     Now, you didn't see any signs?

14         A     I didn't see any signs, or anything.  They,

15     they took me to a, a concrete room.

16         Q     Okay.  Were there other people there when you

17     first got there?

18         A     Not right away.  Uh, sh- -- slowly, they

19     started trickling in.

20         Q     Okay.

21         A     Uh --

22         Q     Were they in uniform, these other police --

23         A     No.  Everybody was in plain clothes.  Uh, most

24     of them were Caucasian, except for a mulatto officer.

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

Perez, 13  C 4531
FCRL000173

1       Q     Okay.

2       A     I wanna call him mulatto officer, because he

3    was very light skinned.

4       Q     Uh-huh.

5       A     Uh, he was the only one that I say who looked

6    uncomfortable during the events that I'm about to tell

7    you about.

8       Q     Okay.  All right.  So, they take you to the

9    concrete room.  And it's the two officers and you, at

10   this point.

11      A     And remember, it's just George, the one --

12   George is the only one from both days.

13      Q     Right.  George and the new partner were all.

14      A     And the new partner.

15      Q     Okay.  So, what i- -- were there windows to

16   this room?

17      A     No windows.  There's just a steel desk.  A

18   little steel, uh, bench.  And then, uh, shackling areas.

19   And then a little -- it looked like almost, like, the

20   same type of bench that I was sitting on, except it was a

21   little higher, maybe like this high.

22      Q     Like, the chair that I'm sitting on?

23      A     Yeah.  And there was a little strip of metal,

24   like this.

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930        64

1      Q     Uh-huh.

2      A     And, uh, that's where they later bent my back

3    over, and they sat on my chest, to stretch me out, but --

4      Q     They both sat on your chest?

5      A     No.  Just, uh, a third person who was a lot

6    bigger, actually, who came in later to do that, but --

7      Q     Okay.  Well, tell me in chron- -- chronology --

8      A     Okay.

9      Q     -- what happpens?  You're in --

10     A     So --

11     Q     -- there, what happens?

12     A     So, they s- -- they -- George starts talking,

13   smacking me, he's like, "You're gonna fuckin' try to get

14   us in trouble.  You know, we could fuckin' destroy your

15   life.  We'll both fuckin' tell the dealer right now that

16   you're a fuckin' snitch."

17     Q     Okay.

18     A     "That you're a fuckin' snitch, unless you

19   fuckin' start helping us.  You're gonna fuckin' help us.

20   You wanna get us in trouble?  Guess what, we're gonna get

21   you in fuckin' trouble."

22     Q     Okay.  So, then what happens?

23     A     Uh, more (inaudible 0:41:00.6) start coming

24   in, or more officers.  Uh --

**VICTORIA COURT REPORTING SERVICE, INC.**
**(312) 443-1025**

**Perez, 13  C 4531**
**FCRL000175**

INDEPENDENT POLICE REVIEW AUTHORITY   LOG #1057930          65

1      Q      And you said --

2      A      Now, on the, on the second -- okay.  There was

3  four officers, at one point, and then on the fifth

4  officer was coming in, he had his badge hanging --

5      Q      Uh-huh.

6      A      -- on -- down his chest, and, uh, George

7  grabbed the badge and said, "Flip it."

8      Q      Oh, flipped his badge.  But, there was nothing

9  identifying any --

10     A      Nothing.

11     Q      -- other ones.

12     A      Nothing.  Everybody had their badges off, and

13  they refused to even follow the law, or tell me anything.

14     Q      Okay.  So, what happens when they come in?

15     A      Uh, well, basically, the same thing.  They just

16  start talking, smack- -- they tell me that --

17     Q      All of them?

18     A      Yeah.  They, they told me that they've been

19  investigating the Cobras for a while.

20     Q      Okay.

21     A      Uh, that they're, they're trying to solve, uh,

22  some type of issue between the police officers and the

23  Cobras.  They wouldn't elaborate too much.

24     Q      Okay.

Perez, 13 C 4531
FCRL000176

1      A     But, apparently there's a situation where a, I

2     think, a cop got hurt by a Cobra, and, uh, they're trying

3     --

4      Q     It's possible.

5      A     -- they're trying to blame it on D, or they mi-

6     -- I don't know.  I don't know if D has anything to do

7     with anything, 'cause I wasn't -- I don't affiliate like

8     that, I mean.  Like I said, I just buy pot from the guy.

