# EXHIBIT 9

INDEPENDENT POLICE REVIEW AUTHORITY        30 November 2012
LOG# 1057930

TO:      Commander Murphy #445
          Forensic Services

FROM:   Investigator Margarita Galindo #135

SUBJECT: Request for Forensic Services

        The R/I requests the following inventoried items to be swabbed for the presence of biological matters. The items are all police officer's weapons and the R/I requests that the barrel of each weapon be swabbed. There are a total of 13 weapons. Ten (10) are inventoried under RD# HV-579527 and the other three (3) are not under a RD# or CR#. The inventory numbers are as follows:

12772794
12772804
12772805
12882808
12772810 – Not listed under RD# or CR#
12772811
12772813
12772815
12772817 – Not listed under RD# or CR#
12772818
12772820
12772821 – Not listed under RD# or CR#
12772826

        The R/I requests that the Evidence Technicians do the following on each weapon: swab the outer end of the barrel, 2" from the top of the barrel, around the barrel, including the tip of the barrel and 1/4" inside of the barrel, preferably all on one (1) swab.

        Please notify the R/I when the request has been completed at 312-746-3609 ext. ███ or ███████████████ Thank you.

                                              Investigator Margarita Galindo #135

APPROVED:

*a. Amyggn #022*
IPRA Supervisor

LOG # 1057930
Attachment # 29

CONFIDENTIAL. DOCUMENT PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN 13 C 4531