# EXHIBIT 10

# PROPERTY INVENTORY - NO.
## CHICAGO POLICE DEPARTMENT
CPD-34.523 (REV. 10/09)

| INV NO | 12772810 | PKG NO. | 3160248 | UNIT | 193 | INVENTORY NO. | 12772810 |
|---|---|---|---|---|---|---|---|

| DATE RECOVERED | | CR | 999999 | RE-INVENTORY OF: |
|---|---|---|---|---|
| 27-NOV-2012 | | (Not Yet Validated) | | |

| ITEM ID | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| 5892573 | 1 | FIREARM : SMITH AND WESSON, CHIEFS SPECIAL, MODEL CS450 S/N: EKY7870 |

*MY SIGNATURE HEREON ACKNOWLEDGES RECEIVING ALL PROPERTY DESCRIBED IN THIS INVENTORY*

RECIPIENTS SIGNATURE X

ADDRESS - STREET

CITY     STATE     ZIP

COMMENTS:

$ DEPOSITED AMT     $ INVENTORY AMT

DATE RECEIVED

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

OFFICER'S SIGNATURE -   STAR - UNIT
X

Court Date
Court Branch

WATCH COMDR.'S APPROVAL SIGNATURE
(EXEMPT RANK REQUIRED FOR FIREARMS)
X

CURRENCY:

COURT ORDER - DISPOSAL INSTRUCTIONS

| IUCR: | 5081 | NON-CRIMINAL OTHER NON-CRIMINAL PROPERTY | CHARGE TYPE: |
|---|---|---|---|
| STATE CHARGES: | | | INCHOATE: |

| RECOVERED/SEIZED FROM - NAME | LOPEZ, JORGE | AT | 3340 W FILLMORE ST CHICAGO, IL 60624 | BEAT OF RECOVERY 1134 |
|---|---|---|---|---|
| ☐ DECEASED ☐ ARRESTED | | | | |

| OWNER'S NAME | LOPEZ, JORGE  Star: 17836 | ADDRESS | TELEPHONE NO. | JUDGE | CT.BR. |
|---|---|---|---|---|---|

| FOUND BY - NAME | GORMAN, JOSEPH  Star: 555 | ADDRESS | TELEPHONE NO. | OFFICER'S SIGNATURE - STAR  UNIT |
|---|---|---|---|---|
| ☒ CHECK IF C.P.D. | | | SEE COPY 4 FOR NOTICE TO FINDER | X |

| ☒ HOLD FOR INVESTIGATION AND/OR EVIDENCE (IF NOT NEEDED FOR INVESTGATION/EVIDENCE, LEAVE BLANK) | INVESTIGATING OFFICER - DEDORE, SCOTT | STAR NO. 254 | UNIT 193 | 1st OFFICER'S NAME GORMAN, JOSEPH | STAR NO. 555 | E. & R.P.S USE ONLY |
|---|---|---|---|---|---|---|
| ☐ PROPERTY AVAILABLE FOR RETURN TO OWNER | | | | SIGNATURE Electronic Approval | UNIT 193 | |
| ☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED) (THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN) | | | | 2nd OFFICER'S NAME | STAR NO. | |
| | | | | SIGNATURE Electronic Approval | UNIT | |

| INITIAL DESTINATION OF PROPERTY: | FORENSIC SERVICES SECTION |
|---|---|

| VIA | ☐ POLICE MAIL ☒ RECOVERING UNIT PERSONNEL ☐ E & RPS PICKUP ☐ EVID./LAB TECHNICIAN | APPROVING DESK SERGEANT DALY, CHARLES | STAR NO. 1454 | DATE 28-NOV-2012 | TIME 00:40 |
|---|---|---|---|---|---|

Created by: PC0N181

**COPY 1 - KEEP WITH PROPERTY**

Printed by: PC0X649  29-NOV-2012 11:13

DISCLAIMER: Inventory created by user other than the 1st, 2nd, or investigating officers.

