# EXHIBIT 11

**PROPERTY INVENTORY - NO.**
**CHICAGO POLICE DEPARTMENT**
CPD-34.523 (REV. 10/09)

| INV NO | PKG NO. | | UNIT | INVENTORY NO. |
|---|---|---|---|---|
| 12772811 | 3160250 | | 193 | 12772811 |

| DATE RECOVERED | | RD | RE-INVENTORY OF: |
|---|---|---|---|
| 28-NOV-2012 | | HV579527 | |

| ITEM ID | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| 5892575 | 1 | FIREARM : SIG SAUER BRAND, MODEL P228 9MM CALIBER PISTOL. S/N: B284378 |

MY SIGNATURE HEREON ACKNOWLEDGES RECEIVING ALL PROPERTY DESCRIBED IN THIS INVENTORY

RECIPIENTS SIGNATURE
X

ADDRESS - STREET

CITY        STATE        ZIP

COMMENTS: POLICE OFFICERS WEAPON / DO NOT MARK.

$ DEPOSITED AMT        $ INVENTORY AMT

DATE RECEIVED

OFFICER'S SIGNATURE - STAR - UNIT
X

WATCH COMDR.'S APPROVAL SIGNATURE
(EXEMPT RANK REQUIRED FOR FIREARMS)
X

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

Court Date
Court Branch

CURRENCY:

COURT ORDER - DISPOSAL INSTRUCTIONS

IUCR: 5081   NON-CRIMINAL OTHER NON-CRIMINAL PROPERTY
STATE CHARGES:

CHARGE TYPE:
INCHOATE:

RECOVERED/SEIZED FROM - NAME   ZABLOCKI, EDMUND   AT 3340 W FILLMORE ST CHICAGO, IL 60624
☐ DECEASED  ☐ ARRESTED

BEAT OF RECOVERY 1134

OWNER'S NAME   ZABLOCKI, EDMUND   Star: 7505   ADDRESS
TELEPHONE NO.

JUDGE        CT.BR.

FOUND BY - NAME   GORMAN, JOSEPH   Star: 555   ADDRESS
TELEPHONE NO.
OFFICER'S SIGNATURE - STAR UNIT
X
[x] CHECK IF C.P.D.

SEE COPY 4 FOR NOTICE TO FINDER

[x] HOLD FOR INVESTIGATION AND/OR EVIDENCE   INVESTIGATING OFFICER - GORMAN, JOSEPH   STAR NO. 555   UNIT 193   1st OFFICER'S NAME O DONOVAN, PATRICK   STAR NO. 20234
(IF NOT NEEDED FOR INVESTGATION/EVIDENCE, LEAVE BLANK)

E. & R.P.S USE ONLY

☐ PROPERTY AVAILABLE FOR RETURN TO OWNER
SIGNATURE   Electronic Approval   UNIT 193

☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED)
(THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN)
2nd OFFICER'S NAME   STAR NO.
SIGNATURE   Electronic Approval   UNIT

INITIAL DESTINATION OF PROPERTY: FORENSIC SERVICES SECTION

| VIA | ☐ POLICE MAIL  [x] RECOVERING UNIT PERSONNEL | APPROVING DESK SERGEANT | STAR NO. | DATE | TIME |
|---|---|---|---|---|---|
| | ☐ E & RPS PICKUP  ☐ EVID./LAB TECHNICIAN | DALY, CHARLES | 1454 | 28-NOV-2012 | 00:44 |

Created by: PC0E975

**COPY 1 - KEEP WITH PROPERTY**

Printed by: PC0X649   28-NOV-2012 14:16

Perez, 13 C 4531
FCRL000211

*CONFIDENTIAL: DOCUMENT PRODUCED UNSUANT TO PROTECTIVE ORDER ENTERED IN 13 C 4531*

INVENTORY NO: 12772811

| LINE | OWNER'S SIGNATURE | OWNER'S ADDRESS | DATE RECEIVED | OFFICER MAKING TURN-OVER SIGNATURE & STAR NO. | WATCH COMMANDER'S APPROVAL |
|---|---|---|---|---|---|
| 5892575 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

MY SIGNATURE ACKNOWLEDGES THAT I HAVE RECEIVED ALL PROPERTY DESCRIBED ON THE APPLICABLE LINES OF THIS INVENTORY AS SHOWN AT RIGHT.

