# EXHIBIT 12

# ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

Pat Quinn
*Governor*

January 28, 2013

Hiram Grau
*Director*

**LABORATORY REPORT**

MARGARITA GALINDO
ALEXIS AMEZAGA
CHICAGO PD UNIT 113
OFFICE OF PROFESSIONAL STANDARDS
10 WEST 35TH STREET
CHICAGO IL 60616

Laboratory Case #C13-002219
RD #HV579527

VICTIM: Angel Perez

The following evidence was received by the Forensic Science Center at Chicago on January 16, 2013:
**Inventory# 12782449**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 1 | Gun swabs from Smith and Wesson Revolver | Preserved. |

The following evidence was received by the Forensic Science Center at Chicago on January 16, 2013:
**Inventory# 12777963**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 2 | Gun swabs from Glock | Preserved. |

The following evidence was received by the Forensic Science Center at Chicago on January 16, 2013:
**Inventory# 12778021**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 3 | Gun swabs from Glock | Preserved. |

The following evidence was received by the Forensic Science Center at Chicago on January 16, 2013:
**Inventory# 12778108**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 4 | Gun swabs from Sig Sauer | Preserved. |

LOG # 1057930
Attachment # 35

CONFIDENTIAL: DOCUMENT PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN 13 C 4531

CHICAGO PD UNIT 113
Laboratory Case #C13-002219                    -2-                    January 28, 2013

The following evidence was received by the Forensic Science Center at Chicago on January 16, 2013:
**Inventory# 12778184**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 5 | Gun swabs from Smith and Wesson | Preserved. |

The following evidence was received by the Forensic Science Center at Chicago on January 16, 2013:
**Inventory# 12778832**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 6 | Gun swabs from Sig Sauer | Preserved. |

The following evidence was received by the Forensic Science Center at Chicago on January 16, 2013:
**Inventory# 12778856**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 7 | Gun swabs from Sig Sauer | Preserved. |

The following evidence was received by the Forensic Science Center at Chicago on January 16, 2013:
**Inventory# 12778892**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 8 | Gun swabs from Smith and Wesson | Preserved. |

The following evidence was received by the Forensic Science Center at Chicago on January 16, 2013:
**Inventory# 12778954**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 9 | Gun swabs from Smith and Wesson | Preserved. |

The following evidence was received by the Forensic Science Center at Chicago on January 16, 2013:
**Inventory# 12779027**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 10 | Buccal standard: Angel Perez | Preserved. |

The following evidence was received by the Forensic Science Center at Chicago on January 16, 2013:
**Inventory# 12779091**

LOG # 1057930

\_chment # 35

CONFIDENTIAL: DOCUMENT PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN 13 C 4531

CHICAGO PD UNIT 113                                                                           January 28, 2013
Laboratory Case #C13-002219                       -3-

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 11 | Gun swabs from Glock | Preserved. |

The following evidence was received by the Forensic Science Center at Chicago on January 16, 2013:
**Inventory# 12779131**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 12 | Gun swabs from Beretta | Preserved. |

The following evidence was received by the Forensic Science Center at Chicago on January 16, 2013:
**Inventory# 12780506**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 13 | Gun swabs from Sig Sauer | Preserved. |

The following evidence was received by the Forensic Science Center at Chicago on January 16, 2013:
**Inventory# 12782436**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 14 | Gun swabs from Smith and Wesson | Preserved. |

**REQUESTS:**
If you have in your possession additional evidence that may be of significant value in this case, please advise.

If you have any questions regarding this report, please feel free to contact me.

**EVIDENCE DISPOSITION:**
Samples from Exhibits 1 through 14 have been retained at the Forensic Science Center at Chicago for DNA analysis and will be the subject of a separate report.

Exhibits 1 through 14 will be returned to the Chicago Police Department Evidence and Recovered Property Section.

CONFIDENTIAL. DOCUMENT PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN 13 C 4531


LOG # 1057930
Attachment # 35

CHICAGO PD UNIT 113
Laboratory Case #C13-002219 -4- January 28, 2013

Any analysis conducted is accredited under the laboratory's ISO/IEC 17025 accreditation issued by ANSI-ASQ National Accreditation Board/FQS. Refer to certificate #AT-1697 and associated Scope of Accreditation.

Respectfully submitted,

*Michael Mathews*
Forensic Scientist III

CONFIDENTIAL: DOCUMENT PRODUCED
PURSUANT TO PROTECTIVE ORDER
ENTERED IN 13 C 4531

LOG # 1057930
Attachment # 35