# **EXHIBIT 13**

# ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

Pat Quinn
*Governor*

February 4, 2013
**LABORATORY REPORT**

Hiram Grau
*Director*

MARGARITA GALINDO
ALEXIS AMEZAGA
CHICAGO PD UNIT 113
OFFICE OF PROFESSIONAL STANDARDS
10 WEST 35TH STREET
CHICAGO IL 60616

Laboratory Case #C13-002219
RD #HV579527

VICTIM:    Angel Perez

The following evidence was received by the Forensic Science Center at Chicago on January 16, 2013:
**Inventory# 12782449**

| EXHIBIT | DESCRIPTION |
| --- | --- |
| 1A | Swabs from Smith and Wesson |

The following evidence was received by the Forensic Science Center at Chicago on January 16, 2013:
**Inventory# 12777963**

| EXHIBIT | DESCRIPTION |
| --- | --- |
| 2A | Swabs from Glock |

The following evidence was received by the Forensic Science Center at Chicago on January 16, 2013:
**Inventory# 12778021**

| EXHIBIT | DESCRIPTION |
| --- | --- |
| 3A | Swabs from Glock |

The following evidence was received by the Forensic Science Center at Chicago on January 16, 2013:
**Inventory# 12778108**

| EXHIBIT | DESCRIPTION |
| --- | --- |
| 4A | Swabs from Sig Sauer |

The following evidence was received by the Forensic Science Center at Chicago on January 16, 2013:
**Inventory# 12778184**

| EXHIBIT | DESCRIPTION |
| --- | --- |
| 5A | Swabs from Smith and Wesson |

LOG # 1057930

Document # 36

CHICAGO PD UNIT 113
Laboratory Case #C13-002219                           -2-                                February 4, 2013

The following evidence was received by the Forensic Science Center at Chicago on January 16, 2013:
**Inventory# 12778832**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 6A | Swabs from Sig Sauer |

The following evidence was received by the Forensic Science Center at Chicago on January 16, 2013:
**Inventory# 12778856**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 7A | Swabs from Sig Sauer |

The following evidence was received by the Forensic Science Center at Chicago on January 16, 2013:
**Inventory# 12778892**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 8A | Swabs from Smith and Wesson |

The following evidence was received by the Forensic Science Center at Chicago on January 16, 2013:
**Inventory# 12778954**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 9A | Swabs from Smith and Wesson |

The following evidence was received by the Forensic Science Center at Chicago on January 16, 2013:
**Inventory# 12779027**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 10A | Buccal standard: Angel Perez |

The following evidence was received by the Forensic Science Center at Chicago on January 16, 2013:
**Inventory# 12779091**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 11A | Swabs from Glock |

The following evidence was received by the Forensic Science Center at Chicago on January 16, 2013:
**Inventory# 12779131**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 12A | Swabs from Beretta |

The following evidence was received by the Forensic Science Center at Chicago on January 16, 2013:
**Inventory# 12780506**

LOG # 1051930

Attachment # 36

CONFIDENTIAL. DOCUMENT PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN 13 C 4531

CHICAGO PD UNIT 113
Laboratory Case #C13-002219 -3- February 4, 2013

| EXHIBIT | DESCRIPTION |
|---|---|
| 13A | Swabs from Sig Sauer |

The following evidence was received by the Forensic Science Center at Chicago on January 16, 2013:
**Inventory# 12782436**

| EXHIBIT | DESCRIPTION |
|---|---|
| 14A | Swabs from Smith and Wesson |

**RESULTS**
Quantitative PCR indicates there is insufficient human DNA in Exhibits 1A, 2A, 3A, 4A, 5A, 6A, 7A, 8A, 9A, 11A, 12A, 13A, and 14A for AmpFlSTR Profiler Plus/COfiler STR analysis.

Exhibits 1A, 2A, 3A, 4A, 5A, 6A, 7A, 8A, 9A, 10A, 11A, 12A, 13A, and 14A were not profiled.

**REQUESTS**
If you have in your possession additional evidence that may be of significant value in this case, please advise.

For results of previous biological examinations, please refer to the laboratory report by Forensic Scientist Michael Mathews from the Forensic Science Center at Chicago.

This case may be suitable for Y-STR DNA analysis. If you would like further information or have any other questions regarding this report, then please feel free to contact me.

**EVIDENCE DISPOSITION**
Please note that Exhibits 1A, 2A, 3A, 4A, 5A, 6A, 7A, 8A, 9A, 11A, 12A, 13A, and 14A were consumed in DNA analysis. Extracted DNA remains for additional testing.

Samples from Exhibits 1A, 2A, 3A, 4A, 5A, 6A, 7A, 8A, 9A, 10A, 11A, 12A, 13A, and 14A have been retained at the Forensic Science Center at Chicago for possible future DNA analysis.

Any analysis conducted is accredited under the laboratory's ISO/IEC 17025 accreditation issued by ANSI-ASQ National Accreditation Board/FQS. Refer to certificate #AT-1697 and associated Scope of Accreditation.

Respectfully submitted,

Andrea K. Paulsen
Forensic Scientist

LOG # 1057930

Attachment # 36