# EXHIBIT 16



DEPARTMENT OF LAW

CITY OF CHICAGO

**VIA E-MAIL (without attachments) AND MESSENGER**

October 16, 2013

Dennis DeCaro
Kupets & DeCaro, P.C.
77 W. Washington, 20th Floor
Chicago, IL 60602
ddecaro@kupetsdecaro.com

Re:   Angel Perez v. City of Chicago *et al*, 13 C 4531

Dear Counsel,

As part of Defendants' continuing discovery production, enclosed please find seven (7) CD's containing attachments to CR File Log #1057930, which was previously produced in this matter (Bates-stamped FCRL000001-000465) as confidential material pursuant to the protective order entered by Judge Dow.

These seven CD's, Bates-stamped FCRL000466-000472, are also marked as confidential matter as defined by the protective order.

As always, please feel free to contact me with any other matters.

Very truly yours,

Kathryn M. Doi
Senior Counsel
(312) 744-0742

Enclosures

cc:   Jason Marx, ACC – Counsel for Defendant City (via e-mail only)
      Matthew Dixon, ACC – Counsel for Defendant Lopez (via e-mail only)

30 NORTH LASALLE STREET, SUITE 900, CHICAGO, ILLINOIS  60602