# EXHIBIT 17

**Chicago Police Department CLEAR**

Print | Logout | Help
View Incident

Home » Administrative Investigations IAD/IPRA » View Incident

### Reporting Category

| Category | Subcategory | Situation | Victim/Offender Armed? | Weapon Types | Weapon Other | Weapon Recovered? | Deceased? |
|---|---|---|---|---|---|---|---|
| 05B EXCESSIVE FORCE / ON DUTY - NO INJURY | - | - | - | - | - | - | - |

row(s) 1 - 1 of 1

Log No: 1057930  Type: CR

### Accused Members

| Review | Name | Status | Accused Overall Finding | Recommended Penalty | No. of Days | Date/Time Served | Created Date | Complimentary History |
|---|---|---|---|---|---|---|---|---|
| - | LOPEZ, JORGE | - | - | - | - | - | 22-OCT-2012 | N/A |
| - | ZABLOCKI, EDMUND | - | - | - | - | - | 30-NOV-2012 | N/A |
| - | BETANCOURT, HERBERT | - | - | - | - | - | 30-NOV-2012 | N/A |
| - | MATHEOS, HARRY | - | - | - | - | - | 30-NOV-2012 | N/A |

row(s) 1 - 4 of 4

### Attachments

| No. | Type | Related Person | No. of Pages | Narrative | Original in File | Entered By | Entered Date/Time | Status | Approve Content? | Approve Inclusion? |
|---|---|---|---|---|---|---|---|---|---|---|
| View 1 | FACE SHEET | N/A | - | - | - | KOBEL, DANIEL | OCT-22-2012 11:47 | - | - | - |



CONFIDENTIAL DOCUMENT PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN 13 C 4531

| | # | Type | | Count | Description | | Author | Date | Status | |
|---|---|---|---|---|---|---|---|---|---|---|
| View | 2 | CONFLICT CERTIFICATION | N/A | - | - | - | HITT, MARK | OCT-26-2012 12:17 | - | - |
| View | 3 | CONFLICT CERTIFICATION | N/A | - | - | - | GALINDO, MARGARITA | OCT-29-2012 16:02 | - | - |
| View | 4 | CONSENT FOR AUDIO RECORDED INTERVIEW | N/A | 1 | ANGEL PEREZ JR | - | BROWN, DANITA | OCT-31-2012 09:59 | APPROVED - | YES |
| View | 5 | AUDIO RECORDING | N/A | 1 | Audio statement of Angel Perez | YES | GALINDO, MARGARITA | OCT-30-2012 16:43 | APPROVED - | YES |
| View | 6 | TO/FROM REPORT | N/A | 4 | OUTLINE F DIGITALLY RECORDED INTERVIEW OF COMPLAINANT, ANGEL E.PEREZ | - | BROWN, DANITA | OCT-31-2012 10:00 | APPROVED - | YES |
| View | 7 | SWORN AFFIDAVIT FROM COMPLAINANT | N/A | 1 | ANGEL PEREZ | - | BROWN, DANITA | OCT-31-2012 10:00 | APPROVED - | YES |
| View | 8 | REPORT (OTHER) | N/A | 3 | CASTILLO DELIVERY SERVICE | - | BROWN, DANITA | OCT-31-2012 10:01 | APPROVED - | YES |
| View | 9 | TO/FROM REPORT | N/A | 1 | REQUEST FOR PRINTOUT OF LOG SCAN | - | BROWN, DANITA | OCT-31-2012 10:29 | APPROVED - | YES |
| View | 10 | MEDICAL RECORDS | N/A | 2 | REQUEST FOR DR.FERNANDO OJEA | - | BROWN, DANITA | OCT-31-2012 10:27 | APPROVED - | YES |
| View | 11 | MEDICAL RECORDS | N/A | 4 | FROM DR.FERNANDO A.OJEA, MD | - | BROWN, DANITA | OCT-31-2012 10:31 | APPROVED - | YES |
| View | 12 | TELEPHONE CONTACT | N/A | 2 | CARLOS DELA PENA | - | BROWN, DANITA | OCT-31-2012 10:31 | APPROVED - | YES |
| View | 13 | ADDITIONAL INFORMATION | N/A | 2 | - | - | BROWN, DANITA | OCT-31-2012 10:32 | APPROVED - | YES |
| View | 15 | GPS DATA | N/A | 9 | LOC; 1079 W.TAYLOR ST | - | BROWN, DANITA | OCT-31-2012 10:33 | APPROVED - | YES |
| View | 16 | GPS DATA | N/A | 6 | DEVICE ID# 5751, VEHICLE ID# 3583 | - | BROWN, DANITA | OCT-31-2012 10:36 | APPROVED - | YES |

