<u>CERTIFICATE OF SERVICE</u>

    Jason R. Epstein, an attorney, herein certifies that he has served a copy of the foregoing MOTION TO FILE PRETRIAL STATEMENT INSTANTER upon:

Raymond Garant
Assistant Corporation Counsel
City of Chicago, Department of Law
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602

by filing on January 25, 2026 within the federal electronic filing system, opposing party properly part of said system. No parties required to be mailed via US postal service.

/s/ Jason R. Epstein

Jason R. Epstein
Law Office of Jason R. Epstein
77 W. Wacker Ste. 4500
Chicago, IL 60601
(312)869-2603
Krime@KriminalDefense.com