UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGEL PEREZ, </br>     Plaintiff, </br> </br> v. </br> </br> CITY OF CHICAGO, et al. </br>     Defendants. | No. 13-cv-04531 |

NOTICE OF FILING

To:   Service List

     Please take notice that on January 25, 2026 plaintiff filed a motion to file his pretrial statement instanter in the electronic filing system of the Northern District of Illinois.

*/s/ Jason R. Epstein*

Jason R. Epstein
Law Office of Jason R. Epstein
77 W. Wacker Ste. 4500
Chicago, 1L 60601
(312)869-2603
Krime@KriminalDefense.com

## SERVICE LIST

Raymond Garant
Assistant Corporation Counsel
City of Chicago, Department of Law
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602


Jason R. Epstein
Law Office of Jason R. Epstein
77 W. Wacker Ste. 4500
Chicago, IL 60601
(312)869-2603
Krime@KriminalDefense.com