Exhibit table

| Name | Number | Description |
| --- | --- | --- |
| Plaintiff injury media | Ex. 1 | Media of plaintiffs injuries incurred by defendants. |
| text message video | Ex. 2 | Video of text message sent to Angel by police. |
| Angel Phone Records | Ex. 3 | Angels phone records showing incoming and outgoing. |
| Complaints vs defendants | Ex. 4 | Past accusations made against defendant officers. |