IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Angel Perez, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 13-cv-4531 |
| | ) | |
| v. | ) | Honorable Franklin Valderrama |
| | ) | |
| City of Chicago, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' NOTICE OF DR. FERNANDO OJEA'S DEATH AND OPPOSED MOTION FOR LEAVE TO AMEND PRE-TRIAL STATMENT**

NOW COME defendants, by and through one of their attorneys, Raymond Garant, and for their notice of Dr. Fernando Ojea's death and opposed motion for leave to amend their pre-trial statement designating Dr. Ojea's deposition, hereby state as follows:

1. On February 4, 2026, defendants filed their pre-trial statement listing Dr. Fernando Ojea as a witness defendants would be calling to testify at trial. (ECF No. 540, pg. 1.)

2. In his response filed on February 10, 2026, plaintiff did not object to Dr. Ojea as a witness nor his deposition transcript as a potential exhibit. (See ECF No. 547.)

3. Defendants prepared a subpoena for Dr. Ojea to appear and testify live at trial and employed a process server to serve the subpoena.

4. On February 25, 2026, defendants learned that Dr. Ojea died. (Ex. 1 – Affidavit.)

5. After learning of Dr. Ojea's death, defendants requested and received his death certificate from the Cook County Clerk on February 26, 2026, confirming that he had in fact died in 2021. (Ex. 2 – Dr. Ojea's Death Certificate[1].)

---

[1] In accordance with the filing rules, defendants redacted Dr. Ojea's personally identifiable information for filing, but can electronically submit the unredacted death certificate under seal or present the hard copy to the Court for an in-camera review at the Court's request.

6. Pursuant to Federal Rule of Civil Procedure 30, on November 18, 2014 pursuant to defendants' notice, Dr. Ojea was deposed under oath. Plaintiff appeared for the deposition representing himself *pro se*, and the deposition was recorded by Katie K. Elliot, a certified court reporter. (Ex. 3 – Dr. Ojea's Dep.)

7. During this deposition, both parties had the opportunity to develop Dr. Ojea's testimony and cross-examine the witness. (Ex. 3.)

8. Federal Rule of Civil Procedure 32(a)(4)(A) permits the use of a deposition "for any purpose … if the court finds [] the witness is dead."

9. Because Dr. Ojea's deposition was taken in accordance with the Federal Rules of Civil Procedure and both parties were given the opportunity to examine and cross-examine the witness, due to his death, Dr. Ojea's deposition meets the criteria to be designated for trial.

10. Counsel for defendants conferred with plaintiff's counsel and he opposes defendants' motion seeking leave to amend their pre-trial statement.

WHEREFORE, defendants respectfully request that this Honorable Court take notice of Dr. Ojea's death and grant defendants' motion for leave to amend their pre-trial statement (ECF No. 540) to designate his deposition to be read at trial.

                                                Respectfully submitted,

Date: February 27, 2026        */s/ Raymond Garant*
                                        Raymond Garant

Raymond Garant, Assistant Corporation Counsel
Caroline Fronczak, Deputy Corporation Counsel
Eric Seeleman, Assistant Corporation Counsel Supervisor
City of Chicago Department of Law
2 N LaSalle Street Suite 420
Chicago, IL 60602
(312) 742-6423
raymond.garant@cityofchicago.org
Attorney Nos.: P-79349 (MI) / 6343631 (IL)

## CERTIFICATE OF SERVICE

      I, Raymond Garant, an attorney, certify that on February 27, 2026, I served a copy of the foregoing upon all counsel of record by filing the same before the Court via the ECF system.

                                      */s/ Raymond Garant*
                                      Raymond Garant