# Ex. 1

## Affidavit of Process Server

RETURN TO: Antinette Williams/Eric Seeleman        Room/Location: 2 N. La Salle, Ste. 420

**AFFIDAVIT OF SERVICE**

Case Name: ANGEL PEREZ                                       Case Number: 13 C 4531
Filed Date: FEBRUARY 11, 2025        ; Die Date: FEBRUARY 18, 2025        ; Inv # 
                                                                    26           2026-02-288

Name of deponent: FERNANDO OJEA
Address: 2512 N Kimball Ave., CHICAGO, IL 60646
DOB: / SSN:
Additional info:

*********************************************************************************

I, the undersigned, being over eighteen years of age, not a party to the action and duly sworn on oath, certify that I served this subpoena on the deponent as follows:

☐ **PERSONAL SERVICE**: By leaving a copy of the subpoena with the named deponent personally.

☒ ~~**SUBSTITUTE SERVICE**~~: By leaving a copy of the subpoena at the deponent's usual place of abode with some person of the family, of age of 13 years or upwards, and informing that person of the contents thereof and in addition to this service, a copy of such subpoena has been mailed to the usual place of abode in a sealed envelope postage prepaid to the deponent.

☐ **SERVICE ON**: Corporation ☐; Company ☐; Business ☐; or Partnership ☐ by leaving a copy of the subpoena with the registered agent, authorized person or partner of deponent.

☐ **CERTIFIED MAIL** # _____

The party served is described as follows:
Name:
Sex:                                              Race:                                              Age:
Date:                                             Time:
Location:
Remarks:

I am a duly authorized to serve process in this cause and complete this return of service pursuant to 735 ILCS 5/2-202 and state that the information contained above is the truth.

By: _____
                                        (Signature of Server)
Server's Name: R_____ M____ #17708 ; Contact Number: _____
             Richard _____

I HAVE ALSO TENDERED TO THE WITNESS FEES FOR ONE DAY'S ATTENDANCE, AND THE MILEAGE ALLOWED BY LAW, IN THE AMOUNT OF $ _____.

THE NAMED DEPONENT WAS NOT SERVED:                    **ATTEMPED SERVICES**
TYPE OF BUILDING: _____        #     DATE            TIME
NEIGHBORS NAME: _____          1   2-24-26          11:00 am
ADDRESS: _____                 2
                                          3
REASON NOT SERVED:                        4
☐ MOVED         ☐ WRONG ADDRESS           
☒ DECEASED      ☐ BUILDING VACANT         5
☐ NO SUCH ADDRESS                         
☐ VACANT LOT   ☐ NO CONTACT               6
☐ UNABLE TO GAIN ENTRY                    7

ADDITIONAL REMARKS: Ran a TLO which revealed that Fernando Ojea is deceased.