# Ex. 2

Dr. Ojea

Death Certificate

# COOK COUNTY CLERK VITAL RECORDS
## CHICAGO, ILLINOIS
## MEDICAL CERTIFICATE OF DEATH

| STATE FILE NUMBER | 2021 0114601 | | DATE ISSUED | 2/26/2026 |
|---|---|---|---|---|

| DECEDENT'S LEGAL NAME | | SEX | DATE OF DEATH |
|---|---|---|---|
| FERNANDO ADALBERTO DOMINGO OJEA | | MALE | 2021 |

| COUNTY OF DEATH | AGE AT LAST BIRTHDAY | DATE OF BIRTH |
|---|---|---|
| COOK | 76 YEARS | 1945 |

| CITY OR TOWN | HOSPITAL OR OTHER INSTITUTION NAME |
|---|---|
| CHICAGO | FAIRMONT CARE |

| PLACE OF DEATH |
|---|
| NURSING HOME / LONG TERM CARE FACILITY |

| BIRTHPLACE | SOCIAL SECURITY NUMBER | STATUS AT TIME OF DEATH | SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | EVER IN U.S. ARMED FORCES? |
|---|---|---|---|---|
| ARGENTINA | 7290 | MARRIED | BARRY EDWARD JOHNSON | NO |

| RESIDENCE | APT. NO. | CITY OR TOWN | INSIDE CITY LIMITS? |
|---|---|---|---|
| 2512 NORTH KIMBALL AVENUE | | CHICAGO | YES |

| COUNTY | STATE | ZIP CODE | FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION |
|---|---|---|---|---|
| COOK | IL | 60647 | ADALBERTO OJEA | CARMEN ALARCON |

| INFORMANT'S NAME | RELATIONSHIP | MAILING ADDRESS |
|---|---|---|
| ERIN M O'CONNELL | POWER OF ATTORNEY | 9335 BULL VALLEY ROAD, BULL VALLEY, IL, 60098 |

| METHOD OF DISPOSITION | PLACE OF DISPOSITION | LOCATION - CITY OR TOWN AND STATE | DATE OF DISPOSITION |
|---|---|---|---|
| CREMATION | THE LAKES CREMATORY | LAKE VILLA, IL | 2021 |

| FUNERAL HOME |
|---|
| JOHN RAGO SONS FUNERAL HOME, 721 NORTH WESTERN AVENUE, CHICAGO, IL, 60612 |

| FUNERAL DIRECTOR'S NAME | FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER |
|---|---|
| PETER MAXWELL RAGO | 034016609 |

| LOCAL REGISTRAR'S NAME | DATE FILED WITH LOCAL REGISTRAR |
|---|---|
| KAREN A YARBROUGH | 2021 |

| CAUSE OF DEATH | PART I. | CEREBROVASCULAR DISEASE | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. | | |
| | b. | CORONARY ARTERY DISEASE Due to (or as a consequence of): | |
| | c. | Due to (or as a consequence of): | |
| | | Due to (or as a consequence of): | |

| PART II. Enter other *significant conditions contributing to death* but not resulting in the underlying cause given in PART I. | WAS AN AUTOPSY PERFORMED? NO |
|---|---|
| | WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? N/A |

| FEMALE PREGNANCY STATUS | MANNER OF DEATH |
|---|---|
| NOT APPLICABLE | NATURAL |

| DATE OF INJURY | TIME OF INJURY | PLACE OF INJURY | INJURY AT WORK? |
|---|---|---|---|
| | | | |

| LOCATION OF INJURY |
|---|
| |

| DESCRIBE HOW INJURY OCCURRED: | IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|
| | |

| ATTEND THE DECEASED? | DATE LAST SEEN ALIVE | WAS MEDICAL EXAMINER OR CORONER CONTACTED? | DATE PRONOUNCED | TIME OF DEATH |
|---|---|---|---|---|
| YES | 2021 | NO | | 02:49 PM |

| CERTIFIER | DATE CERTIFIED |
|---|---|
| PHYSICIAN | 2021 |

| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | PHYSICIAN'S LICENSE NUMBER |
|---|---|
| VIVEK ANAND GUPTA MD, 2720 WEST DIVISION STREET, CHICAGO, ILLINOIS, 60622 | 036116218 |

4063750

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

*Monica Gordon*

Monica Gordon
Office of the Cook County Clerk

THE WORD VOID APPEARS WHEN PHOTOCOPIED

HOLD UP TO LIGHT TO VERIFY TRUE WATERMARK

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE





TO TEST FOR AUTHENTICITY: The face of this document has a multicolored background. Verification of some of these security features can be accomplished by:
· Holding the *Safeimage*™ security paper up to transit light, to verify the words "SAFE" and "VERIFY FIRST" in the true fourdrinier watermark.
· Identifying visible blue and red fibers embedded in the paper.
· Applying fresh liquid bleach to activate color stain chemical protection reaction.
· Face of document has a full bleed green border with ornate lines including reverse microtext.
· This backer copy is constructed of a full bleed microtext relief showing larger state seals. Inspection under magnifier shows "ILLINOISDEATHCERTIFICATE" in microtext.
· Inspect background with a magnifier to verify the encrypted NaNOcopy™ algorithm in body of document.
· Photocopying this document produces the word "VOID" across the face.

U.S. Security Patents: 5,636,874, 7,772,248, 5,873,604, 5,704,651, 6,396,927, 6,665,406, 6,692,030, 7,196,822          www.isp-vft.com  Ref: 240978