# Ex. 3

## Dr. Ojea Deposition

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANGEL PEREZ, )
Plaintiff, )
vs. ) No. 13 CV 04531
CHICAGO POLICE OFFICERS JORGE L. LOPEZ, EDMUND ZABLOCKI, JOSEPH WAGNER, HERBERT BETANCOURT, MATTHEW CLINE, JOHN DOLAN, and the CITY OF CHICAGO, )
Defendants. )

The deposition of FERNANDO ADALBERTO OJEA, MD, taken pursuant to the Federal Rules of Procedure, before Katie K. Elliott, Certified Shorthand Reporter No. 084-004537, at 30 North Lasalle Street, Suite 900, Chicago, Illinois, on Tuesday, November 18, 2014, commencing at 10:14 a.m. pursuant to notice and subpoena.

APPEARANCES:

PRO SE PLAINTIFF
MR. ANGEL EFRAIN PEREZ, JR.
(1032 North Spaulding Avenue
Chicago, Illinois 60651
312.286.6594)
appeared pro se;

APPEARANCES: (Cont'd)

HONORABLE STEPHEN R. PATTON
CORPORATION COUNSEL, by
MR. JASON MARX and
MS. KATHRYN M. DOI
Assistants Corporation Counsel
(30 North LaSalle Street, Suite 900
Chicago, Illinois 60602-2502
jason.marx@cityofchicago.org
kathryn.doi@cityofchicago.org)
appeared on behalf of the defendants.

* * * * * * *

I N D E X

Witness: Page
FERNANDO ADALBERTO OJEA, MD
Examination by:
Mr. Marx.................... 3

E X H I B I T S

No. Description Marked/Referenced
1 Plaintiff's Medical Records from Fernando A. Ojea, MD.................. 15

(Exhibits attached/scanned.)

- - -

(Witness sworn.)

FERNANDO ADALBERTO OJEA, MD

called as a witness herein, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. MARX:

Q. Doctor, could you please state your full name and spell your last name.

A. Sure. Fernando, middle name Adalberto, last name Ojea, O-j-e-a.

Q. Thank you. I'm Jason Marx. I represent the defendants in this case. Also present today is Angel Perez, the plaintiff in this case. And my colleague Kathryn Doi may be joining us at the end of this deposition.

MR. MARX: This is the deposition of Dr. Fernando Ojea taken pursuant to subpoena and notice and pursuant to the Federal Rules of Civil Procedure in the case of Angel Perez versus City of Chicago, et al., Case No. 13 C 4531.

BY MR. MARX:

Q. Doctor, you received a subpoena to appear here today, correct?

A. Correct.

Q. And I'm looking at it right now, correct?

A. Yes, you are.

Q. Okay. Thank you.

Have you ever given a deposition before, Doctor?

A. Yes, I have.

Q. How many times?

A. Three times.

Q. Okay. When was the last one?

A. About two years ago.

Q. Okay. Well, I'll just refresh you briefly on what the rules of a deposition are. I'm going to ask you a series of questions. You're expected to provide a verbal answer. There's a court reporter here typing down what we say, so I'd appreciate it if you'd give a verbal response as opposed to a nod or shake of the head. Okay?

A. Understood.

Q. And since there's a court reporter here, I'll ask that you wait until I finish asking a question so that you can answer, and I'll do the same to you so that there's a clear record.

Do you understand?

A. I do.

Q. And if you don't understand a question, please just tell me, I don't understand, and I'll try to rephrase it. Okay?

A. Understood.

Q. Thank you.

Doctor, are you currently employed?

A. Yes.

Q. Where?

A. I have a P corporation. My corporation is Greenview Health Center, Chartered, and it's a medical corporation. I am the president.

Q. Did you say a P corporation?

A. It's a corporation, you know, one person. I'm not remembering is it -- I think it's a P corporation, but it could be something else. But it's like a personal corporation. You know, you own the corporation and the corporation employs you.

Q. Okay. I understand.

Do you have any employees?

A. Yes, I do.

Q. How many?

A. Three.

Q. Are any of them doctors?
A. No.
Q. Do you have an employee Susana --
A. Zamudio.
Q. Zamudio?
A. Yes.
Q. And what is her position?
A. Manager.
Q. And that's Z-a-m-u-d-i-o.
A. Correct.
Q. And who are your other employees?
A. Bessie Howell, H-o-w-e-l-l, and she's my biller; and Mr. Robert Becker, B-e-c-k-e-r, and he's my receptionist, front desk.
Q. Were Bessie, Robert, and Susana working for you back in October of 2012?
A. Mr. Becker was not. Susana Zamudio and Bessie Howell were.
Q. Okay. Was there somebody else working for you back then, that is in October of 2012, or was that all three?
A. There was somebody else at the front desk.
Q. Who was that?

A. Her first name is Ruby, R-u-b-y, Zapata, Z-a-p-a-t-a. She's no longer employed.
Q. You're a medical doctor, correct?
A. Correct.
Q. What type of practice do you have?
A. Internal medicine with a specialty on geriatrics.
Q. And geriatrics is the care of older people. Is that fair to say in general?
A. Elderly patients, senior citizens, 60 over.
Q. How long have you had Greenview Health Center, Chartered, incorp -- I'm sorry -- Chartered?
A. Since we open, April 1, 1985.
Q. Okay. Where did you go to college?
A. Well, in Argentina -- I graduated -- I'm a full medical graduate. Argentina doesn't have college. We have one year of premedical, six years of medical school. So if you -- it was in Buenos Aires, Argentina.
Q. What was the name of the medical school in Buenos Aires?
A. University of Buenos Aires.
Q. And when did you graduate?

A. October 10, '71; 1971.
Q. And did you practice medicine in South America?
A. Yes, I did.
Q. For how long?
A. Until about approximately three years.
Q. And where else did you practice medicine besides South America?
A. Well, I won the Eli Lilly International Fellowship for cancer research. I worked about 26 months at Memorial Sloan Kettering in New York as a research fellow; and then I did two years of residency in Madison General Hospital, Madison, Wisconsin; and then I moved my residency program to University of Illinois Chicago campus, and I've been in Chicago since.
Q. In your studies, did you have any specialty? That is, in medical school and just after medical school during your residency, did you have any particular study or specialty?
A. Well, I did my specialty in internal medicine in Buenos Aires, and then I did four years of pathology: Two years in Madison, Wisconsin; two years in University of Illinois Chicago. And then

I did one year of nuclear medicine fellowship at Rush Presbyterian-St. Luke in Chicago.
Q. You're licensed to practice medicine in Illinois?
A. Yes, I am.
(Ms. Kathryn Doi entered.)
MR. MARX: This is my co-counsel Kathryn Doi, Doctor.
THE WITNESS: Pleased to meet you.
BY MR. MARX:
Q. When did you obtain your license to practice in Illinois?
A. Sometime in '81. I don't remember the exact date.
Q. Are you licensed in any other state?
A. No.
Q. Do you have any board certifications?
A. Internal medicine.
Q. And when did you first obtain that board certification?
A. In '73.
Q. And is that current as of today?
A. Yes.
Q. Do you have any professional

memberships?
A. Yes. I belong to the Anti-Aging -- the American Anti-Aging Society, and I belong to the New York Academy of Sciences.
Q. Have you had or do you have any academic appointments?
A. No. I did have, but ...
Q. I'm sorry?
A. I did have. Not anymore.
Q. Where was your academic appointments?
A. I don't remember the name of the medical school. Back in 1995 through '97, I had medical students rotating with me in geriatric medicine. I don't -- it was an offshore medical school. I don't remember the name. I'm sorry.
Q. That was in the Chicagoland area?
A. Yes, in Chicago.
Q. Have you ever testified in a civil lawsuit before?
A. What is a civil lawsuit?
Q. Okay. That was maybe a vague question.
You said you gave depositions in the past, correct?
A. Correct.