9      Q     So, th- -- they're telling you they're all

10     telling you this story.

11      A     Yeah.  They're all telling me the story, and

12     they're like, "Why are you gonna defend a fuckin'

13     nigger?"  You know, "And then you're gonna try to get us

14     in fuckin' trouble, you fuckin' little spic," you know.

15     "We'll fuckin' destroy your life right now.

16      We could send you to fuckin' county.  You know what

17     I'm gonna do?  I'm gonna have a fuckin' nigger in county,

18     fuckin' rape your ass, 'cause I know fuckin' niggers in

19     county, and they owe me fuckin' favors."

20      Q     So, they were threatening you like this.

21      A     Yeah.  W- -- they -- I d- --

22      Q     Who's threatening you?

23      A     George, and a couple of the other partners.

24     But, I -- I mean, by this point, I'm so terrified, and

INDEPENDENT POLICE REVIEW AUTHORITY   LOG #1057930          67

1    it's just hard to, uh, to really get -- I guess,

2    details on, or description on 'em.  But, basically, --

3         Q    So, (inaudible 0:42:34.1), just know that

4    they're white?

5         A    Yeah.  I can, I can -- if you show me pictures

6    of them, I can point them out to you.  But, as far as --

7    uh, they all had looked scruffy with old clothes on.

8         Q    Okay.  So, then what happens?

9         A    Uh, they're -- they start smacking me around a

10   little bit.  Uh, they shackle me, as tight as they can.

11        Q    Who smacked you around?

12        A    George.

13        Q    Okay.

14        A    George was mostly the one getting physical, at

15   this point.

16        Q    Okay.

17        A    Uh, now, this is where the, the mulatto officer

18   comes in.

19        Q    Okay.

20        A    Uh, George is yelling at, at th- -- at another

21   partner to take off my masonic ring.

22        Q    Okay.

23        A    Uh, the mulatto partner looked at me, and his

24   face just dropped.  He just turned pale, when they said

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

Perez, 13  C 4531
FCRL000178

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930          68

1        that.  And he just walked out.

2               Q     Okay.

3               A     So, at that point, I, I assumed that he might

4        have been a fraternity brother, or he just felt

5        uncomfortable in the situation.  Uh, so he left, he never

6        came back.

7               Q     Okay.

8               A     Uh, they start, literally, torturing me.

9               Q     How?

10              A     They bent me o- -- remember that little strip

11       that I told you about?

12              Q     Strip of metal?

13              A     Yeah.  It's, it's almost like, a, a, a bench

14       almost, I'd like to call it.  But, it was higher than the

15       bench that I was sittin' on.

16              Q     Uh-huh.

17              A     Uh, they, they, basically, made me go over

18       it, so both my head and my feet are touching the

19       ground, but my back is raised up.

20              Q     So, you're, like, kinda, like arched, like

21       almost --

22              A     Yes.

23              Q     -- in a spider --

24              A     Yes.

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

Perez, 13  C 4531
FCRL000179

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930          69

1       Q    -- like kids do when they're little?

2       A    Yes, yes, yes, yes.

3       Q    Okay.

4       A    Exactly, exactly.

5       Q    Okay.  Over this metal.

6       A    Yes.  And then, uh, they got the biggest guy in

7    the room to sit on my chest, while I'm, basically, having

8    my spinal cord, uh, stretched as far as it could be.

9       Q    Okay.  And then what happened?

10      A    Uh, they started telling me that they're gonna

11   wire me up.

12      Q    Okay.

13      A    And I don't have a choice.  I told them I don't

14   want to be, uh, what did they call it, oh, they used

15   initial letters.  Uh, CI.