Perez, 13 C 4531
FCRL000203

Attachment # 25
1057930

INVENTORY NO  12772810

| LINE | OWNER'S SIGNATURE | OWNER'S ADDRESS | DATE RECEIVED | OFFICER MAKING TURN-OVER SIGNATURE & STAR NO. | WATCH COMMANDER'S APPROVAL |
|---|---|---|---|---|---|
| 5892573 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

MY SIGNATURE ACKNOWLEDGES THAT I HAVE RECEIVED ALL PROPERTY DESCRIBED ON THE APPLICABLE LINES OF THIS INVENTORY AS SHOWN AT RIGHT.

COPY 1 — INVENTORY COPY

CONFIDENTIAL: DOCUMENT PRODUCED PURSUANT TO PROTECTIVE ORDER

Perez, 13 C 4531
FCRL000204

### EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

| DATE | E. & R.P.S. OFFICER'S SIGNATURE CONFIRMATION | OFFICER'S SIGNATURE ATTESTS RECEIVING OR RETURNING ALL LISTED PROPERTY | STAR NO. | UNIT | CONTINUANCE DATE & REMARKS | INDICTMENT OR DOCKET NO. |
|---|---|---|---|---|---|---|
| | OUT | | | | | |
| | IN | | | | | |
| | OUT | | | | | |
| | IN | | | | | |

| IDENTIFICATION VERIFICATION | VALID DRIVERS LICENSE NO. | STATE | CITY FIREARMS REGISTRATION NO. | ILLINOIS FIREARM OWNERS I.D. NO. |
|---|---|---|---|---|
| | OTHER IDENTIFICATION (SPECIFY) | | CLAIMANT'S SIGNATURE | |
| | | | E. & R.P.S. OFFICER'S SIGNATURE - STAR NO. | |

| PROPERTY INVENTORY - NO. CHICAGO POLICE DEPARTMENT CPD-34.523 (REV. 10/09) | INV NO 12772817 | PKG NO. 3160257 | [barcode] | UNIT 193 | INVENTORY NO. 12772817 |
|---|---|---|---|---|---|
| DATE RECOVERED 28-NOV-2012 | [barcode] | CR 999999 (Not Yet Validated) | | RE-INVENTORY OF: | |

| ITEM ID | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| 5892582 | 1 | FIREARM : SMITH AND WESSON 45 TACTICAL MODEL 4583TSW  S/N: TDU2452 |

MY SIGNATURE HEREON ACKNOWLEDGES RECEIVING ALL PROPERTY DESCRIBED IN THIS INVENTORY

RECIPIENTS SIGNATURE
X

ADDRESS - STREET

CITY     STATE     ZIP

COMMENTS:

$ DEPOSITED AMT     $ INVENTORY AMT

DATE RECEIVED

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

OFFICER'S SIGNATURE - STAR - UNIT
X

Court Date
Court Branch

WATCH COMDR.'S APPROVAL SIGNATURE
(EXEMPT RANK REQUIRED FOR FIREARMS)
X

CURRENCY:

COURT ORDER - DISPOSAL INSTRUCTIONS

IUCR: 5081   NON-CRIMINAL OTHER NON-CRIMINAL PROPERTY    CHARGE TYPE: INCHOATE
STATE CHARGES:

RECOVERED/SEIZED FROM - NAME   LOPEZ, JORGE    AT 3340 W FILLMORE ST  CHICAGO, IL 60624    BEAT OF RECOVERY 1134
☐ DECEASED  ☐ ARRESTED

OWNER'S NAME   LOPEZ, JORGE   Star: 17836    ADDRESS    TELEPHONE NO.    JUDGE    CT.BR.