COPY 1 INVENTORY

CONFIDENTIAL: DOCUMENT PRODUCED PURSUANT TO PROTECTIVE ORDER

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

| DATE | E. & R.P.S. OFFICER'S SIGNATURE CONFIRMATION | OFFICER'S SIGNATURE ATTESTS RECEIVING OR RETURNING ALL LISTED PROPERTY | STAR NO. | UNIT | CONTINUANCE DATE & REMARKS |
|---|---|---|---|---|---|
| OUT | | | | | |
| IN | | | | | |
| OUT | | | | | |
| IN | | | | | |

INDICTMENT OR DOCKET NO.

IDENTIFICATION VERIFICATION:
- VALID DRIVERS LICENSE NO. | STATE | CITY FIREARMS REGISTRATION NO. | ILLINOIS FIREARM OWNERS I.D. NO.
- OTHER IDENTIFICATION (SPECIFY) | CLAIMANT'S SIGNATURE
- E. & R.P.S. OFFICER'S SIGNATURE - STAR NO.

Perez, 13 C 4531
FCRL000212

# PROPERTY INVENTORY - NO.
**CHICAGO POLICE DEPARTMENT**
CPD-34.523 (REV. 10/09)

INV NO **12772794**  PKG NO. **3160234**  UNIT **193**  INVENTORY NO. **12772794**

DATE RECOVERED: **27-NOV-2012**  RD **HV579527**  RE-INVENTORY OF:

| ITEM ID | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| 5892544 | 1 | FIREARM : GLOCK  S/N: HGM381 |

MY SIGNATURE HEREON ACKNOWLEDGES RECEIVING ALL PROPERTY DESCRIBED IN THIS INVENTORY

RECIPIENTS SIGNATURE X

ADDRESS - STREET

CITY   STATE   ZIP

COMMENTS: POLICE OFFICERS WEAPON / DO NOT MARK.

$ DEPOSITED AMT     $ INVENTORY AMT

DATE RECEIVED

OFFICER'S SIGNATURE - STAR - UNIT X

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

Court Date
Court Branch

WATCH COMDR.'S APPROVAL SIGNATURE (EXEMPT RANK REQUIRED FOR FIREARMS) X

CURRENCY:

COURT ORDER - DISPOSAL INSTRUCTIONS

IUCR: 5081  NON-CRIMINAL OTHER NON-CRIMINAL PROPERTY
STATE CHARGES:
CHARGE TYPE: INCHOATE

RECOVERED/SEIZED FROM - NAME  ZABLOCKI, EDMUND   AT 3340 W FILLMORE ST CHICAGO, IL 60624   BEAT OF RECOVERY 1134
☐ DECEASED  ☐ ARRESTED

OWNER'S NAME  ZABLOCKI, EDMUND  Star: 7505  ADDRESS   TELEPHONE NO.   JUDGE   CT.BR.

FOUND BY - NAME  DEDORE, SCOTT  Star: 254  ADDRESS   TELEPHONE NO.   OFFICER'S SIGNATURE - STAR  UNIT  X
☒ CHECK IF C.P.D.

SEE COPY 4 FOR NOTICE TO FINDER

☒ HOLD FOR INVESTIGATION AND/OR EVIDENCE (IF NOT NEEDED FOR INVESTGATION/EVIDENCE, LEAVE BLANK)
INVESTIGATING OFFICER - DEDORE, SCOTT   STAR NO. 254   UNIT 193
1st OFFICER'S NAME  O DONOVAN, PATRICK   STAR NO. 20234
E. & R.P.S USE ONLY

☐ PROPERTY AVAILABLE FOR RETURN TO OWNER
SIGNATURE  Electronic Approval   UNIT 193

☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED) (THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN)
2nd OFFICER'S NAME   STAR NO.
SIGNATURE  Electronic Approval   UNIT

INITIAL DESTINATION OF PROPERTY: FORENSIC SERVICES SECTION

VIA:  ☐ POLICE MAIL   ☒ RECOVERING UNIT PERSONNEL   ☐ E & RPS PICKUP   ☐ EVID./LAB TECHNICIAN
APPROVING DESK SERGEANT  DALY, CHARLES   STAR NO. 1454   DATE 28-NOV-2012   TIME 00:47