CONFIDENTIAL DOCUMENT PRODUCED
PURSUANT TO PROTECTIVE ORDER
ENTERED IN 13 C 4531

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| View | 17 | REPORT (OTHER) | N/A | 2 | CITRIX REPORT: UNIT PD3583; 2003 FORD MOTOR CROWN VIC | BROWN, DANITA - | OCT-31-2012 10:37 | APPROVED - | YES |
| View | 18 | ATTENDANCE AND ASSIGNMENT RECORD | N/A | 41 | UNIT 193; 21-OCT-2012; 2ND/3RD WATCH | BROWN, DANITA - | OCT-31-2012 10:39 | APPROVED - | YES |
| View | 19 | ATTENDANCE AND ASSIGNMENT RECORD | N/A | 1 | UNIT 193; 2ND WATCH; 20-OCT-2012 | BROWN, DANITA - | OCT-31-2012 10:39 | APPROVED - | YES |
| View | 21 | TO/FROM REPORT | N/A | 2 | VIDEO OF HOMAN SQUARE | BROWN, DANITA - | DEC-03-2012 10:50 | APPROVED - | YES |
| View | 22 | AUDIO INTERVIEW | N/A | 1 | Statement of Marshall Christopher | YES | GALINDO, MARGARITA | DEC-03-2012 09:19 | APPROVED - | YES |
| View | 23 | SWORN AFFIDAVIT FROM COMPLAINANT | N/A | 1 | MARSHALL CHRISTOPHER | BROWN, DANITA - | DEC-03-2012 10:54 | APPROVED - | YES |
| View | 24 | TO/FROM REPORT | N/A | 2 | SUMMARIZATION OF DIGITAL RECORDING OF INTERVIEW OF WITNESS MARSHALL CHRISTOPHER | BROWN, DANITA - | DEC-03-2012 10:55 | APPROVED - | YES |
| View | 25 | REPORT (OTHER) | N/A | 88 | STATEMENT OF ANGEL PEREZ | BROWN, DANITA - | DEC-03-2012 10:56 | APPROVED - | YES |
| View | 26 | REQUEST FOR INTERVIEW/STATEMENT/REPORT | N/A | 1 | JOSEPH GORMAN | YES | BROWN, DANITA | DEC-03-2012 10:56 | APPROVED - | YES |
| View | 27 | GENERAL OFFENSE CASE REPORT | N/A | 2 | RD# HV-579527; 5081-NONCRIMINAL-OTHER NON-CRIMINAL PROPERTY | BROWN, DANITA - | DEC-03-2012 10:57 | APPROVED - | YES |
| View | 28 | INVENTORY SHEET | N/A | 26 | 12772810; 12772811; 12772813; 12772815; 12772817; 12772818; 12772820; 12772821; 12772826; 12772794; 12772804; 12772805; 12772808; | BROWN, DANITA - | DEC-03-2012 11:00 | APPROVED - | YES |
| View | 29 | TO/FROM REPORT | N/A | 1 | REQUEST FOR FORENSIC SERVICES | BROWN, DANITA - | DEC-03-2012 11:01 | APPROVED - | YES |
| View | 30 | CRIME SCENE PROCESSING | N/A | 1 | 123400247 | - | BROWN, | MAR-25-2013 | APPROVED - | YES |

CONFIDENTIAL DOCUMENT PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN 13 C 4531

| | | REPORT | | | | DANITA | 08:58 | | |
|---|---|---|---|---|---|---|---|---|---|
| View | 31 | ILLINOIS STATE POLICE FORENSIC SCIENCE CENTER (REPORT) | N/A | 1 | EVIDENCE SUMISSION FORM FOR CHICAGO POLICE DEPARTMENT - RD# HV-579527 | - | BROWN, DANITA | MAR-25-2013 08:59 | APPROVED - | YES |
| View | 32 | TO/FROM REPORT | N/A | 2 | REQUEST FOR PRINTOUT OF LOG SCAN | - | BROWN, DANITA | MAR-25-2013 09:01 | APPROVED - | YES |
| View | 34 | TO/FROM REPORT | N/A | 1 | VIDEO OBTAINED FROM ANGEL PEREZ | - | BROWN, DANITA | MAR-25-2013 09:01 | APPROVED - | YES |
| View | 35 | ILLINOIS STATE POLICE FORENSIC SCIENCE CENTER (REPORT) | N/A | 4 | LAB CASE #C13-002219, VICTIM: ANGEL PEREZ | - | BROWN, DANITA | MAR-25-2013 09:03 | APPROVED - | YES |
| View | 36 | ILLINOIS STATE POLICE FORENSIC SCIENCE CENTER (REPORT) | N/A | 3 | LAB CASE# C13-002219 RD# HV-579527 - VICTIM: ANGEL PEREZ | - | BROWN, DANITA | MAR-25-2013 09:04 | APPROVED - | YES |