Q. I believe you said three?
A. Three, yes.
Q. What was the first one? What was it about that you recall?
A. Well, it was about a -- I was named defendant in a malpractice lawsuit. There were no findings. You know, my name was cleared, but I had to give a deposition. All three were in the same thing, same kind of deposition.
Q. When was that first deposition that you just mentioned?
A. About ten years ago.
Q. And was that case filed in Illinois?
A. Yes.
Q. Was it filed in Cook County?
A. Yes.
Q. Were you the only named defendant, or were there other defendants?
A. No, there were other defendants.
Q. And to the best of your knowledge, that case was dismissed?
A. Dismissed. All three of them.
Q. What was the second deposition about?
A. Same problem, you know, same -- it was

malpractice.
Q. How long ago was that deposition?
A. Three, four years ago.
Q. And again to the best of your knowledge, that case was dismissed?
A. Was dismissed.
Q. And when was your latest deposition?
A. About three years ago. Same malpractice lawsuit, case also dismissed.
Q. The last two that we've talked about, were they filed in Cook County to the best of your knowledge?
A. Yes, they were.
Q. Have you ever given expert testimony in a civil lawsuit?
A. No.
Q. What is internal medicine? How would you describe it?
A. Well, it's a jack of all trades. You are evaluating the patient at the levels of cardiology, gastroenterology, neurology, endocrinology. And you have an overview of all the systems or you take notes and evaluate the patient in all the main body systems, and then you treat

them accordingly. Or if it's more complex, then you refer to a specialist.
Let's say a patient comes to me with chest pains. They have had a myocardial infarct. I make the diagnosis calling a cardiologist. A patient comes with high blood sugar, diabetes. I do the management.
So it does not include gynecology or pediatrics. It's mainly from 15 or 18 years above.
Q. So you only see patients that are 15 years of age or older?
A. Yeah. Actually 18, 20 and older.
Q. Okay. Adults only.
A. Adults only. It's almost -- a little bit better than a GP, a little bit more specialized than a GP, general practitioner.
Q. How long have you been specializing in geriatric medicine, as you said?
A. I took my courses in geriatric medicine at Saint Mary's of Nazareth Hospital in '94, 1994, but I was seeing geriatric patients since '84.
Q. Is there some sort of certification or professional degree that's given out for specialty in geriatric medicine?

A. No, I don't believe so. To the best of my knowledge, I don't believe so.
Q. Okay. Doctor, we're here today because Angel Perez has filed a lawsuit against the City of Chicago and several Chicago police officers.
As we sit here today, do you know who Angel Perez is?
A. Yes, I do.
Q. Is it fair to say that you saw him in the lobby of my building today?
A. Yes, it is fair.
Q. Prior to seeing him in the lobby of my building, when was the last time that you saw him to the best of your recollection?
A. In my office one time.
Q. Have you ever seen Angel Perez besides in your office and in my office today?
A. No.
Q. Do you recall your specific interactions and conversation with Angel Perez without looking at your records?
A. Fairly well.
Q. Fairly well?
A. Yes.

Q. Do you know anything about the circumstances of Mr. Perez's lawsuit?
A. Not really.
Q. Do you know -- do you know anything about it?
A. Well, from what's related by Mr. Perez in my office but not that there was any pending lawsuit.
Q. What did you and Mr. Perez talk about today outside in my lobby?
A. About my work, how cold it was, generics. You know, offered me a book. I was just shivering. I was trying to get warm, you know, incidentals.
Q. Did you review any documents in preparation for today's deposition?
A. No.
Q. Doctor, I'm going to show you what's going to be marked as Exhibit No. 1.
(Deposition Exhibit No. 1, Witness Dr. Ojea, was marked for identification 11/18/2014.)
BY MR. MARX:
Q. If you could take moment to look at

this document that's five pages -- do you have five pages there, Doctor?
A. Yes, I do.
Q. Do you recognize what Exhibit 1 is?
A. Yes. First page is my office fax sheet; page No. 2 is the patient information, you know, the quick -- patient fills prior to visit, upon their first visit; page No. 3 is my progress note with my handwriting; same thing on the second page; and the third -- last page is billing, what my office uses to claim -- health insurance claim form for payment.
Q. Thank you.
If you could turn to page 3, there's a signature line at the bottom. Do you see that?
A. Yes.
Q. Do you recognize that mark as your signature there at the bottom?
A. Yes, it is.
Q. If you could turn to page 4.
MS. DOI: Actually, can we just identify it by the FCRL number.
MR. MARX: And page 3 again is FCRL000040.

BY MR. MARX:
Q. And if you could turn to the next page, that would be page 4.
A. Yes.
Q. That's been marked as FCRL000041.
There's a signature line at the bottom. Do you see that?
A. Yes.
Q. Do you recognize that mark next to the signature as your signature?
A. Yes.
Q. Thank you.
And as you previously stated, on 40 and 41, that is the third and fourth page, you recognized that handwriting as your handwriting, correct?
A. Correct.
Q. Doctor, did you take any personal notes with regard to your treatment of Mr. Perez that are not reflected in these notes that we have in front of us?
A. No.
Q. Doctor, is it your regular practice to draft reports like this as part of your job as an

internal medicine doctor?
A. Yes, it is.
Q. Were these records kept in the ordinary course of your business as an internal medicine doctor?
A. Yes, they were.
Q. Now, from page 1, we can see that these documents were sent to Investigator Daniel Kobel, K-o-b-e-l.
And do you know who that person is?
A. No, never personally met the gentleman personally.
Q. You've never met that person?
A. No.
Q. Do you have any idea as to who that person is or who they work for?
A. Well, it was -- he told my secretary that he was an investigator or a detective.
Q. So it looks like your -- the secretary Susana gave these to Investigator Kobel, correct?
A. Right. Called and, you know, requesting the medical records.
Q. We also sent a subpoena, and your office responded by sending us these records. I'm

just letting you know that.
And to the best of your knowledge, besides sending these to Investigator Kobel and my office, do you know if your records -- that is these records have been sent to anybody else?
A. Not to my knowledge.
Q. Okay. How does one go about seeing you as a doctor? What's the first step, or how does that process work?
A. Well, you know, come to the front desk, sign. First, we see the patient is given a standard form for the patient information, demographics, and then they may have to wait a few minutes. Then it's brought in by my nurse and do the triage initial interview. Again, perhaps a few minutes wait. And then I come in and proceed with the rest of the interview and exam.
Q. So it's typical for your nurse to do a triage of the patient prior to you seeing the patient?
A. Yes.
Q. Do you know if that was done in this case?
A. Yes.