16      Q    Oh, a confidential informant?

17      A    Yes.  And I told them I don't wanna be -- I

18   don't wanna participate in anything of this.  I want my

19   lawyer.  I'm not charged with anything.  I haven't been

20   arrested.  I haven't -- I didn't do anything.  I was at

21   work, that's what I kept telling them.

22      Q    Okay.  What else happens?

23      A    Uh, basically, just, just tortured me, until I,

24   I agreed.

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

Perez, 13  C 4531
FCRL000180

INDEPENDENT POLICE REVIEW AUTHORITY   LOG #1057930          70

1      Q     Now, when you say tortured --

2      A     Now, tortured -- now, this is the most gruesome

3   part that I do remember, is when they bent me over the

4   bench --

5      Q     Okay.

6      A     -- uh, one of the cops put a, his pistol up my

7   rear, and I do have damage from that.  And, if you want,

8   you can take pictures of that, uh --

9      Q     Did you go to the d- -- do you mean, actually,

10  like inserted into your anus, the gun?

11     A     Yeah.

12     Q     Okay.  Which, which officer did this?

13     A     I don't know.  I couldn't see.

14     Q     And when you say you had damage, did you go to

15  the doctor, or anything?

16     A     No.  I haven't been to the doctor yet.  I don't

17  have health insurance, so I don't know how to do any of

18  that for right now.

19     Q     Okay.  How did you recognize you had damage?

20  Was there bleeding, or?

21     A     Yeah.  There was a little bit of bleeding

22  yesterday, and today it's all swollen, which is why I

23  can't sit down.

24     Q     Okay.  And you don't remember which officer did

**VICTORIA COURT REPORTING SERVICE, INC.**
**(312) 443-1025**

**Perez, 13  C 4531**
**FCRL000181**

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930          71

1        this?

2              A     No.

3              Q     Was he instructed by somebody to --

4              A     George.  George was instructing --

5              Q     George told him to do it?

6              A     Yeah.  And that --

7              Q     So, they had removed your clothes?

8              A     Yeah.  They, they do -- well, they never

9        removed my clothes, they just lowered my pants.

10             Q     Okay.  So, besides sitting on your chest, and

11       that act, was there anything else that they did?

12             A     Uh, just pushing me around, stretching me.

13       Mostly, they stretched me.  They didn't really hit me, in

14       like, full force.  They stretched me.

15             Q     Okay.

16             A     Which is uncomfortable stretchin', if like they

17       would take my arm, and make it do weird positions that it

18       shouldn't go, and you would feel the pain in the stretch,

19       and you know.

20             Q     Mm, all right.  So, then what happened?  How

21       did it end?

22             A     Uh, do -- uh -- that's the barely half way

23       through.  Uh, they're inserting the pistol into my rear

24       posterior --

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

Perez, 13  C 4531
FCRL000182

1          Q     Uh-huh.

2          A     Uh, it's immense pain.  I've never gone through

3     anything like that.

4          Q     Sure.

5          A     They're telling me, as bad as that feels,

6     the nigger dick at county that's waiting for me, is

7     going to feel way worst.  And I'm crying, at this

8     point.  I'm yelping, I'm just screaming for help,

9     'cause it's, it's, it's insanely scary.

10         Q     And how many officers are in there now?

11         A     A total of six.

12         Q     Wow.  Okay.

13         A     All in plain --

14         Q     George --

15         A     -- clothes.

16         Q     George and his --

17         A     George is the one --

18         Q     -- partner?

19         A     Yes.

20         Q     That's -- they're both in there.

21         A     Yes.

22         Q     That in- -- that includes them, the six.

23         A     Yes.

24         Q     Okay.

1          A    Uh, they threaten -- they threaten to plant

2      stuff on Marshall.  Marshall keeps calling me every five

3      minutes, because I was at his house, and I was only

4      supposed to go out to, uh, to sign that paperwork he

5      heard on my speaker phone.  They promised him --

6          Q    Oh.

7          A    -- that, that's all I wanted to do.  So, he was

8      worried.  He thought he maybe had to bail me out, or

9      something, or maybe these cops kidnapped me, or some- --

10     which they did but, uh -- he was calling me every five

11     minutes.  They kept asking me why is my crazy uncle

12     calling me so much.