FOUND BY - NAME  GORMAN, JOSEPH   Star: 555   ADDRESS    TELEPHONE NO.    OFFICER'S SIGNATURE - STAR UNIT
[X] CHECK IF C.P.D.                                                                           X

SEE COPY 4 FOR NOTICE TO FINDER    E. & R.P.S USE ONLY

CHECK ONE:
[X] HOLD FOR INVESTIGATION AND/OR EVIDENCE   INVESTIGATING OFFICER - GORMAN, JOSEPH   STAR NO. 555   UNIT 193   1st OFFICER'S NAME GORMAN, JOSEPH   STAR NO. 555
(IF NOT NEEDED FOR INVESTGATION/EVIDENCE, LEAVE BLANK)

☐ PROPERTY AVAILABLE FOR RETURN TO OWNER    SIGNATURE Electronic Approval   UNIT 193

☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED)    2nd OFFICER'S NAME    STAR NO.
(THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN)

SIGNATURE Electronic Approval    UNIT

INITIAL DESTINATION OF PROPERTY: FORENSIC SERVICES SECTION

VIA  ☐ POLICE MAIL  [X] RECOVERING UNIT PERSONNEL   APPROVING DESK SERGEANT DALY, CHARLES   STAR NO. 1454   DATE 28-NOV-2012   TIME 00:32
     ☐ E & RPS PICKUP  ☐ EVID./LAB TECHNICIAN

Created by: PC0N181
DISCLAIMER: Inventory created by user other than the 1st, 2nd, or investigating officers.

COPY 1 - KEEP WITH PROPERTY

Printed by: PC0X649  29-NOV-2012 11:13

Perez, 13 C 4531
FCRL000205

INVENTORY NO: **12772817**

| LINE | OWNER'S SIGNATURE | OWNER'S ADDRESS | DATE RECEIVED | OFFICER MAKING TURN-OVER SIGNATURE & STAR NO. | WATCH COMMANDER'S APPROVAL |
|---|---|---|---|---|---|
| 5892582 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

MY SIGNATURE ACKNOWLEDGES THAT I HAVE RECEIVED ALL PROPERTY DESCRIBED ON THE APPLICABLE LINES OF THIS INVENTORY AS SHOWN AT RIGHT.

COPY 1 INVENTORY COPY

CONFIDENTIAL: DOCUMENT PRODUCED PURSUANT TO PROTECTIVE ORDER

**EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY**

| DATE | E. & R.P.S. OFFICER'S SIGNATURE CONFIRMATION | OFFICER'S SIGNATURE ATTESTS RECEIVING OR RETURNING ALL LISTED PROPERTY | STAR NO. | UNIT | CONTINUANCE DATE & REMARKS |
|---|---|---|---|---|---|
| OUT | | | | | |
| IN | | | | | |
| OUT | | | | | |
| IN | | | | | |

INDICTMENT OR DOCKET NO.

| IDENTIFICATION VERIFICATION | VALID DRIVERS LICENSE NO. | STATE | CITY FIREARMS REGISTRATION NO. | ILLINOIS FIREARM OWNERS I.D. NO. |
|---|---|---|---|---|
| | OTHER IDENTIFICATION (SPECIFY) | | CLAIMANT'S SIGNATURE | |
| | | | E. & R.P.S. OFFICER'S SIGNATURE - STAR NO. | |

Perez, 13 C 4531
FCRL000206

| PROPERTY INVENTORY - NO. CHICAGO POLICE DEPARTMENT CPD-34.523 (REV. 10/09) | INV NO 12772821 | PKG NO. 3160260 | | UNIT 193 | INVENTORY NO. 12772821 |
|---|---|---|---|---|---|
| DATE RECOVERED 28-NOV-2012 | | CR 999999 (Not Yet Validated) | RE-INVENTORY OF: | | |

| ITEM ID | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| 5892590 | 1 | FIREARM : SMITH AND WESSON MODEL 5943 S/N: TD8569 |

MY SIGNATURE HEREON ACKNOWLEDGES RECEIVING ALL PROPERTY DESCRIBED IN THIS INVENTORY

RECIPIENTS SIGNATURE
X

ADDRESS - STREET

CITY          STATE          ZIP

COMMENTS:

$ DEPOSITED AMT     $ INVENTORY AMT

DATE RECEIVED

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

OFFICER'S SIGNATURE - STAR - UNIT
X

Court Date
Court Branch

WATCH COMDR.'S APPROVAL SIGNATURE
(EXEMPT RANK REQUIRED FOR FIREARMS)
X

CURRENCY:

COURT ORDER - DISPOSAL INSTRUCTIONS

IUCR:
STATE CHARGES:

CHARGE TYPE:
INCHOATE

| RECOVERED/SEIZED FROM - NAME LOPEZ, JORGE ☐ DECEASED ☐ ARRESTED | AT 3340 W FILLMORE ST CHICAGO, IL 60624 | BEAT OF RECOVERY 1134 | |
|---|---|---|---|
| OWNER'S NAME LOPEZ, JORGE Star: 17836 | ADDRESS | TELEPHONE NO. | JUDGE    CT.BR. |
| FOUND BY - NAME GORMAN, JOSEPH Star: 555 ☒ CHECK IF C.P.D. | ADDRESS | TELEPHONE NO. SEE COPY 4 FOR NOTICE TO FINDER | OFFICER'S SIGNATURE - STAR    UNIT X |

| | | | | | | | E & R.P.S USE ONLY |
|---|---|---|---|---|---|---|---|
| C H E C K O N E | ☒ HOLD FOR INVESTIGATION AND/OR EVIDENCE (IF NOT NEEDED FOR INVESTGATION/EVIDENCE, LEAVE BLANK) | INVESTIGATING OFFICER - GORMAN, JOSEPH | STAR NO. 555 | UNIT 193 | 1st OFFICER'S NAME GORMAN, JOSEPH | STAR NO. 555 | |
| | ☐ PROPERTY AVAILABLE FOR RETURN TO OWNER | | | | SIGNATURE Electronic Approval | UNIT 193 | |
| | ☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED) (THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN) | | | | 2nd OFFICER'S NAME | STAR NO. | |
| | | | | | SIGNATURE Electronic Approval | UNIT | |

| INITIAL DESTINATION OF PROPERTY: FORENSIC SERVICES SECTION | | | | | | |
|---|---|---|---|---|---|---|
| VIA | ☐ POLICE MAIL ☐ E & RPS PICKUP | ☒ RECOVERING UNIT PERSONNEL ☐ EVID./LAB TECHNICIAN | APPROVING DESK SERGEANT DALY, CHARLES | STAR NO. 1454 | DATE 28-NOV-2012 | TIME 00:39 |

Created by: PC0N181
DISCLAIMER: Inventory created by user other than the 1st, 2nd, or investigating officers.

**COPY 1 - KEEP WITH PROPERTY**

Printed by: PC0X649    29-NOV-2012 11:14

Perez, 13 C 4531
FCRL000207

INVENTORY NO   12772821

| LINE | OWNER'S SIGNATURE | OWNER'S ADDRESS | DATE RECEIVED | OFFICER MAKING TURN-OVER SIGNATURE & STAR NO. | WATCH COMMANDER'S APPROVAL |
|---|---|---|---|---|---|
| 5892590 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

MY SIGNATURE ACKNOWLEDGES THAT I HAVE RECEIVED ALL PROPERTY DESCRIBED ON THE APPLICABLE LINES OF THIS INVENTORY AS SHOWN AT RIGHT.

COPY 1 INVENTORY

**EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY**

| DATE | | E. & R.P.S. OFFICER'S SIGNATURE CONFIRMATION | OFFICER'S SIGNATURE ATTESTS RECEIVING OR RETURNING ALL LISTED PROPERTY | STAR NO. | UNIT | CONTINUANCE DATE & REMARKS |
|---|---|---|---|---|---|---|
| | OUT | | | | | |
| | IN | | | | | |
| | OUT | | | | | |
| | IN | | | | | |

| IDENTIFICATION VERIFICATION | VALID DRIVERS LICENSE NO. | STATE | CITY FIREARMS REGISTRATION NO. | ILLINOIS FIREARM OWNERS I.D. NO. |
|---|---|---|---|---|
| | OTHER IDENTIFICATION (SPECIFY) | | CLAIMANT'S SIGNATURE | |
| | | | E. & R.P.S. OFFICER'S SIGNATURE - STAR NO. | |

INDICTMENT OR DOCKET NO.

CONFIDENTIAL: DOCUMENT SUBJECT TO PROTECTIVE ORDER PURSUANT TO PROTECTIVE ORDER ENTERED

Perez, 13 C 4531
FCRL000208