Created by: PC0E975

**COPY 1 - KEEP WITH PROPERTY**

Printed by: PC0X649  28-NOV-2012 14:18

Perez, 13 C 4531
FCRL000217

INVENTORY NO: **12772794**

MY SIGNATURE ACKNOWLEDGES THAT I HAVE RECEIVED ALL PROPERTY DESCRIBED ON THE APPLICABLE LINES OF THIS INVENTORY AS SHOWN AT RIGHT.

| LINE | OWNER'S SIGNATURE | OWNER'S ADDRESS | DATE RECEIVED | OFFICER MAKING TURN-OVER SIGNATURE & STAR NO. | WATCH COMMANDER'S APPROVAL |
|---|---|---|---|---|---|
| 5892544 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*COPY 1 INVENTORY COPY*

*CONFIDENTIAL: DOCUMENT PRODUCED PURSUANT TO PROTECTIVE ORDER*

**EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY**

| DATE | E. & R.P.S. OFFICER'S SIGNATURE CONFIRMATION | | OFFICER'S SIGNATURE ATTESTS RECEIVING OR RETURNING ALL LISTED PROPERTY | STAR NO. | UNIT | CONTINUANCE DATE & REMARKS | INDICTMENT OR DOCKET NO. |
|---|---|---|---|---|---|---|---|
| | OUT | | | | | | |
| | IN | | | | | | |
| | OUT | | | | | | |
| | IN | | | | | | |

| IDENTIFICATION VERIFICATION | VALID DRIVERS LICENSE NO. | STATE | CITY FIREARMS REGISTRATION NO. | ILLINOIS FIREARM OWNERS I.D. NO. |
|---|---|---|---|---|
| | OTHER IDENTIFICATION (SPECIFY) | | CLAIMANT'S SIGNATURE | |
| | | | E. & R.P.S. OFFICER'S SIGNATURE - STAR NO. | |

Perez, 13 C 4531
FCRL000218

| PROPERTY INVENTORY - NO. CHICAGO POLICE DEPARTMENT CPD-34.523 (REV. 10/09) | INV NO 12772805 | PKG NO. 3160244 | [barcode] | UNIT 193 | INVENTORY NO. 12772805 |
|---|---|---|---|---|---|
| DATE RECOVERED 28-NOV-2012 | [barcode] | RD HV579527 | RE-INVENTORY OF: | | |

| ITEM ID | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| 5892568 | 1 | FIREARM : GLOCK   S/N: LLH579 |

MY SIGNATURE HEREON ACKNOWLEDGES RECEIVING ALL PROPERTY DESCRIBED IN THIS INVENTORY

RECIPIENTS SIGNATURE X

ADDRESS - STREET

CITY    STATE    ZIP

COMMENTS: POLICE OFFICERS WEAPON / DO NOT MARK.

$ DEPOSITED AMT      $ INVENTORY AMT

DATE RECEIVED

OFFICER'S SIGNATURE -   STAR - UNIT
X

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

WATCH COMDR.'S APPROVAL SIGNATURE (EXEMPT RANK REQUIRED FOR FIREARMS)
X

Court Date
Court Branch

CURRENCY:

COURT ORDER - DISPOSAL INSTRUCTIONS

IUCR: 5081    NON-CRIMINAL OTHER NON-CRIMINAL PROPERTY
STATE CHARGES:
CHARGE TYPE: INCHOATE

RECOVERED/SEIZED FROM - NAME   ZABLOCKI, EDMUND    AT  3340 W FILLMORE ST CHICAGO, IL 60624    BEAT OF RECOVERY 1134
☐ DECEASED  ☐ ARRESTED

OWNER'S NAME   ZABLOCKI, EDMUND   Star: 7505   ADDRESS    TELEPHONE NO.    JUDGE    CT.BR.