row(s) 1 - 33 of 33

**Internal Use Only**
No Internal Use Only attachments available.

**Print Accused Appeal Forms**
No Accused Appeal forms available for this Log No.

**Related Incidents**
☞ TIP Related Incidents listed below are for reference only. These may be viewed using the related application search screens.
No Related Incidents associated with this Log No.

**Status History**
☞ TIP Every employee included in the Status History is subject to be called for legal or administrative proceedings.

| Resulting Status | Status Date/Time | Created By | Position | Employee No. | Assigned/ Detailed Unit | Comments |
|---|---|---|---|---|---|---|
| PENDING INVESTIGATION | 28-JUN-2013 10:03 | WEEDEN, WILLIAM | DEPUTY CHIEF ADMINISTRATOR | ■ | 113 / - | Long term temporary reassignment of Inv. Galindo. |
| PENDING INVESTIGATION | 26-OCT-2012 12:17 | HITT, MARK | SUPERVISING INV IPRA | ■ | 113 / - | - |
| PENDING ASSIGN INVESTIGATOR | 25-OCT-2012 16:04 | STOUTENBOROUGH, ANDREA | SUPERVISING INV IPRA | ■ | 113 / - | Type Changed from INFO to CR on 25-OCT-2012 16:04 by STOUTENBOROUGH, ANDREA. Affidavit information for this Log Number has |

Watermark: CONFIDENTIAL. DOCUMENT NOT TO BE REPRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN 13 C 4531

| Status | Date/Time | User | Role | ID | Note |
|---|---|---|---|---|---|
| | | | | | changed on 25-OCT-2012 16:04 by STOUTENBOROUGH, ANDREA |
| PENDING ASSIGN TEAM | 25-OCT-2012 16:03 | STOUTENBOROUGH, ANDREA | SUPERVISING INV IPRA | 113 / - | - |
| PENDING SUPERVISOR REVIEW | 25-OCT-2012 16:03 | STOUTENBOROUGH, ANDREA | SUPERVISING INV IPRA | 113 / - | Injury subsequently alleged during interview. |
| PRELIMINARY | 25-OCT-2012 16:02 | STOUTENBOROUGH, ANDREA | SUPERVISING INV IPRA | 113 / - | typo on witness ph# |
| PENDING SUPERVISOR REVIEW | 25-OCT-2012 16:00 | STOUTENBOROUGH, ANDREA | SUPERVISING INV IPRA | 113 / - | - |
| PRELIMINARY | 25-OCT-2012 15:57 | STOUTENBOROUGH, ANDREA | SUPERVISING INV IPRA | 113 / - | typo |
| PENDING ASSIGN TEAM | 22-OCT-2012 14:55 | ROBERTS, GEORGE | SUPERVISING INVESTIGATOR | 113 / - | - |
| PENDING SUPERVISOR REVIEW | 22-OCT-2012 13:16 | ROBERTS, GEORGE | SUPERVISING INVESTIGATOR | 113 / - | - |
| PRELIMINARY | 22-OCT-2012 13:14 | ROBERTS, GEORGE | SUPERVISING INVESTIGATOR | 113 / - | check |
| PENDING SUPERVISOR REVIEW | 22-OCT-2012 11:52 | KOBEL, DANIEL | INVESTIGATOR I IPRA | 113 / - | - |
| PRELIMINARY | 22-OCT-2012 11:47 | KOBEL, DANIEL | INVESTIGATOR I IPRA | 113 / - | - |

row(s) 1 - 13 of 13

**Command Channel Reviewers**

No Command Channel Reviewers have been assigned.

CONFIDENTIAL: DOCUMENT PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN 13 C 4531

User
Module: 15280 $Revision: 1.247 $

Copyright © 2002, All rights reserved.