Q. Do you recall specifically what your nurse said to you with regard to Mr. Perez prior to you seeing him?
A. Not really. There's a note. The first part of page 3.
Q. Okay. Looking at page 3, which is FCRL000040, is part of what's written on page 3 filled out by your nurse?
A. Yes.
Q. What part was filled out by your nurse?
A. The first ten lines until Assessment. My handwriting starts at the line that says, Assessment.
Q. Do you know who filled out the part that's above Assessment?
A. Yes.
Q. Who's that?
A. My nurse.
Q. Who's that?
A. Nesylin Oxybal, O-x-y-b-a-l.
Q. I'm sorry. What was her first name?
A. Nesylin, N-e-s-y-l-i-n.
Q. Does she still work for you as of today?
A. Well, she's on maternity leave right

now.
Q. Maternity leave?
A. Yeah. But she was working until last week.
Q. Is she an RN, an LPN, or do you know her classification?
A. RN.
Q. Prior to October of 2012, how long did she work for you?
A. Five, six years. Long time.
Q. So is it fair to say that prior to seeing Mr. Perez your nurse would have given you this record that we're looking at on page 3 with her handwriting on it?
A. Yes.
Q. Perhaps you can interpret it better than I can, but where it says, Allergies, do you know what "PCN" stands for?
A. Yes. Penicillin. The standard abbreviation for penicillin.
Q. That indicates an allergy to penicillin?
A. Correct.
Q. Okay. Now, I know it might be difficult, but it's your nurse. Perhaps you can

read it better than me, but it says, Reason for visit.

Can you read what it says there after, Reason for visit, for me?

A. Sure.

Patient claimed he was physically assaulted by police officer last Sunday three days ago. When asked if he has some injuries or bruises, he said there was -- there was, but it's all gone now. When asked if he was placed in handcuffs and there were any marks in his wrist, he said there were marks but again said marks were all gone. He showed me his wrist. I did not see any marks on his wrist.

Q. Thank you.

And so that was your nurse that said she saw his wrists and didn't see any marks on his wrist, correct?

A. Correct.

Q. Okay. And did you examine Mr. Perez on October 24, 2012?

A. Yes, I did.

Q. And where did that occur?

A. In my office.

Q. Was --

A. In the examining room, one of the examining rooms.

Q. Was anyone else present when you examined Mr. Perez?

A. No.

Q. About how long did you examine Mr. Perez total?

A. Between interview, talk, and examination, 10, 15 minutes most, 15 minutes.

Q. Okay. Doctor, you said that your handwriting starts after Assessment, correct?

A. Yeah.

Q. Can you read what it says there?

A. Sure.

Assessment: Patient seen, examined. Complaining of anal pain, alleged anal rape with metal object four days ago. Patient was placed in proper position for rectal exam. On visual inspection, no bruising or evidence of forced entry in anus. No evidence of bleeding.

Q. Thank you. And let's turn to the next page.

It says, Current Medications: None,

correct?

A. Correct.

Q. Did you ask Mr. Perez if he was taking any medications?

A. We always do.

Q. And his answer was none?

A. None.

Q. I'm sorry. What was that?

A. None.

Q. It says, Reason for Visit.

Could you read what it says after, Reason for Visit?

A. Anal, slash, rectal pain.

Q. What does it say after, Subjective?

A. Unable to perform exam due to patient's complaint of pain. That refers to digital exam of the rectum. No evidence of trauma/forced entry on visual. Well palpation of anal perineal area.

THE REPORTER: I apologize, Doctor. Can you repeat that last one?

THE WITNESS: Sure. I don't know. It's W-e-l -- well palpation of anal perineal area. That is between -- around the anal area and the pelvis.

My lab/medication, I prescribed Anusol-HC, Hydrocortisone, suppositories, one daily, and Sitz baths three times a day. And the diagnosis was anal, slash, perirectal pain.

BY MR. MARX:

Q. Thank you.

Is it fair to say that you interviewed Mr. Perez?

A. Yes.

Q. And when you interviewed him, did you ask him any questions?

A. Yes.

Q. What's the first thing that you can remember asking him?

A. I don't remember specific questions. It was more the circumstances. And I -- it was explained by him about -- and I don't remember if -- what was the reason he was taken in custody. And that the police became very -- and this is referred by Mr. Perez. Police became very aggressive and, you know, sort of molested him or tried to do a forced entry with a metal object.

Q. And this is more or less what he told you when he initially saw you?

A. Yes. I don't recall what were the circumstances that led to this situation. They told me, but I --
Q. You can't remember as we sit here today?
A. I cannot remember what led to that circumstance.
Q. He complained of anal pain to you?
A. Yes.
Q. And he said that it happened four days prior to you seeing him?
A. Correct. Three or four days.
Q. Well, you put down the number 4 here.
Do you recall if he said three or four, or do you recall if he said --
A. I don't recall. My nurse wrote Sunday. This was on a Wednesday, so it's between three and four days. I mean, Sunday to Monday, Tuesday Wednesday is three days.
Q. Did he indicate to you what he believed was the cause of his anal pain?
A. Yes.
Q. What did he say?
A. That he was -- a metal object was pushed into his anus, rectal canal.

Q. What was that last word you said?
A. Rectal canal or the center of the anus.
Q. Did he indicate to you what he believed that metal object was?
A. I don't recall.
Q. Did he tell you who did that?
A. Police officer.
Q. Did he give you any description of the police officer that did that?
A. No, he didn't.
Q. And so after he told you what we just talked about, what did you do in response?
A. Well, I proceeded to the physical exam.
Q. Specifically what did you do?
A. I positioned Mr. Perez in the supine position on the table in order to be able to visualize the anus and the perineal area and searching for bruising and signs of forced entry.
Q. So when you say "supine position," do you mean essentially --
A. Bent over.
Q. Bent over?
A. Right.
Q. And did you see any signs of bruising

or signs of forced entry?
A. No, I did not.
Q. If you had, would you have noted it in report?
A. Yes, I would have.
Q. Did Mr. Perez ever tell you that he was bleeding from his anus?
A. I don't recall. I don't think so.
Q. If he had, would you have put it in this report?
A. Yes, I would.
Q. In your estimation, how many times would you say you've given somebody a -- strike that.
On page FCRL000041, it says, Unable to perform rectal exam due to patient's complaint of pain, correct?
A. Correct.
Q. And I believe you said you were referring to a digital exam of the rectum, correct?
A. Well, right. That was what I'm referring to.
Q. What do you mean by digital exam?
A. Well, you know, introducing the finger

into the rectal canal and looking for abnormal, you know, like decreased tone -- although in this case, his tone looked normal -- and you know, a presence of blood in the rectum.
Q. Did you ask Mr. Perez if you could do that exam?
A. I don't recall. I don't think so.
Q. You don't think you asked him?
A. I don't think so.
Q. Did you want to perform that exam because he had made that complaint to you?
A. I thought about doing it, you know, but because the external exam was perfectly normal, I felt that it would be invasion of privacy. It would be inappropriate exam. And you know, I'm very reluctant to perform that kind of exam because of patient privacy and decor. And you know, it's only if it's extremely necessary, patient with prostate issues and things like that that I perform it, but I try to -- it's a matter of respect, sir.
Q. I understand.
So based on your external examination, you didn't feel it was necessary to perform that internal examination?