13         Q    Now, which -- okay, so --

14         A    I ha- --

15         Q    -- it was an unknown officer that sat on your

16     chest, and a different unknown officer that did the

17     rectal damage.  But, George instructed --

18         A    Yeah.  George was --

19         Q    -- those officers --

20         A    George was the leader.

21         Q    Okay.

22         A    That's what I would -- I would say he was the

23     leader.

24         Q    Okay.  And, uh, any -- okay, what else

Perez, 13  C 4531
FCRL000184

1    happened?

2         A    Uh, they threatened to plant stuff on my

3    parents, and, uh, kick my door down, take my dad to

4    county, uh, have him raped.  They threatened to have my

5    mom raped.  I mean, tsa (phonetic), these guys are --

6         Q    Ahh.

7         A    -- really evil.  Like, this was the most evil

8    thing I've ever been through in my life.

9         Q    Wow.  Okay.  Did they finally stop all this,

10   and let you off?

11        A    No.  They started, uh, I guess you could say,

12   drowning room --

13        Q    How?

14        A    -- with cups of water.

15        Q    How?

16        A    Uh, they put --

17        Q    Like pouring it on your face?

18        A    Yeah.  It was a piece of cloth, and then just

19   pouring it on my face, and just telling me that, you know

20   --

21        Q    Like water torture, like they do in the

22   military, where they put water -- uh, a cloth on your

23   face, and then keep pouring water in it?

24        A    I, I guess.  I -- if that's what they do in the

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930          75

1        military, I hope not, that -- I wouldn't want anything

2        happen like that to anybody.

3               Q     Okay.

4               A     But, uh, so, basically, I finally agree.

5               Q     So, you finally agreed to be wired.

6               A     Yes.

7               Q     Okay.  Then what happens?

8               A     They told me to place an order with D.  So, I

9        told them, "Well, you know, I don't normally place orders

10       like that, I mostly -- I grab pot.  You know --

11              Q     Uh-huh.

12              A     -- I only -- I've only grabbed pot from him.

13              Q     Okay.

14              A     So, they said, "Well, you're gonna grab a small

15       little amount of heroine."

16              Q     Okay.

17              A     Or crack, if I can get it.  He didn't have

18       crack that day, though.

19              Q     Okay.

20              A     Uh, they started making me forward all the text

21       messages to them.

22              Q     So, you're doing this by text with D.

23              A     Yes.

24              Q     Okay.

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

Perez, 13  C 4531
FCRL000186

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930          76

1          A    I, I have the, uh, the, the texts from D, which

2     the officers are making me write it, at this point.

3          Q    All right.  Well, we, we can download those --

4          A    Okay.

5          Q    -- when he comes out.

6          A    And, and you guys are totally welcome to have

7     any logs from my phone.

8          Q    Okay, okay.  That's great.  So, they -- you're

9     -- you were texting D, "Hey, can I get a little smack?

10    Can I get a little crack?"

11         A    Yeah, yeah, yeah.

12         Q    You know.

13         A    And D gets back me, yeah, I know, totally.

14    I've always been cool with D, so he has no issue, you

15    know, giving me something.

16         Q    He had no problem --

17         A    He, actually -- he -- which is funny, when I

18    met up with him, he actually -- "Why, why -- don't try

19    this stuff too, just stick to the greens," you know.

20         Q    Yeah.  He tried to tell you not to do that.

21         A    Yeah.  'Cause he knows -- I mean, to, to street

22    people, like, to actual people from my neighborhood, I'm

23    actually a good guy.  I'm a good person.

24         Q    Sure.

Perez, 13  C 4531
FCRL000187

1          A    And I'm a well dressed guy.  I take care of

2    my family.  I have jobs.  I went to school.  So, they`

3    look up to me, pretty much --

4          Q    Uh-huh.

5          A    So, so, I can actually tell he was a little bit

6    disappointed.

7          Q    Oh, wow.  Okay.  So, uh, well, let me see.  So,

8    you're tortured.  You finally agree.  They tell you to do

9    these text messages.  You're still sitting in the

10   concrete room.