FOUND BY - NAME   DEDORE, SCOTT   Star: 254   ADDRESS    TELEPHONE NO.    OFFICER'S SIGNATURE -   STAR   UNIT
☒ CHECK IF C.P.D.                                                              X

SEE COPY 4 FOR NOTICE TO FINDER

| CHECK ONE | | INVESTIGATING OFFICER - | STAR NO. | UNIT | 1st OFFICER'S NAME | STAR NO. | E. & R.P.S USE ONLY |
|---|---|---|---|---|---|---|---|
| | ☒ HOLD FOR INVESTIGATION AND/OR EVIDENCE (IF NOT NEEDED FOR INVESTIGATION/EVIDENCE, LEAVE BLANK) | DEDORE, SCOTT | 254 | 193 | O DONOVAN, PATRICK | 20234 | |
| | ☐ PROPERTY AVAILABLE FOR RETURN TO OWNER | | | | SIGNATURE Electronic Approval | | UNIT 193 |
| | ☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED) (THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN) | | | | 2nd OFFICER'S NAME | STAR NO. | |
| | INITIAL DESTINATION OF PROPERTY: FORENSIC SERVICES SECTION | | | | SIGNATURE Electronic Approval | | UNIT |

VIA  ☐ POLICE MAIL   ☒ RECOVERING UNIT PERSONNEL   APPROVING DESK SERGEANT   STAR NO.   DATE   TIME
     ☐ E & RPS PICKUP ☐ EVID./LAB TECHNICIAN        DALY, CHARLES              1454      28-NOV-2012  00:46

Created by: PC0E975

COPY 1 - KEEP WITH PROPERTY

Printed by: PC0X649   28-NOV-2012 14:19

Perez, 13 C 4531
FCRL000223

| INVENTORY NO | 12772805 | | | | | |
|---|---|---|---|---|---|---|
| LINE | OWNER'S SIGNATURE | OWNER'S ADDRESS | DATE RECEIVED | OFFICER MAKING TURN-OVER SIGNATURE & STAR NO. | WATCH COMMANDER'S APPROVAL | |
| 5892568 | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

MY SIGNATURE ACKNOWLEDGES THAT I HAVE RECEIVED ALL PROPERTY DESCRIBED ON THE APPLICABLE LINES OF THIS INVENTORY AS SHOWN AT RIGHT.

COPY 1 INVENTORY

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

| DATE | E. & R.P.S. OFFICER'S SIGNATURE CONFIRMATION | OFFICER'S SIGNATURE ATTESTS RECEIVING OR RETURNING ALL LISTED PROPERTY | STAR NO. | UNIT | CONTINUANCE DATE & REMARKS |
|---|---|---|---|---|---|
| OUT | | | | | |
| IN | | | | | |
| OUT | | | | | |
| IN | | | | | |

| IDENTIFICATION VERIFICATION | VALID DRIVERS LICENSE NO. | STATE | CITY FIREARMS REGISTRATION NO. | ILLINOIS FIREARM OWNERS I.D. NO. |
|---|---|---|---|---|
| | OTHER IDENTIFICATION (SPECIFY) | | CLAIMANT'S SIGNATURE | |
| | | | E. & R.P.S. OFFICER'S SIGNATURE - STAR NO. | |

INDICTMENT OR DOCKET NO.

CONFIDENTIAL: DOCUMENT PRODUCED PURSUANT TO PROTECTIVE ORDER

Perez, 13 C 4531
FCRL000224

| PROPERTY INVENTORY - NO. CHICAGO POLICE DEPARTMENT CPD-34.523 (REV. 10/09) | INV NO 12772818 | PKG NO. 3160258 | | UNIT 193 | INVENTORY NO. 12772818 |
|---|---|---|---|---|---|
| DATE RECOVERED 28-NOV-2012 | | RD HV579527 | RE-INVENTORY OF: | | |

| ITEM ID | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| 5892583 | 1 | FIREARM : SIG SAUER, MODEL P220, .45 CALIBER PISTOL. S/N: G318536 |

MY SIGNATURE HEREON ACKNOWLEDGES RECEIVING ALL PROPERTY DESCRIBED IN THIS INVENTORY

RECIPIENTS SIGNATURE
X

ADDRESS - STREET

CITY    STATE    ZIP

COMMENTS: POLICE OFFICERS WEAPON / DO NOT MARK.