View Investigation



Chicago Police Department CLEAR

Print | Logout | Help

View Incident

Home » Administrative Investigations IAD/IPRA » View Incident

## VIEW INVESTIGATION

Log No: 1057930  Type: CR
Team: GENERAL FIELD 4 Investigator: DELANEY, RICHARD Civil Suit No.: N/A

### Investigator History

| Investigator | Type | Assigned Team | Assigned Date | Scheduled End Date | Investigation End Date | No. of Days |
|---|---|---|---|---|---|---|
| DELANEY, RICHARD | Primary | GENERAL FIELD 4 | 28-JUN-2013 | 26-SEP-2013 | - | 46 |
| GALINDO, MARGARITA | Primary | GENERAL FIELD 5 | 26-OCT-2012 | 24-JAN-2013 | 28-JUN-2013 | 245 |
| FINNELL, ANTHONY | Supervisor | GENERAL FIELD 4 | 03-JUN-2013 | 01-SEP-2013 | - | - |
| HITT, MARK | Supervisor | GENERAL FIELD 5 | 25-OCT-2012 | 23-JAN-2013 | 03-JUN-2013 | - |

row(s) 1 - 4 of 4

### Involved Parties

| Role | | Name | Star No. | Emp No. | Unit No. | Position | Sex | Race | Address | Phone | Current Status | Notification of Allegations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CPD Employee | Accused | LOPEZ, JORGE | 17836 | ▮ | 011 / 193 | POLICE OFFICER | MALE | SPANISH (DO NOT USE) | - | - | - | - |
| CPD Employee | Accused | ZABLOCKI, EDMUND | 7505 | ▮ | 011 / 193 | POLICE OFFICER | MALE | WHITE | - | - | - | - |
| CPD Employee | Accused | BETANCOURT, HERBERT | 16976 | ▮ | 189 / - | POLICE OFFICER | MALE | SPANISH (DO NOT USE) | - | - | - | - |
| CPD Employee | Accused | MATHEOS, HARRY | 18599 | ▮ | 011 / 193 | POLICE OFFICER | MALE | WHITE | - | - | - | - |
| NON-CPD | Reporting Party | PEREZ, ANGEL | - | - | - | - | MALE | WHITE | RESIDENCE: 1032 N. SPAULDING AVE, Apt No. 2ND FLOOR, | (773) 554- | - | - |

CONFIDENTIAL: DOCUMENT PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN 13 C 4531

http://chris.chicagopolice.org/pls/clear/f?p=15280:30:3898522706137632:VIEW:NO::SUP_ID,F15280_MODE,P30_RETURN...    8/13/2013

**Perez, 13  C 4531**
**FCRL000007**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Victim | | | HISPANIC | CHICAGO, IL 60651 Beat 1121 US | 2513 |
| **NON-CPD** | Witness | CHRISTOPHER, MARSHALL | - - - - | MALE WHITE | RESIDENCE: 1045 W. TAYLOR ST, CHICAGO, IL 60607 Beat 1232 US | (773) 419-0777 | - - |

row(s) 1 - 6 of 6

### Incident Address

| Incident From Date/Time | Address Of Incident | Beat | District Of Occurrence | Location Code | Location Description |
|---|---|---|---|---|---|
| 20-OCT-2012 17:00 - 20-OCT-2012 18:00 | 1600 W. TAYLOR ST, CHICAGO, IL 60612 | 1224 | 012 | | 304 -STREET - |

row(s) 1 - 1 of 1

### Additional Incident Details

| | |
|---|---|
| CR Required? Yes | Manner Received? Bell |
| Confidential? No | Biased Language? No |
| Extraordinary Occurrence? No | Bias-Based Profiling? No |
| Police Shooting (U) ? No | Alcohol Related? No |
| Non-Disciplinary Intervention No | Pursuit Related? No |
| Initial Assignment IPRA | Violence in Workplace? No |
| Notify IAD Immediately? No | Domestic Violence? No |
| EEO Complaint No. | |
| Civil Suit No. | Civil Suit Settled Date |
| Civil Suit? No | |
| Notify Chief Administrator? No | Notify Chief? No |
| Notify Coordinator? No | Notification Does Not Apply? Yes |
| Notification Other? No | |

CONFIDENTIAL: DOCUMENT PRODUCED PURSUANT TO PROTECTIVE ORDER ENTERED IN 13 C 4531

### Incident Category List

| Incident Category | Primary? | Initial? |
|---|---|---|
| 05B - EXCESSIVE FORCE / ON DUTY - NO INJURY | Yes | Yes |

### Current Allegations

No allegations entered.

View investigation

User
Module: 15280  $Revision: 1.247 $

Copyright © 2002, All rights reserved.

CONFIDENTIAL: DOCUMENT PRODUCED
PURSUANT TO PROTECTIVE ORDER
ENTERED IN 13 C 4531

http://chris.chicagopolice.org/pls/clear/f?p=15280:30:3898522706137632:VIEW:NO::SUP_ID,F15280_MODE,P30_RETURN...   8/13/2013

Perez, 13  C 4531
FCRL000009