A. Particularly because he was complaining of pain, you know.
Q. Doctor, in your experience, were your observations of Mr. Perez's anus consistent with a metal object being forcefully inserted into his rectal canal?
A. There was no evidence of anything. It was perfectly -- skin and external mucosa was all perfectly normal.
Q. In your experience, what would you expect to see if somebody came to you with a complaint that a metal object was forcefully inserted into their rectal canal?
A. Bruising, perhaps laceration, hematoma, hemorrhoids, protrusion of the lining.
Q. You didn't see any of those?
A. None.
Q. If you did see any of those, you would have noted it in this report, correct?
A. Yes, I would. If I may add something, I would also expect to see a tear of the skin or the mucosa.
Q. Did Mr. Perez complain to you that he was injured in his wrist area?

A. Yeah. He complained about pain.
Q. Did you examine his wrist?
A. No. I had the evaluation from my nurse, but -- cut it off.
Q. Did Mr. Perez complain of any other injuries to you?
A. Not that I recall.
Q. If he had, would you have put that down in your report?
A. Most likely.
Q. Doctor, you prescribed Mr. Perez something, correct?
A. Correct.
Q. What did you prescribe him again?
A. Anusol-HC, it's an anti-hemorrhoidal suppository with hydrocortisone, and Sitz baths, which is a salt bath, you know, anti-inflammatory because he complained of pain.
Q. You prescribed those things because of his complaint of pain?
A. Correct.
Q. Was it a prescription that you gave him?
A. I think so, yeah. Because the Anusol-HC, hydrocortisone, it is a prescription

medication.
Q. Do you know how many refills you gave him, if any?
A. I don't think I gave any.
Q. Okay. The prescription you gave him, was it a suppository?
A. Yes.
Q. Does that mean it's administered anally?
A. Correct.
Q. Did you give him any instructions with regard to that prescription?
A. Yes. Insert rectally one suppository a day.
Q. Based on your examination of Mr. Perez, did you think or believe that he would have any problems administering that medication that you prescribed him?
A. No.
MR. MARX: If we could just take a brief break.
(Recess taken.)
BY MR. MARX:
Q. We're getting close to being done.
If you look at the last page of the

Exhibit 1, this is a bill, correct?
A. Correct.
Q. It indicates on the right-hand side insurance information. It says, Insured's Policy Group or FECA Number. Do you see that? Box 11?
A. Oh, wait. Yeah, okay, I'm seeing it.
Q. It indicates, None, correct? As in no insurance, correct?
A. Correct.
Q. Okay. You didn't generate this actual form, did you?
A. No.
Q. Do you know who did?
A. Yes. Mrs. Howell, Bessie Howell.
Q. And Mr. Perez was charged, it appears, $200, correct?
A. Correct.
Q. And in Box 31 at the very bottom, do you see that?
A. Yes.
Q. There's a signature box. Do you see that signature?
A. Uh-hmm.
Q. Is that a yes?

A. Yes, I do.
Q. Is that your signature?
A. No.
Q. Do you know whose signature that is?
A. It has my name, but most likely my biller has the authorization to sign it, write my name in. So actually, she wrote my last name.
Q. Bessie Howell, that is?
A. That is correct.
Q. Okay. And besides this bill, are you aware of any other bill that Mr. Perez got for his -- your examination of him?
A. No.
Q. And I believe you previously stated you haven't had any follow-up treatment with Mr. Perez?
A. No.
Q. That's correct?
A. Correct.
Q. Do you have any idea how Mr. Perez came to your office to begin with?
A. Yes. A gentleman, member of my Masonic Lodge brought him to my office.
Q. Are you a Freemason, as well?
A. Yes.

Q. Are you a Freemason in the same lodge as Mr. Perez?
A. I don't know what lodge he belongs to. I'm Hesperia 411. It's H-e-s-p-e-r-i-a.
Q. What is that?
A. That is the name of my lodge.
Q. Who's the name of the person that referred him to you?
A. Richard Taman, T-a-m-a-n.
Q. And he's a friend of yours?
A. He's a member of the lodge.
Q. An acquaintance, so to speak?
A. Yeah, acquaintance.
Q. To the best of your recollection, have you shared everything with regard to your examination of Mr. Perez?
A. To the best of my knowledge, yes, I have.
Q. And to the best of your knowledge, there's no other reports or notes regarding your treatment of Mr. Perez?
A. Not that I am aware of.
Q. Were all of your opinions today, Doctor, given within a reasonable degree of medical certainty?
A. I'm sorry. Could you repeat the question, please?
Q. Were all of your opinions today given within a reasonable degree of medical certainty?
A. Yes, they are. They were.
MR. MARX: I have no further questions.
Mr. Perez, do you have any questions?
MR. PEREZ: No.
MR. MARX: Okay. Doctor, you have the right to see this transcript and check it for accuracy.
THE WITNESS: I decline. I decline.
MR. MARX: You decline? Okay.
He'll waive his signature then.
THE WITNESS: I'll waive.
FURTHER DEPONENT SAITH NOT ...

STATE OF ILLINOIS )
) SS:
COUNTY OF COOK )

I, Katie K. Elliott, do hereby certify that FERNANDO ADALBERTO OJEA, MD was duly sworn by me to testify the whole truth, that the foregoing deposition was recorded stenographically by me and was reduced to computerized transcript under my direction, and that the said deposition constitutes a true record of the testimony given by said witness.

I further certify that the reading and signing of the deposition was waived by the deponent.

I further certify that I am not a relative or employee or attorney or counsel of any of the parties, or a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of office at Chicago, Illinois, this 1st day of December 2014.

Illinois CSR No. 084-004537
Notary Public, Cook County, Illinois
My commission expires November 8, 2015

**A**

**abbreviation** 21:20
**able** 27:16
**abnormal** 29:1
**academic** 10:6,10
**academy** 10:4
**accuracy** 36:11
**acquaintance** 35:12,13
**action** 37:11
**actual** 33:10
**adalberto** 1:11 2:12 3:2,9 37:3
**add** 30:20
**administered** 32:8
**administeri...** 32:16
**adults** 13:13 13:14
**affixed** 37:13
**age** 13:11
**aggressive** 25:21
**ago** 4:11 11:12 12:2 12:3,8 22:8 23:18
**aires** 7:20,22 7:23 8:22
**al** 3:20
**alleged** 23:17
**allergies** 21:17
**allergy** 21:21
**america** 8:3,8
**american** 10:3
**anal** 23:17,17 24:13,18,22 24:23 25:4 26:7,20
**anally** 32:8
**angel** 1:3,19 3:13,19 14:4,7,16 14:20
**answer** 4:15 4:22 24:6
**antiaging** 10:2,3
**antihemorr...** 31:15
**antiinflam...** 31:17
**anus** 23:21 26:24 27:2 27:17 28:7 30:4
**anusolhc** 25:2 31:15 31:24
**anybody** 19:5
**anymore** 10:9
**apologize** 24:19
**appear** 3:23
**appearances** 1:18 2:1
**appeared** 1:21 2:6
**appears** 33:15
**appointme...** 10:6,10
**appreciate** 4:17
**approxima...** 8:6
**april** 7:14
**area** 10:16 24:18,22,23 27:17 30:24
**argentina** 7:16,17,20
**asked** 22:8,10 29:8
**asking** 4:21 25:14
**assaulted** 22:7
**assessment** 20:11,13,15 23:12,16
**assistants** 2:4
**attached** 2:20
**attorney** 37:10,10
**authorizati...** 34:6
**avenue** 1:20
**aware** 34:11 35:22