11         A    Yes, yes.

12         Q    Then what happens?

13         A    Uh, they give me a little, uh, remote control,

14   uh, for a car it looked like.  Uh --

15         Q    Okay.

16         A    -- that's the wire.  And then they give me

17   something to put in my pocket.

18         Q    Okay.

19         A    They told me that if I try anything, they're

20   gonna, uh, they're going to harass Marshall, which is the

21   retired police officer --

22         Q    Mm.

23         A    -- that was trying to help me.  They're gonna

24   plant stuff on him.  They're gonna plant stuff on my

Perez, 13  C 4531
FCRL000188

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930        78

1       parents.  They're gonna plant stuff on my mom.  They're

2       gonna go and make sure my girlfriend has a good time with

3       a nigger.

4            Q     Mm, wow.

5            A     And then -- yeah.

6            Q     All kinds of things, huh?

7            A     Oh, ho, really crazy.  And I believed every

8       single one of them, 'cause this is what they're doing to

9       me right now, you know, like --

10           Q     Right, right.

11           A     -- it --

12           Q     Right.  So, so, you leave them at that point to

13      go get this drugs, or?

14           A     No.  Uh, they, uh, they threw me in the

15      backseat of their car, and they drive me to my car, which

16      is still parked behind Marshall's garage.

17           Q     Okay.

18           A     They refuse to let me talk to him.  I'm --

19      they said if I do call him, they're gonna make sure they

20      bust him for something.

21           Q     Okay.  So, then you get in your car, at that

22      point?

23           A     Yes, ma'am.  I, I talked to D.  D tells me to

24      meet him in Humboldt Park, which is where he lives.

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

Perez, 13  C 4531
FCRL000189

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930        79

1          Q    Okay.  So, you go to Humboldt Park?

2          A    The cops follow me.

3          Q    Uh-huh.

4          A    Uh, they're keeping track on me.  Obviously,

5     they got me wired up, so they know everything I'm doing.

6     Uh --

7          Q    And this is still Sunday this is happening?

8          A    This is still Sunday.

9          Q    Okay.

10         A    Uh, yeah.  And then I meet up with D.  They

11    gave me 180 bucks to buy the products.

12         Q    Uh-huh.

13         A    I give it to D, and I feel about as horrible as

14    I ever have, because that guy's been nothing but nice to

15    me ever.  And these cops are just evil, pure evil.

16         Q    Okay.  So, you give him the 180, and what did

17    you end up getting?  The heroine and --

18         A    Yeah.  It's a stone of heroin, I guess you

19    could call it.

20         Q    Okay.

21         A    Uh, I'm not too familiar with that type of

22    product, uh, it's not my choice but, you know --

23         Q    So, then you leave.

24         A    And then I leave.  Uh --

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

Perez, 13  C 4531
FCRL000190

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930          80

1          Q    When you say meet you in Humboldt Park, is he

2    in the park tal- --

3          A    No, no.  He's actually on Thomas and

4    California.

5          Q    Okay.  Okay.  So, in the Humboldt Park --

6          A    Yeah, area.

7          Q    All right.  So, then what happens?

8          A    Uh, I grab the stuff.  I shake hands with D,

9    and I look shaken up, so he asked me what's wrong with

10   me, and I told him that, uh, that my girlfriend just

11   broke up with me, and I felt a little bit distraught.  He

12   told me it's gonna be okay.

13         Q    Uh-huh.

14         A    There's always other women out there.  And he's

15   being so nice to me, it's just breaking my heart, 'cause

16   I'm doing this to him, and I don't want to.  And, uh,

17   grant it, he does what he does, he's actually a nice guy.

18         Q    Right.

19         A    And at least he's a lot nicer than these

20   cops are.