$ DEPOSITED AMT    $ INVENTORY AMT

DATE RECEIVED

OFFICER'S SIGNATURE - STAR - UNIT
X

WATCH COMDR.'S APPROVAL SIGNATURE
(EXEMPT RANK REQUIRED FOR FIREARMS)
X

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

Court Date
Court Branch

COURT ORDER - DISPOSAL INSTRUCTIONS

CURRENCY:

| IUCR: | 5081 | NON-CRIMINAL OTHER NON-CRIMINAL PROPERTY | CHARGE TYPE: INCHOATE |
|---|---|---|---|
| STATE CHARGES: | | | |

RECOVERED/SEIZED FROM - NAME  ZABLOCKI, EDMUND    AT 3340 W FILLMORE ST CHICAGO, IL 60624    BEAT OF RECOVERY 1134
☐ DECEASED   ☐ ARRESTED

OWNER'S NAME  ZABLOCKI, EDMUND  Star: 7505    ADDRESS    TELEPHONE NO.    JUDGE    CT.BR.

FOUND BY - NAME  GORMAN, JOSEPH  Star: 555    ADDRESS    TELEPHONE NO.    OFFICER'S SIGNATURE - STAR UNIT
[x] CHECK IF C.P.D.                                                                                                X

SEE COPY 4 FOR NOTICE TO FINDER

| | | INVESTIGATING OFFICER - | STAR NO. | UNIT | 1st OFFICER'S NAME | STAR NO. | E. & R.P.S USE ONLY |
|---|---|---|---|---|---|---|---|
| C H E C K O N E | [x] HOLD FOR INVESTIGATION AND/OR EVIDENCE (IF NOT NEEDED FOR INVESTGATION/EVIDENCE, LEAVE BLANK) | GORMAN, JOSEPH | 555 | 193 | O DONOVAN, PATRICK | 20234 | |
| | ☐ PROPERTY AVAILABLE FOR RETURN TO OWNER | | | | SIGNATURE Electronic Approval | UNIT 193 | |
| | ☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED) (THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN) | | | | 2nd OFFICER'S NAME | STAR NO. | |
| | INITIAL DESTINATION OF PROPERTY: FORENSIC SERVICES SECTION | | | | SIGNATURE Electronic Approval | UNIT | |

VIA  ☐ POLICE MAIL   [x] RECOVERING UNIT PERSONNEL   APPROVING DESK SERGEANT   STAR NO.   DATE   TIME
     ☐ E & RPS PICKUP  ☐ EVID./LAB TECHNICIAN       DALY, CHARLES              1454       28-NOV-2012   00:42

Created by: PC0E975    COPY 1 - KEEP WITH PROPERTY    Printed by: PC0X649   28-NOV-2012 14:20

Perez, 13 C 4531
FCRL000227

CONFIDENTIAL: DOCUMENT PRODUCED IN 13 C 4531 UNDER PROTECTIVE ORDER

INVENTORY NO 12772818

| LINE | OWNER'S SIGNATURE | OWNER'S ADDRESS | DATE RECEIVED | OFFICER MAKING TURN-OVER SIGNATURE & STAR NO. | WATCH COMMANDER'S APPROVAL |
|---|---|---|---|---|---|
| 5892583 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

MY SIGNATURE ACKNOWLEDGES THAT I HAVE RECEIVED ALL PROPERTY DESCRIBED ON THE APPLICABLE LINES OF THIS INVENTORY AS SHOWN AT RIGHT.

LOG # 1057930   INVENTORY # 28

### EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

| DATE | E. & R.P.S. OFFICER'S SIGNATURE CONFIRMATION | OFFICER'S SIGNATURE ATTESTS RECEIVING OR RETURNING ALL LISTED PROPERTY | STAR NO. | UNIT | CONTINUANCE DATE & REMARKS |
|---|---|---|---|---|---|
| OUT | | | | | |
| IN | | | | | |
| OUT | | | | | |
| IN | | | | | |

INDICTMENT OR DOCKET NO.

| IDENTIFICATION VERIFICATION | VALID DRIVERS LICENSE NO. | STATE | CITY FIREARMS REGISTRATION NO. | ILLINOIS FIREARM OWNERS I.D. NO. |
|---|---|---|---|---|
| | OTHER IDENTIFICATION (SPECIFY) | | CLAIMANT'S SIGNATURE | |
| | | | E. & R.P.S. OFFICER'S SIGNATURE - STAR NO. | |

COPY 1 — INVENTORY COPY — CONFIDENTIAL: PURSUANT TO PROTECTIVE ORDER IN 13 C 4531 — DOCUMENT PRODUCED

Perez, 13 C 4531
FCRL000228