**B**

**b** 2:15
**back** 6:16,20 10:12
**based** 29:22 32:14
**bath** 31:17
**baths** 25:3 31:16
**becker** 6:13 6:13,17
**behalf** 2:6
**believe** 11:1 14:1,2 28:19 32:15 34:14
**believed** 26:19 27:3
**belong** 10:2,3
**belongs** 35:3
**bent** 27:21,22
**bessie** 6:12 6:15,18 33:14 34:8
**best** 11:20 12:4,11 14:1,14 19:2 35:14 35:17,19
**betancourt** 1:7
**better** 13:15 21:16 22:1
**bill** 33:1 34:10,11
**biller** 6:13 34:6
**billing** 16:10
**bit** 13:15,15
**bleeding** 23:21 28:7
**blood** 13:6 29:4
**board** 9:17 9:20
**body** 12:24
**book** 15:12
**bottom** 16:15 16:18 17:7 33:18
**box** 33:5,18 33:21
**break** 32:20
**brief** 32:19
**briefly** 4:13
**brought** 19:14 34:22
**bruises** 22:9
**bruising** 23:20 27:18 27:24 30:14
**buenos** 7:20 7:22,23 8:22
**building** 14:10,13
**business** 18:4

**C**

**c** 3:20
**called** 3:3 18:21
**calling** 13:5
**campus** 8:15
**canal** 26:24 27:2 29:1 30:6,13
**cancer** 8:10
**cant** 26:4
**cardiologist** 13:5
**cardiology** 12:21
**care** 7:8
**case** 3:12,14 3:19,20 11:13,21 12:5,9 19:23 29:2
**cause** 26:20
**center** 5:11 7:13 27:2
**certainty** 36:1,5
**certification** 9:20 13:22
**certifications** 9:17
**certified** 1:13
**certify** 37:3,7 37:9
**charged** 33:15
**chartered** 5:11 7:13 7:13
**check** 36:11
**chest** 13:4
**chicago** 1:6,8 1:15,20 2:5 3:20 8:15 8:16,24 9:2 10:17 14:5 14:5 37:13
**chicagoland** 10:16
**circumstance** 26:6
**circumstan...** 15:2 25:16 26:2
**citizens** 7:10
**city** 1:8 3:19 14:4
**cityofchicago** 2:5,6
**civil** 3:18 10:18,20 12:15
**claim** 16:11 16:11
**claimed** 22:6
**classification** 21:6
**clear** 4:23
**cleared** 11:7
**cline** 1:8
**close** 32:23
**cocounsel** 9:7
**cold** 15:11
**colleague** 3:14
**college** 7:15 7:18
**come** 19:10 19:16
**comes** 13:3,6
**commencing** 1:16
**commission** 37:17
**complain** 30:23 31:5
**complained** 26:7 31:1 31:18
**complaining** 23:17 30:1
**complaint** 24:16 28:16 29:11 30:12 31:20
**complex** 13:1
**computeriz...** 37:5
**consistent** 30:4
**constitutes** 37:5
**contd** 2:1

**conversation** 14:20
**cook** 11:15 12:11 37:2 37:16
**corporation** 2:2,4 5:10 5:10,12,13 5:14,16,17 5:18,18
**correct** 3:23 3:24 4:2 6:10 7:3,4 10:23,24 17:16,17 18:20 21:22 22:18,19 23:12 24:1 24:2 26:11 28:17,18,20 30:19 31:12 31:13,21 32:9 33:1,2 33:7,8,9,16 33:17 34:9 34:17,18
**counsel** 2:2,4 37:10,11
**county** 11:15 12:11 37:2 37:16
**course** 18:4
**courses** 13:19
**court** 1:1 4:16,20
**csr** 37:16
**current** 9:22 23:24
**currently** 5:7
**custody** 25:18
**cut** 31:4
**cv** 1:5

**D**

**d** 2:9
**daily** 25:3
**daniel** 18:8
**date** 9:14
**day** 25:3 32:13 37:13
**days** 22:7 23:18 26:9 26:11,17,18
**december** 37:13
**decline** 36:12 36:12,13
**decor** 29:17
**decreased** 29:2
**defendant** 11:6,17
**defendants** 1:9 2:6 3:12 11:18,19
**degree** 13:23 35:24 36:5
**demograph...** 19:13
**deponent** 36:16 37:8
**deposition** 1:11 3:15 3:16 4:5,13 11:8,9,10 11:23 12:2 12:7 15:16 15:20 37:4 37:5,8
**depositions** 10:22
**describe** 12:18
**description** 2:17 27:8
**desk** 6:14,23 19:10
**detective** 18:18
**diabetes** 13:6
**diagnosis** 13:5 25:4
**didnt** 22:17 27:10 29:23 30:16 33:10
**difficult** 21:24
**digital** 24:16 28:20,23
**direction** 37:5
**directly** 37:11
**dismissed** 11:21,22 12:5,6,9
**district** 1:1,1
**division** 1:2
**doctor** 3:7,22 4:6 5:7 7:3 9:8 14:3 15:18 16:2 17:18,23 18:1,5 19:8 23:11 24:19 30:3 31:11 35:24 36:10
**doctors** 6:1
**document** 16:1
**documents** 15:15 18:8
**doesnt** 7:17
**doi** 2:3,6 3:14 9:6,7 16:21
**doing** 29:12
**dolan** 1:8
**dont** 5:2,3 9:13 10:11 10:14,15 14:1,2 24:21 25:15 25:17 26:1 26:15 27:5 28:8,8 29:7 29:7,8,9 32:4 35:3
**dr** 3:17 15:21
**draft** 17:24
**due** 24:15 28:16
**duly** 3:3 37:3

**E**

**e** 2:9,15
**eastern** 1:2
**edmund** 1:6
**efrain** 1:19
**elderly** 7:10
**eli** 8:9
**elliott** 1:13 37:3
**employed** 5:7 7:2
**employee** 6:3 37:10,10
**employees** 5:21 6:11
**employs** 5:18
**endocrinol...** 12:22
**entered** 9:6
**entry** 23:20 24:17 25:22 27:18 28:1
**essentially** 27:20
**estimation** 28:12
**et** 3:20
**evaluate** 12:23
**evaluating** 12:20
**evaluation** 31:3
**evidence** 23:20,21 24:17 30:7
**exact** 9:14
**exam** 19:17 23:19 24:15 24:16 27:13 28:16,20,23 29:6,10,13 29:15,16
**examination** 2:13 3:5 23:10 29:23 29:24 32:14 34:12 35:16
**examine** 22:20 23:7 31:2
**examined** 3:4 23:5,16
**examining** 23:2,3
**exhibit** 15:19 15:20 16:4 33:1
**exhibits** 2:20
**expect** 30:11 30:21
**expected** 4:15
**experience** 30:3,10
**expert** 12:14
**expires** 37:17
**explained** 25:17
**external** 29:13,22 30:8
**extremely** 29:18