21         Q    Sure.  So, then you leave?

22         A    I leave, uh -- they call me, uh, he ca- --

23   that's why I have his cell phone number.  He calls me up,

24   and, uh --

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

Perez, 13  C 4531
FCRL000191

1      Q      Who does?

2      A      Uh, George.

3      Q      Uh-huh.

4      A      He calls me up and tells me, uh, meet me on

5   Lake Street, just east of Western.

6      Q      Okay.

7      A      I drive a little bit too far, so they call me

8   again.  They yell at me, and told me I'm a fuckin' idiot,

9   that I drove too far, to go back by Oakley --

10     Q      Okay.

11     A      -- and Lake Street.  So, I pull over there, uh,

12  I get out of my car.  They're waiting there.  And,

13  everything's dark.  They turned off their lights so, I

14  turned off my lights.

15     I'm s- -- terrified right now, 'cause, you know, I

16  just went through all this.  Uh, before I could even open

17  my mouth, he goes --

18     Q      Uh-huh.

19     A      And they walk by --

20     Q      By finger on his mouth.  So --

21     A      To, to hush up, basically.

22     Q      Uh-huh.

23     A      To shut up.  Uh, they take everything out of my

24  pockets.  They shut off my phone.  They take the battery

Perez, 13  C 4531
FCRL000192

INDEPENDENT POLICE REVIEW AUTHORITY   LOG #1057930          82

1    out.

2          They, uh, the little -- 'cause they gave me two

3    things.  They gave me one for my key chain, which is the

4    key -- it's -- I call it a key lock for a car, or

5    something.  You know, the, the --

6          Q    Uh-huh.

7          A    -- the door opener thing.  Uh, but, it was a

8    wire, and then the thing they put in my pocket, was a

9    little square box; a little black box.

10         Q    So, they took both?

11         A    They took both.  Uh, it took them about a

12   minute to turn it off, or something, and then I can talk.

13   And there was, again, it was George, and a new partner

14   from Sunday.

15         Q    Uh-huh.  And so, then they took the drugs, the

16   wire equipment --

17         A    And then they told me, I'm going to be working

18   for them.

19         Q    So, now you're supposed to work for them all

20   the time.

21         A    And I'm supposed to check in on them, which

22   is why he's checking on me now.  And I'm terrified,

23   'cause they said that the moment I disappear, they're

24   gonna go fuck up my parents.

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930        83

1        Q    Okay.  So, so, now you feel like you have to do

2    things for these officers.

3        A    Yeah, and I don't want to.  I didn't do

4    anything wrong.

5        Q    Okay.  Did you get to leave, at that point?

6        A    Yeah.

7        Q    But, now, what's happening is, basically,

8    you're still getting calls and texts.

9        A    Yeah.  You just saw the text that they just

10   sent me.  And if I don't check in, they're gonna go

11   harass my parents, and they're old and sick, and I don't

12   want them to.

13       Q    Okay.  All right.  Well, let's get the last few

14   pieces of information here.  You said -- let's talk about

15   witnesses.  So, we know we have Marshall, we've got his

16   information, right?  And then you gave me, uh --

17       A    John.

18       Q    -- the people from work.

19       A    Yes.

20       Q    All right.  So, we have Carlos, we have John,

21   uh --

22       A    Jason, also.

23       Q    Jason, the counter person.  Uh, who else?  Is

24   there anyone else we didn't mention that would be a good

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

Perez, 13  C 4531
FCRL000194

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930          84

1     witness to this?

2              A     Mm.  No --

3              Q     And there's no other name you have for D?

4              A     No, no.

5              Q     To look up to see what, you know, what happened

6     with him, or anything?  All you know is --

7              A     Well, actually, I, uh, the cops told me that if

8     I dare warn D, I will be fucked.  I will be fucked --

9              Q     Okay.

10             A     -- every which way.

11             Q     But, I'm just saying --

12             A     No, no.  But, I did warn D.  I went to him this

13    morning, and I told D.  I gave him a note, and I just --

14    I took the phone out of, or the battery out of my phone,

15    and I went on foot, so they couldn't track me, 'cause

16    they have, they have an application on my phone, so they

17    can track me, now they told me.