**F**

**fair** 7:9 14:9 14:11 21:11 25:7
**fairly** 14:22 14:23
**fax** 16:5
**fcrl** 16:22
**fcrl000040** 16:23 20:7
**fcrl000041** 17:5 28:15
**feca** 33:5
**federal** 1:12 3:18
**feel** 29:23
**fellow** 8:12
**fellowship** 8:10 9:1
**felt** 29:14
**fernando** 1:11 2:12 2:18 3:2,9 3:17 37:3
**filed** 11:13,15 12:11 14:4
**filled** 20:8,10 20:14
**fills** 16:7
**financially** 37:11
**findings** 11:7
**finger** 28:24
**finish** 4:21
**first** 3:3 7:1 9:19 11:3 11:10 16:5 16:8 19:8 19:11 20:4 20:11,21 25:13
**five** 16:1,1 21:10
**follows** 3:4
**followup** 34:15
**forced** 23:20 24:17 25:22 27:18 28:1
**forcefully** 30:5,12
**foregoing** 37:4
**form** 16:12 19:12 33:11
**four** 8:22 12:3 23:18 26:9,11,14 26:17
**fourth** 17:14
**freemason** 34:23 35:1
**friend** 35:10
**front** 6:14,22

17:20 19:10
**full** 3:8 7:17
**further** 36:7 36:16 37:7 37:9

G

**gastroenter...** 12:21
**general** 7:9 8:13 13:16
**generate** 33:10
**generics** 15:12
**gentleman** 18:11 34:21
**geriatric** 10:13 13:18 13:19,21,24
**geriatrics** 7:7 7:8
**getting** 32:23
**give** 4:17 11:8 27:8 32:10
**given** 4:5 12:14 13:23 19:11 21:12 28:13 35:24 36:4 37:6
**go** 7:15 19:7
**going** 4:14 15:18,19
**gp** 13:15,16
**graduate** 7:17,24
**graduated** 7:16
**greenview** 5:11 7:12
**group** 33:5
**gynecology** 13:8

H

**h** 2:15
**hand** 37:13
**handcuffs** 22:11
**handwriting** 16:9 17:15 17:15 20:12 21:14 23:12
**happened** 26:9
**havent** 34:15
**head** 4:18
**health** 5:11 7:12 16:11
**hell** 36:14
**hematoma** 30:14
**hemorrhoids** 30:15
**herbert** 1:7
**hereunto** 37:12
**hes** 6:14 35:10,11
**hesperia** 35:4 35:4
**high** 13:6
**honorable** 2:2
**hospital** 8:13 13:20
**howell** 6:12 6:12,18 33:14,14 34:8
**hydrocortis...** 25:2 31:16 31:24

I

**id** 4:16
**idea** 18:15 34:19
**identification** 15:22
**identify** 16:21
**ill** 4:12,21,22 5:3 36:15
**illinois** 1:1,15 1:20 2:5 8:15,24 9:4 9:12 11:13 37:1,13,16 37:16
**im** 3:11 4:1 4:13 5:15 7:13,17 10:8,15 15:18 18:24 20:21 24:8 28:21 29:15 33:6 35:4 36:2
**inappropri...** 29:15
**incidentals** 15:14
**include** 13:8
**incorp** 7:13
**indicate** 26:19 27:3
**indicates** 21:21 33:3 33:7
**indirectly** 37:11
**infarct** 13:4
**information** 16:6 19:12 33:4
**initial** 19:15
**initially** 25:24
**injured** 30:24
**injuries** 22:8 31:6
**insert** 32:12
**inserted** 30:5 30:13
**inspection** 23:20
**instructions** 32:10
**insurance** 16:11 33:4 33:8
**insureds** 33:4
**interactions** 14:20
**interested** 37:11
**internal** 7:6 8:21 9:18 12:17 18:1 18:4 29:24
**international** 8:9
**interpret** 21:16
**interview** 19:15,17 23:9
**interviewed** 25:8,10
**introducing** 28:24
**invasion** 29:14
**investigator** 18:8,18,20 19:3
**issues** 29:19
**ive** 8:15

J

**jack** 12:19
**jason** 2:3,5 3:11
**job** 17:24
**john** 1:8
**joining** 3:14
**jorge** 1:6
**joseph** 1:7
**jr** 1:19

K

**k** 1:13 37:3
**kathryn** 2:3,6 3:14 9:6,7
**katie** 1:13 37:3
**kept** 18:3
**kettering** 8:11
**kind** 11:9 29:16
**know** 5:14,17 11:7,24 14:6 15:1,4 15:4,12,13 16:7 18:10 18:21 19:1 19:4,10,22 20:14 21:5 21:18,23 24:21 25:21 28:24 29:2 29:3,12,15 29:17 30:2 31:17 32:2 33:13 34:4 35:3
**knowledge** 11:20 12:5 12:12 14:2 19:2,6 35:17,19
**kobel** 18:8,9 18:20 19:3

L

**l** 1:6
**lab** 25:1
**laceration** 30:14
**lasalle** 1:15 2:4
**latest** 12:7
**lawsuit** 10:19 10:20 11:6 12:9,15 14:4 15:2,8
**leave** 20:24 21:2
**led** 26:2,5
**letting** 19:1
**levels** 12:20
**license** 9:11
**licensed** 9:3 9:15
**lilly** 8:9
**line** 16:15 17:6 20:12
**lines** 20:11
**lining** 30:15
**little** 13:14,15
**lobby** 14:10 14:12 15:10
**lodge** 34:22 35:1,3,6,11
**long** 7:12 8:5 12:2 13:17 21:8,10 23:7
**longer** 7:2
**look** 15:24 32:24
**looked** 29:3
**looking** 4:1 14:21 20:6 21:13 29:1
**looks** 18:19
**lopez** 1:6
**lpn** 21:5
**luke** 9:2

M

**m** 1:17 2:3
**madison** 8:13 8:13,23
**main** 12:24
**malpractice** 11:6 12:1,9
**management** 13:7
**manager** 6:8
**mark** 16:17 17:9
**marked** 2:17 15:19,21 17:5
**marks** 22:11 22:12,12,14 22:17
**marx** 2:3,5

2:14 3:6,11 3:16,21 9:7 9:10 15:23 16:23 17:1 25:5 32:19 32:22 36:7 36:10,13
**marys** 13:20
**masonic** 34:21
**maternity** 20:24 21:2
**matter** 29:20
**matthew** 1:8
**md** 1:12 2:12 2:18 3:2 37:3
**mean** 26:17 27:20 28:23 32:8
**medical** 2:18 5:12 7:3,17 7:19,21 8:18,19 10:12,13,14 18:22 35:24 36:5
**medication** 25:1 32:1 32:16
**medications** 23:24 24:4
**medicine** 7:6 8:2,8,22 9:1 9:3,18 10:14 12:17 13:18,19,24 18:1,4
**meet** 9:9
**member** 34:21 35:11
**membershi...** 10:1
**memorial** 8:11
**mentioned** 11:11
**met** 18:11,13
**metal** 23:18 25:22 26:23 27:4 30:5 30:12
**middle** 3:9
**minutes** 19:14,16 23:10,10
**molested** 25:21
**moment** 15:24
**monday** 26:17
**months** 8:11
**moved** 8:14
**mucosa** 30:8 30:22
**myocardial** 13:4