18             Q     Okay.  But, you don't know his first name, or

19    last name --

20             A     No, no, ma'am.

21             Q     -- or nothing?

22             A     I, I just know where he lives, and I just stop

23    --

24             Q     Do you know his address?

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

1       A     Uh, Harrison and Western.  It's, uh, it's, uh -

2   - he's on Harrison

3       Q     And Western.

4       A     Just west, about maybe 10 houses down.  So --

5       Q     Okay.  So, you're not exactly sure of the exact

6   house number.

7       A     No.  Between 2400 and 25 n- -- 'cause Western's

8   24.

9       Q     Okay.  But, if he was arrested, at that point,

10  it would have been over by Thomas and California.

11      A     Yes, yes.  But, he wasn't arrested, 'cause he

12  was -- I saw him this morning, and I told him.  And I

13  told him that, you know, what I've been doing for him.

14  And, you know, he definitely owes me at least a free

15  smoke. (Witness chuckles.)

16      Q     Okay.  So, he, he wasn't arrested yet --

17      A     No, no.

18      Q     -- but, they're starting --

19      A     No.

20      Q     -- to build a case on him.

21      A     The cops told me that, uh, if his phone gets

22  shut off, or, you know, they get wind that he got wind,

23  they're gonna come after me and my family, and everybody

24  I love.

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930        86

1        Q    Okay.

2        A    But, I had to warn him.  I felt so guilty, and

3    I didn't agree to any of this.

4        Q    Uh-huh.

5        A    I didn't agree.  I mean, they forced me to.

6    Who does that?

7        Q    All right.  So, that's all the witnesses that

8    you gave me, right?

9        A    That's -- and then, then the video, from the

10   cops showing up that day at work --

11       Q    Let's the talk about you -- do you have an

12   attorney now that knows about all this?

13       A    Yes, yes.

14       Q    Okay.  Let's ta- --

15       A    I actually have two attorney (sic).  Eddie

16   Witous (phonetic), and, uh, Richard Daniels.

17       Q    Well, let me take their information.  So, now

18   Richard C. Daniels, he's in, uh, Waukegan?

19       A    Yes.

20       Q    19 North County Street, Waukegan, Illinois --

21       A    Yes, ma'am.  And, uh --

22       Q    847-623-5900.  And it looks like it's DLP

23   Lawyers.com.  And he knows about this?

24       A    Yes, ma'am.  Oh, uh, my fraternity brother,

**VICTORIA COURT REPORTING SERVICE, INC.**
**(312) 443-1025**

**Perez, 13  C 4531**
**FCRL000197**

INDEPENDENT POLICE REVIEW AUTHORITY  LOG #1057930          87

1          Rick Tame (phonetic), is actually the one forwarding me

2      to everybody.

3              Because, I sent him the video yesterday of, uh, what

4      happened.  Uh, so my fraternity's actually helping out

5      with the lawyers right now.

6          Q      Okay.  All right.  So, that's your main lawyer

7      then?

8          A      Yes.

9          Q      Okay.  Is there anything else that we missed,

10     that's important, you think?  No?

11         A      No, ma'am.

12         Q      Okay.

13         A      I was never placed under arrest, or read my

14     rights, or told that I was in trouble at all.  They just,

15     basically, tortured me on Sunday, and made me do this.

16         Q      Okay.  And do you have currently video from the

17     restaurant?

18         A      Yes, ma'am.

19         Q      As well as text messages --

20         A      Yes, ma'am.  And --

21         Q      -- as well as the --

22         A      -- he's texting me -- he's -- she's (sic)

23     texting me at this point now, during this interview,

24     asking me what up, because I'm supposed to be checking

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

Perez, 13  C 4531
FCRL000198

INDEPENDENT POLICE REVIEW AUTHORITY   LOG #1057930          88

1    . calls every day.

2         Q    Okay.  And then also you got an e-mail on video

3    that you can give us.

4         A    Yes.

5         INVESTIGATOR CORLEY:  All right.  I will go talk to

6    our IT guy, to try to obtain those.  All right.  So, this

7    concludes the digitally recorded interview of Mr. Perez,

8    1057930.  Thank you, sir.

9                        (STATEMENT ENDED)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

CONFIDENTIAL: DOCUMENT PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN 13 C 4531

LOG # 1057930

Attachment # 25

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025