**N**

**n** 2:9
**name** 3:8,8,9 3:10 7:1,21 10:11,15 11:7 20:21 34:5,7,7 35:6,7
**named** 11:5 11:17
**nazareth** 13:20
**necessary** 29:18,23
**nesylin** 20:20 20:22,22
**neurology** 12:21
**never** 18:11 18:13
**new** 8:11 10:4
**nod** 4:18
**normal** 29:3 29:13 30:9
**north** 1:14,20 2:4
**northern** 1:1
**notary** 37:16
**note** 16:9 20:4
**noted** 28:3 30:19
**notes** 12:23 17:18,20 35:20
**notice** 1:17 3:18
**november** 1:16 37:17
**nuclear** 9:1
**number** 16:22 26:12 33:5
**nurse** 19:14 19:18 20:2 20:8,10,18 21:12,24 22:16 26:15 31:4

**O**

**object** 23:18 25:22 26:23 27:4 30:5 30:12
**observations** 30:4
**obtain** 9:11 9:19
**occur** 22:23
**october** 6:16 6:20 8:1 21:8 22:21
**offered** 15:12
**office** 14:15 14:17,17 15:7 16:5 16:11 18:24 19:4 22:24 34:20,22 37:13
**officer** 22:7 27:7,9
**officers** 1:6 14:5
**offshore** 10:14
**oh** 33:6
**ojea** 1:12 2:12,18 3:2 3:10,10,17 15:21 37:3
**okay** 4:4,10 4:12,18 5:4 5:20 6:19 7:15 10:21 13:13 14:3 19:7 20:6 21:23 22:20 23:11 32:5 33:6,10 34:10 36:10 36:13
**older** 7:8 13:11,12
**open** 7:14
**opinions** 35:23 36:4
**opposed** 4:18
**order** 27:16
**ordinary** 18:3
**org** 2:5,6
**outside** 15:10
**overview** 12:22
**oxybal** 20:20 20:20

**P**

**p** 5:10,13,16
**page** 2:11 16:5,6,8,10 16:10,14,20 16:23 17:2 17:3,14 18:7 20:5,6 20:7 21:13 23:23 28:15 32:24
**pages** 16:1,2
**pain** 23:17 24:13,16 25:4 26:7 26:20 28:17 30:2 31:1 31:18,20
**pains** 13:4
**palpation** 24:18,22
**part** 17:24 20:5,7,10 20:14
**particular** 8:20
**particularly** 30:1
**parties** 37:10
**pathology** 8:23
**patient** 12:20 12:23 13:3 13:6 16:6,7 19:11,12,19 19:20 22:6 23:16,18 29:17,18
**patients** 7:10 13:10,21 24:15 28:16
**patton** 2:2
**payment** 16:12
**pcn** 21:18
**pediatrics** 13:9
**pelvis** 24:24
**pending** 15:7
**penicillin** 21:19,20,21
**people** 7:9
**perez** 1:3,19 3:13,19 14:4,7,16 14:20 15:6 15:9 17:19 20:2 21:12 22:20 23:5 23:8 24:3 25:8,20 27:15 28:6 29:5 30:23 31:5,11 32:14 33:15 34:11,15,19 35:2,16,21 36:8,9
**perezs** 15:2 30:4
**perfectly** 29:13 30:8 30:9
**perform** 24:15 28:16 29:10,16,19 29:24
**perineal** 24:18,22 27:17
**perirectal** 25:4
**person** 5:15 18:10,13,16 35:7
**personal** 5:17 17:18
**personally** 18:11,12
**physical** 27:13
**physically** 22:6
**placed** 22:10 23:18
**plaintiff** 1:4 1:19 3:13
**plaintiffs** 2:18
**please** 3:7 5:3 36:3
**pleased** 9:9
**police** 1:6

14:5 22:7 25:19,20 27:7,9
**policy** 33:4
**position** 6:7 23:19 27:16 27:19
**positioned** 27:15
**practice** 7:5 8:2,7 9:3,12 17:23
**practitioner** 13:16
**premedical** 7:18
**preparation** 15:16
**presbyteria...** 9:2
**prescribe** 31:14
**prescribed** 25:1 31:11 31:19 32:17
**prescription** 31:22,24 32:5,11
**presence** 29:3
**present** 3:13 23:4
**president** 5:12
**previously** 17:13 34:14
**prior** 14:12 16:7 19:19 20:2 21:8 21:11 26:10
**privacy** 29:14 29:17
**pro** 1:19,21
**problem** 11:24
**problems** 32:16
**procedure** 1:13 3:19
**proceed** 19:16
**proceeded** 27:13
**process** 19:9
**professional** 9:24 13:23
**program** 8:14
**progress** 16:8
**proper** 23:19
**prostate** 29:19
**protrusion** 30:15
**provide** 4:15
**public** 37:16
**pursuant** 1:12,17 3:17,18
**pushed** 26:24
**put** 26:12 28:9 31:8

**Q**

**question** 4:22 5:2 10:21 36:3
**questions** 4:14 25:11 25:15 36:7 36:8
**quick** 16:7

**R**

**r** 2:2
**rape** 23:17
**read** 22:1,3 23:14 24:11
**reading** 37:7
**really** 15:3 20:4
**reason** 22:1,4 24:10,12 25:18
**reasonable** 35:24 36:5
**recall** 11:4 14:19 20:1 26:1,13,14 26:15 27:5 28:8 29:7 31:7
**received** 3:22
**receptionist** 6:14
**recess** 32:21
**recognize** 16:4,17 17:9
**recognized** 17:15
**recollection** 14:14 35:14
**record** 4:23 21:13 37:6
**recorded** 37:4
**records** 2:18 14:21 18:3 18:22,24 19:4,5
**rectal** 23:19 24:13 26:24 27:2 28:16 29:1 30:6 30:13
**rectally** 32:12
**rectum** 24:17 28:20 29:4
**reduced** 37:5
**refer** 13:2
**referenced** 2:17
**referred** 25:20 35:8
**referring** 28:20,22
**refers** 24:16
**refills** 32:2
**reflected** 17:20
**refresh** 4:12
**regard** 17:19 20:2 32:11 35:15
**regarding** 35:20
**regular** 17:23
**related** 15:6
**relative** 37:9 37:10
**reluctant** 29:16
**remember** 9:13 10:11 10:15 25:14 25:15,17 26:4,5
**rememberi...** 5:15
**repeat** 24:20 36:2
**rephrase** 5:4
**report** 28:4 28:10 30:19 31:9
**reporter** 1:14 4:16,20 24:19
**reports** 17:24 35:20
**represent** 3:12
**requesting** 18:22
**research** 8:10 8:12
**residency** 8:13,14,19
**respect** 29:20
**responded** 18:24
**response** 4:17 27:12
**rest** 19:17
**review** 15:15
**richard** 35:9
**right** 4:1 18:21 20:24 27:23 28:21 36:10
**righthand** 33:3
**rn** 21:5,7
**robert** 6:13 6:15
**room** 23:2
**rooms** 23:3
**rotating** 10:13
**ruby** 7:1,1
**rules** 1:12 3:18 4:13
**rush** 9:2

**S**

**s** 2:15
**saint** 13:20
**saith** 36:16
**salt** 31:17
**saw** 14:9,13 22:17 25:24
**says** 20:12 21:17 22:1 22:3 23:14 23:24 24:10 24:11 28:15 33:4
**scanned** 2:20
**school** 7:19 7:21 8:18 8:19 10:12 10:15
**sciences** 10:4
**se** 1:19,21
**seal** 37:13
**searching** 27:18
**second** 11:23 16:9
**secretary** 18:17,19
**see** 13:10 16:15 17:7 18:7 19:11 22:13,17 27:24 30:11 30:16,18,21 33:5,19,21 36:11
**seeing** 13:21 14:12 19:7 19:19 20:3 21:12 26:10 33:6
**seen** 14:16 23:16
**sending** 18:24 19:3
**senior** 7:10
**sent** 18:8,23 19:5
**series** 4:14
**set** 37:12
**shake** 4:18
**shared** 35:15
**sheet** 16:6
**shes** 6:12 7:2 20:24
**shivering** 15:13
**shorthand** 1:14
**show** 15:18
**showed** 22:13
**side** 33:3
**sign** 19:11 34:6
**signature** 16:15,18 17:6,10,10 33:21,22 34:2,4 36:14
**signing** 37:8
**signs** 27:18 27:24 28:1
**sir** 29:20
**sit** 14:6 26:4
**situation** 26:2
**sitz** 25:3 31:16
**six** 7:18 21:10

**skin** 30:8,21
**slash** 24:13 25:4
**sloan** 8:11
**society** 10:3
**somebody** 6:19,22 28:13 30:11
**sorry** 7:13 10:8,15 20:21 24:8 36:2
**sort** 13:22 25:21
**south** 8:2,8
**spaulding** 1:20
**speak** 35:12
**specialist** 13:2
**specialized** 13:15
**specializing** 13:17
**specialty** 7:6 8:18,20,21 13:23
**specific** 14:19 25:15
**specifically** 20:1 27:14
**spell** 3:8
**ss** 37:1
**standard** 19:12 21:19
**stands** 21:18
**starts** 20:12 23:12
**state** 3:7 9:15 37:1
**stated** 17:13 34:14
**states** 1:1
**stenograph...** 37:4
**step** 19:8
**stephen** 2:2
**street** 1:15 2:4
**strike** 28:13
**students** 10:13
**studies** 8:17
**study** 8:20
**subjective** 24:14
**subpoena** 1:17 3:17 3:22 18:23
**sugar** 13:6
**suite** 1:15 2:4
**sunday** 22:7 26:15,17
**supine** 27:15 27:19
**suppositories** 25:2
**suppository** 31:16 32:6 32:12
**sure** 3:9 22:5 23:15 24:21
**susana** 6:3,15 6:17 18:20
**sworn** 3:1,4 37:3
**systems** 12:23,24

**T**

**t** 2:15
**table** 27:16
**take** 12:23 15:24 17:18 32:19
**taken** 1:12 3:17 25:18 32:21
**talk** 15:9 23:9
**talked** 12:10 27:12
**taman** 35:9,9
**tear** 30:21
**tell** 5:3 27:6 28:6
**ten** 11:12 20:11
**testified** 3:4 10:18
**testify** 37:4
**testimony** 12:14 37:6
**thank** 3:11 4:4 5:6 16:13 17:12 22:15 23:22 25:6
**thats** 6:9 13:23 16:1 17:5 20:15 34:17
**theres** 4:15 4:20,23 16:14 17:6 20:4 33:21 35:20
**thing** 11:9 16:9 25:13
**things** 29:19 31:19
**think** 5:15 28:8 29:7,8 29:9 31:23 32:4,15
**third** 16:10 17:14
**thought** 29:12
**three** 4:9 5:24 6:21 8:6 11:1,2,8 11:22 12:3 12:8 22:7 25:3 26:11 26:13,16,18
**time** 14:13,15 21:10
**times** 4:8,9 25:3 28:12
**today** 3:13,23 9:22 14:3,6 14:10,17 15:10 20:23 26:4 35:23 36:4
**todays** 15:16
**told** 18:17 25:23 26:3 27:11
**tone** 29:2,3
**total** 23:8
**trades** 12:19
**transcript** 36:11 37:5
**trauma** 24:17
**treat** 12:24
**treatment** 17:19 34:15 35:21
**triage** 19:15 19:19
**tried** 25:22
**true** 37:6
**truth** 37:4
**try** 5:4 29:20
**trying** 15:13
**tuesday** 1:16 26:17
**turn** 16:14,20 17:2 23:22
**two** 4:11 8:12 8:23,23 12:10
**type** 7:5
**typical** 19:18
**typing** 4:16

**U**

**uhhmm** 33:23
**unable** 24:15 28:15
**understand** 4:24 5:2,3 5:20 29:21
**understood** 4:19 5:5
**united** 1:1
**university** 7:23 8:15 8:24
**uses** 16:11

**V**

**vague** 10:21
**verbal** 4:15 4:17
**versus** 3:19
**visit** 16:7,8 22:2,4 24:10,12
**visual** 23:19 24:18
**visualize** 27:17
**vs** 1:5

**W**

**wagner** 1:7
**wait** 4:21 19:13,16 33:6
**waive** 36:14 36:15
**waived** 37:8
**want** 29:10
**warm** 15:13
**wednesday** 26:16,18
**week** 21:4
**wel** 24:22
**weve** 12:10
**whats** 15:6 15:18 19:8 20:7 25:13
**whereof** 37:12
**whos** 20:17 20:19 35:7
**wisconsin** 8:14,23
**witness** 2:11 3:1,3 9:9 15:21 24:21 36:12,15 37:6,12
**won** 8:9
**word** 27:1
**work** 15:11 18:16 19:9 20:23 21:9
**worked** 8:10
**working** 6:15 6:19 21:3
**wrist** 22:11 22:13,14,18 30:24 31:2
**wrists** 22:17
**write** 34:6
**written** 20:7
**wrote** 26:15 34:7

**X**

**x** 2:9,15

**Y**

**yeah** 13:12 21:3 23:13 31:1,23 33:6 35:13
**year** 7:18 9:1
**years** 4:11 7:19 8:6,12 8:22,23,24 11:12 12:3 12:8 13:9 13:11 21:10
**york** 8:11 10:4
**youd** 4:17
**youre** 4:14 7:3 9:3
**youve** 18:13 28:13

**Z**

**zablocki** 1:7
**zamudio** 6:4 6:5,9,17
**zapata** 7:2,2

**0**

**04531** 1:5
**084004537** 1:14 37:16

**1**

**1** 2:18 7:14 15:19,20 16:4 18:7 33:1
**10** 1:17 8:1 23:10
**1032** 1:20
**11** 15:22 33:5
**13** 1:5 3:20
**14** 1:17
**15** 2:18 13:9 13:11 23:10 23:10
**18** 1:16 13:9 13:12 15:22
**1971** 8:1
**1985** 7:14
**1994** 13:20
**1995** 10:12
**1st** 37:13

**2**

**2** 16:6
**20** 13:12
**200** 33:16
**2012** 6:16,20 21:8 22:21
**2014** 1:16 15:22 37:13
**2015** 37:17
**24** 22:21
**26** 8:11
**286** 1:21

**3**

**3** 2:14 16:8 16:14,23 20:5,6,7 21:13
**30** 1:14 2:4
**31** 33:18
**312** 1:21

**4**

**4** 16:20 17:3 26:12
**40** 17:13
**41** 17:14
**411** 35:4
**4531** 3:20

**5**

**6**

**60** 7:11
**606022502** 2:5
**60651** 1:20
**6594** 1:21

**7**

**71** 8:1
**73** 9:21

**8**

**8** 37:17
**81** 9:13
**84** 13:21

**9**

**900** 1:15 2:4
**94** 13:20
**97** 10:12